# 23-7146

*To Be Argued By*:
SARITHA KOMATIREDDY

## United States Court of Appeals

### For the Second Circuit

❖

UNITED STATES OF AMERICA,

*Appellee,*

—against—

MIRSAD KANDIC,

*Defendant-Appellant.*

On Appeal From The United States District Court
For The Eastern District of New York

## BRIEF AND APPENDIX FOR THE UNITED STATES

BREON PEACE,
*United States Attorney,*
*Eastern District of New York*
*271-A Cadman Plaza East*
*Brooklyn, New York 11201*
*(718) 254-7000*

AMY BUSA,
SARITHA KOMATIREDDY,
  *Assistant United States Attorneys,*
      *Of Counsel.*

i

## TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ...................................................................iv

PRELIMINARY STATEMENT ............................................................. 1

STATEMENT OF FACTS ..................................................................... 4

    I.    Background ............................................................... 4

        A.    Charges ................................................................ 4

        B.    Trial ..................................................................... 6

               1.    Kandic's Material Support to ISIS ................................................... 8

               2.    Kandic's Close Relationships With Senior ISIS Personnel ....................... 13

               3.    Kandic Disseminated ISIS Propaganda and Executed ISIS's Media Objectives ......................... 15

               4.    Kandic Recruited *Mujahideen* to ISIS's Cause ................................... 17

                     a.    Kandic Was a Prolific Recruiter ................................. 17

                     b.    Kandic Ran Safehouses in Istanbul for ISIS Recruits ............ 19

                     c.    Kandic Provided ISIS Members with False Documents .................. 19

                     d.    Kandic Recruited Jake Bilardi, a/k/a Abu Abdullah al Australi .......... 21

5. Kandic Procured Warfighting Equipment for ISIS ............................................. 25

6. Kandic's Continued Assistance to ISIS from Europe ...................................... 28

a. Kandic Continued to Transfer Money to ISIS Members ............................ 28

b. Kandic Maintained His Communications With Numerous ISIS Members, Offering Advice and Support to the ISIS Cause ...................................... 29

C. Motion to Dismiss, Jury Instruction, Verdict and Sentencing ................................ 31

SUMMARY OF ARGUMENT ................................ 36

ARGUMENT ................................................................. 38

POINT ONE - THE DISTRICT COURT DID NOT ABUSE ITS DISCRETION IN PRECLUDING THE AFFIDAVITS OF BILARDI'S SIBLINGS ............................................................... 38

I. Background ................................................. 38

II. Legal Standards ......................................... 42

A. Standard of Review ............................. 42

B. Hearsay ................................................ 43

III. The District Court Did Not Abuse its Discretion in Precluding the Challenged Evidence .................................................... 45

IV. Any Error Was Harmless ......................... 53

POINT TWO - THE CONSPIRACY COUNT WAS NOT
IMPERMISSIBLY DUPLICITOUS .......................................................... 59

    I.    Relevant Law .......................................................... 59

        A.    Duplicity .......................................................... 59

        B.    Standard of Review .......................................... 61

    II.    Count One Was Not Impermissibly
        Duplicitous .......................................................... 61

CONCLUSION .......................................................... 73

## TABLE OF AUTHORITIES

Page

### CASES

*Adamson v. Miller*,
808 F. App'x 14 (2d Cir. 2020) ..................................................... 44

*Brady v. Maryland*,
373 U.S. 83 (1963) ................................................................. 48 n.9

*Burrage v. United States*,
571 U.S. 204 (2014) ................................................................ 45

*Crawford v. Washington*,
541 U.S. 36 (2004) ................................................................. 53

*Gem Financial Service, Inc. v. City of New York*,
No. 13-CV-1686 (RPK) (RER),
2022 WL 409618 (E.D.N.Y. Feb. 10, 2022) ........................................ 51

*Giglio v. United States*,
405 U.S. 150 (1972) ............................................................... 48 n.9

*Idaho v. Wright*,
497 U.S. 805 (1990) ................................................................ 44

*In re Sept. 11 Litig.*,
621 F. Supp. 2d 131 (S.D.N.Y. 2009) .............................................. 51

*O'Brien v. City of Yonkers*,
No. 07-CV-3974 (KMK) (LMS),
2013 WL 1234966 (S.D.N.Y. Mar. 22, 2013) ....................................... 51

*Parsons v. Honeywell, Inc.*,
929 F.2d 901 (2d Cir. 1991) ...................................................... 43

*United States v. Dawkins*,
999 F.3d 767 (2d Cir. 2021) ...................................................... 44

*United States v. Delva,*
    858 F.3d 135 (2d Cir. 2017) ............................................................. 42

*United States v. Dupre,*
    462 F.3d 131 (2d Cir. 2006) ............................................................. 71

*United States v. Felder,*
    993 F.3d 57 (2d Cir. 2021) ............................................................... 46

*United States v. Helmsley,*
    941 F.2d 71 (2d Cir. 1991) ............................................................... 71

*United States v. Malachowski,*
    415 F. App'x 307 (2d Cir. 2011) ...................................................... 61

*United States v. Margiotta,*
    646 F.2d 729 (2d Cir. 1981) ......................................................60, 67

*United States v. Mauskar,*
    557 F.3d 219 (5th Cir. 2009) ........................................................... 61

*United States v. Paulino,*
    445 F.3d 211 (2d Cir. 2006) ............................................................. 43

*United States v. Rainford,*
    110 F.4th 455 (2d Cir. 2024) ........................................................... 70

*United States v. Sturdivant,*
    244 F.3d 71 (2d Cir. 2001) .....................................................59, 60, 61

*United States v. Sugar,*
    606 F. Supp. 1134 (S.D.N.Y. 1985) ................................................. 67

*United States v. Yousef,*
    327 F.3d 56 (2d Cir. 2003) ............................................................... 43

## STATUTES

18 U.S.C. § 3500 ........................................................................... passim

## RULES

Fed. R. Crim. P. 8(a) .................................................... 60

Fed. R. Crim. P. 16 .............................................. 48 n.9

Fed. R. Evid. 802 ....................................................... 43

Fed. R. Evid. 803 ....................................................... 43

Fed. R. Evid. 804 ....................................................... 43

Fed. R. Evid. 804(b)(1) ......................................... 38, 47

Fed. R. Evid. 804(b)(4) ......................................... 38, 47

Fed. R. Evid. 807 .............................................. passim

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Docket No. 23-7146

———————————

UNITED STATES OF AMERICA,

Appellee,

-against-

MIRSAD KANDIC,

Defendant-Appellant.

———————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## BRIEF FOR THE UNITED STATES

PRELIMINARY STATEMENT

Defendant-Appellant Mirsad Kandic appeals from a judgment entered on September 18, 2023, in the United States District Court for the Eastern District of New York (Garaufis, J.), convicting him of four counts of providing material support to a foreign terrorist organization, the Islamic State of Iraq and al-Sham ("ISIS" or "Dawla"), in violation of 18 U.S.C. § 2339B, one count of providing material support to a foreign

terrorist organization resulting in death, in violation of 18 U.S.C. § 2339B, and one count of conspiracy to provide material support to a foreign terrorist organization resulting in death, in violation of 18 U.S.C. § 2339B. Count Five, one of two "death-results" counts, alleged the provision or attempted provision of material support to a foreign terrorist organization, resulting in the death of Jake Bilardi ("Bilardi"), an Australian teenager who joined ISIS, traveled to ISIS-controlled territory, and later died by committing a suicide bombing in Iraq. Count One, the conspiracy count, alleged that additional deaths including, but not limited to, Bilardi's, resulted from Kandic's participation in the charged conspiracy. Kandic was sentenced principally to concurrent life terms on Counts One and Five, and 240 months' imprisonment on the remaining counts, to run concurrently with all counts.

On appeal, Kandic asserts that the district court erred in precluding the admission of affidavits by Bilardi's siblings that he claims would have shown that Bilardi had independently decided to become a suicide bomber before he communicated with Kandic. He also asserts that Count One count was impermissibly duplicitous because it charged multiple deaths resulting from Kandic's conduct and improperly placed

the burden on the defense to disprove Kandic's involvement in numerous ISIS killings.

As we show below, these arguments lack merit and Kandic's conviction should be affirmed.

4

## STATEMENT OF FACTS

### I.   Background

Kandic was a dedicated, resourceful, and capable member of ISIS from late 2013 until his capture in June 2017. For years, operating from locations in Syria, Turkey, and Bosnia, Kandic contributed to ISIS's bloody, brutal campaign of global jihad by funneling money, weapons, equipment, and false identifications to *mujahideen* (holy warriors) bound for ISIS battlefields. Many *mujahideen* were also recruited or trafficked by Kandic personally, including, but not limited to, Bilardi. Kandic celebrated and lionized on Twitter and other platforms the service of ISIS members, including Bilardi, who died, directing those communications to ISIS members and recruits. In the case of those enemies of ISIS killed at ISIS's hands—all *kuffar* (infidels) in his eyes—Kandic celebrated and praised their deaths. Kandic's multifaceted service to ISIS ended when he was captured in Sarajevo, Bosnia, in June 2017.

### A.   Charges

On April 22, 2016, Kandic was charged by complaint with conspiracy to provide material support to ISIS in violation of 18 U.S.C.

§ 2339B. (DE:1).[1] On August 17, 2017, a grand jury sitting in the Eastern District of New York returned an indictment charging him with conspiracy to provide material support to ISIS in the form of property, services, and personnel, including himself, Bilardi, and others, in violation of 18 U.S.C. § 2339B (Count One). (DE:4; A:36-38). The indictment also charged five substantive violations of 18 U.S.C. § 2339B, in the forms of: personnel, including Kandic and others (but not Bilardi) (Count Two); services (Count Three); property and equipment (Count Four); personnel (specifically, Bilardi) (Count Five); and false documentation and identification (Count Six). (A:36-42). Count One charged that the offense resulted in the deaths of one or more persons, including Bilardi, and Count Five charged that the offense resulted in the death of Bilardi. (A:37-38, 40-41).

Kandic arrived in the United States in the custody of the Federal Bureau of Investigation ("FBI") on October 31, 2017, and he was

---

[1] "Br.," "A," "CA," "GA," "T," "GX," and "DE" refer, respectively, to Kandic's brief, appendix, confidential appendix, the government's appendix, the trial transcript, the government's exhibits introduced at trial and the docket entries in the district court. "PSR" refers to the Pre-Sentence Report, submitted separately under seal.

6

arraigned the following day before the Honorable Ramon E. Reyes, Jr., and ordered detained.  (PSR at 1; A:6).

B.    Trial

Over the course of a three-week trial, the government called 36 witnesses.  Two witnesses, one from Bosnia and one from Kazakhstan, testified via pretrial depositions pursuant to Federal Rule of Criminal Procedure 15.[2]  Multiple Bosnian law enforcement witnesses testified concerning the circumstances of Kandic's arrest in Sarajevo.  Several Australian law enforcement witnesses testified about their investigation of Bilardi.  An Iraqi general, General Rasheed al-Holfi, testified concerning ISIS's assault upon Ramadi, Iraq, of which Bilardi's suicide bombing played a part.  Multiple American law enforcement officials testified concerning various records, documents, and recordings establishing Kandic's conduct and communications.

---

[2]    The government moved and the district court ordered that identifying information of these witnesses should be kept from the public, although the parties, court, and jury would possess that information.  (A:61-62; DE:76, 164).  Consistent with the practice below, the government refers to these witnesses as the Bosnian Witness and Kazakhstani Witness and refers to the transcripts of those witnesses' deposition testimony, respectively, as "BDT" and "KDT."

As proven at trial, ISIS traces its history to 1999 in Afghanistan, when a predecessor organization was created by Abu Musab al-Zarqawi. (A:323). By October 2004—at the time operating under the moniker "al-Qaeda in Iraq"—ISIS was designated by the United States Secretary of State as a foreign terrorist organization ("FTO"). (*Id.*; GX:990A-990E (reflecting periodic updates to the FTO designation to track changes in ISIS's self-nomenclature)).

By 2012 and 2013, ISIS established territorial control in large parts of Syria, and began to expand its dominions in northwestern Iraq, ultimately conquering a large portion of that country as well. (A:325). ISIS became so entrenched that, by June 29, 2014, its leader, Abu Bakr al-Baghdadi, declared ISIS to be the reinstated Caliphate for the entire global Muslim community; he made that declaration from the al-Nuri Mosque in Mosul, Iraq, shortly after ISIS conquered that city. (A:325-26; GX:4 (photograph of al-Baghdadi delivering speech), GX:2200H (video clip containing portions of speech)). At its apogee, ISIS controlled territory in Syria and Iraq roughly equivalent to the size of France, with approximately ten million inhabitants. (A:334).

ISIS disseminated propaganda beseeching Muslims to travel to ISIS territory (i.e., to make *hijra*) to join the so-called Caliphate. Over the relevant period, tens of thousands did so. (A:328; GX:2230).

English-speaking recruits—such as Kandic—were particularly valued by ISIS because they could translate ISIS media into English and then disseminate it to the English-speaking world, and also because such individuals typically had passports that facilitated their travel within Western countries. (A:336-37). By September 2014, after other countries made travel to ISIS territory more difficult, ISIS began to exhort potential *muhajireen* (i.e., travelers making *hijra* to ISIS territory) to conduct attacks in their own countries if they were unable to travel. (A:338-39). ISIS also developed satellite presences in several other countries, including Afghanistan, Bangladesh, Egypt (Sinai), Libya, the Philippines, Somalia, Yemen, and elsewhere. (A:324, 347).

During the relevant period of 2013 to 2017, ISIS was the deadliest foreign terrorist organization ("FTO") in the world, and responsible for the most terrorist attacks in that same period. (A:346).

1.   Kandic's Material Support to ISIS

At trial, Kandic conceded that he was a member of ISIS and

9

provided it with material support; he disputed whether the government would be able to prove that death resulted from his conduct. (A:79-81). Because his considerable experience with and contributions to ISIS also inform the question of whether his conduct resulted in death, we discuss the evidence of his material support admitted at trial.

At all relevant times, Kandic was a citizen and national of Kosovo, and a legal permanent resident of the United States. (A:83; GX:310A, 919A, 920A; PSR ¶ 50). From approximately May 2003, he resided principally in the Bronx, New York. (A:83). In the fall of 2013, after two unsuccessful attempts to leave the United States to join ISIS (A:86-88, 242), Kandic successfully arrived in Istanbul, Turkey, on December 25, 2013 (GX:310A at 4; A:97) on his way to join ISIS in Syria. Kandic and co-conspirator Ruslan Asainov had previously coordinated their travel, arriving in Istanbul on the same day. (A:100, 103; GX:406).[3]

---

[3] Kandic also coordinated with, and helped fund the travel of, other ISIS fighters. (GX:1413 (October/November 2013 Western Union wire transfers from Kandic to an ISIS fighter from Bosnia who departed for Syria and arrived in Haritan around the same time as Kandic and Asainov); BDT:33). Some of those fighters and their family members later died in combat. (BDT:84-86).

Shortly thereafter, accompanied by Asainov, Kandic entered Syria and joined ISIS in the area of Haritan, Syria.[4] (A:149, 416; DE:357 at 8 (one witness encountered Kandic, who was carrying an automatic rifle, at a "villa" in Haritan in January 2014 while another met "Abdurrahim the Bosnian," i.e., Kandic, "on the outskirts of Aleppo," i.e., Haritan, in early 2014)). Kandic had coordinated his arrival in Haritan with other ISIS fighters. (DE:357 at 8).

Kandic joined the brigade *Jaysh al Muhajireen wal Ansar* ("JAMWA"), composed principally of foreign fighters and led at the time by Omar al Shishani. (*Id.*). JAMWA was later subsumed by ISIS, and Shishani later became the effective ISIS minister of defense, reporting directly to Baghdadi, the ISIS caliph. (*Id.*).

---

[4] In February 2023, Asainov was convicted of three counts of conspiracy to provide and providing material support to ISIS in violation of 18 U.S.C. § 2339B, one of which resulted in death; one count of receipt of military-type training from ISIS in violation of 18 U.S.C. § 2339D; and one count of obstruction of justice in violation of 18 U.S.C. § 1512(c). United States v. Asainov, No. 19-CR-402 (NGG) (E.D.N.Y.). Asainov credited Kandic as "the brother who made a road for me for jihad . . . and with him [I] have entered Sham [i.e., Syria.]" (GX 1532 at 2; T:1527).

Kandic fought in at least one battle, in which he claimed to have given tactical suggestions that were ultimately pivotal in winning a successful outcome for ISIS. (A:150). He later acknowledged to others, via electronic messaging platforms, that he had been an ISIS fighter before taking on other roles: "I used to [fight] before," but "now [I']m not allowd [*sic*] to go to front." (GX:1102A). Kandic later told Bilardi, via Twitter direct messages, that he "miss[ed]" *amaliyah*, i.e., fighting on behalf of ISIS. (GA:53; T:1523-24 (defining "*amaliyah*" as "military operation")).

Kandic also sent a government witness a photograph depicting himself seated near what appear to be a PK machine gun with multiple visible belts of ammunition and one or more AK-47 style assault rifles. (GX:1013 (reproduced below)).



Kandic later described this photograph to a government witness and admitted to her that it could prove he had been inside Syria. (A:151).

In 2014, Kandic relocated to Istanbul, Turkey, and established a base of operations to support ISIS from there. While in Turkey, Kandic continued to travel back and forth to ISIS territory in

Syria, including to Raqqa, ISIS's de-facto capital. (GX:1003A at 2 ("I'm a Mujahid of IS, I travel in and out of Dawlah")).

2. Kandic's Close Relationships
   With Senior ISIS Personnel

From Istanbul, Kandic maintained several close relationships with core ISIS personnel. For example, Bajro Ikanovic, a Bosnian national, was selected by Shishani to run the "largest training camp for recruits" in northern Syria. (A:156-57, 335-36; GX:21). Ikanovic was "one of [Kandic's] best friends." (A:157). Voice messages exchanged between Kandic and Ikanovic showed the trust they put in one another. For example, in one message in January 2016, Kandic alerted Ikanovic about a "spy who is in Mosul[, Iraq]." (DE:357 at 11). Kandic knew that spies caught by ISIS would be killed. (A:327 (ISIS executed "spies [and] traitors"); *see also, e.g.*, GX:2054A (photographs tweeted by Kandic of two men about to be executed, with caption "IS[IS] Beheads Two Coalition member Spies in Aleppo[, Syria].")).

Kandic relayed battlefield intelligence to Ikanovic, including, for example, reports of successful attacks in and around Ramadi, Iraq, in February 2016. (DE:357 at 11). Ikanovic, in turn, trusted Kandic with

knowledge of his own whereabouts and battle readiness: "I arrived yesterday, you know, from Mosul[, Iraq], brought army with me and came to get some rest . . . I hear that we've moved from all sides . . . I'm waiting for more information[,] or for the brother to get here so that I can go down to the front right away." (*Id*.). Ikanovic also acknowledged that Kandic's "information is the best[.]" (*Id*.). Ikanovic was subsequently killed in Syria. (A:157, 353).

Kandic also maintained relationships with other significant ISIS personnel, including, but not limited to, Abu Luqman, who, by 2013, was the governor of Raqqa province for ISIS (A:170, 334 ("[Abu Luqman] was a very prominent ISIS leader and controlled pretty much various aspects of ISIS activities in the Raqqa area from oil to hostages[.]")), and a man named Abdullah, who was ISIS's emir for all safehouses in the Istanbul area (A:158).

In addition, Kandic claimed, in Twitter messages, to be closely associated with Raphael Hostey (a/k/a Abu Qaqa al Britani) and Neil Prakash (a/k/a Abu Khalid Kambodi). (GX:2056B (Oct. 2015 tweet from "JoinISNation82")). Hostey was a "fairly prominent media propaganda operative" for ISIS (A:336); similarly, Prakash engaged in online

recruitment and radicalization on behalf of ISIS (*id.*).  Kandic challenged those who questioned his ISIS bona fides to go to Raqqa, the ISIS headquarters, where he indicated either or both of Prakash and Hostey would vouch for him.  (GX:2056B).

### 3. Kandic Disseminated ISIS Propaganda and Executed ISIS's Media Objectives

Kandic operated more than 100 Twitter accounts for disseminating ISIS propaganda and for recruitment, under evocative names like "Dawla_NewsMedia," "GreatISNation," "Greatest_Nation," "JoinISNation," and the like.  (*See generally* GX:2000, 2000S, 2001-2123 series).  Kandic recruited individuals around the world to answer the ISIS call to jihad: "Jihad is the only way forward for #Muslims to free themselves from tyrant rulers and US Hegemony.  #Islamic State[.]" (GX:2002BN (Aug. 24, 2014 tweet from Dawla_NewMedia account)); *see also* (GX:2050D (Sept. 2, 2015 tweet from GreatISNation75 account) ("If Shaam [i.e., Syria] is closed[,] than [*sic*] join the Army of Khalifah Ibrahim HA [i.e., Baghdadi] in Libya, Yemen, Sinai, Khurasan [i.e., Afghanistan], & Libya you can join with your family[.]")).

One government witness testified that Kandic was an "emir," or leader, for media, and that he was in direct contact with other ISIS media personnel including, but not limited to, a Bosnian man named "Salahuddin" who was living in Raqqa. (DE:357 at 13). Kandic also told others via Twitter or other platforms that he "work[ed] for dawla [i.e., Islamic State] media." (GX:2002D). Another government witness noted concerning Kandic's Twitter presence: "[H]e was kind of at the middle of everything . . . [W]henever Twitter would do their suspensions, for example, after particularly violent videos were posted . . . when the users reconstituted, they all reconstituted around [him. H]e was right in the middle of all of it." (A:195). In fact, among Kandic's earliest online monikers in support of ISIS was the plainly named "ISIS News Media." (GX:451 (subscriber information for Kandic's Gmail account created on April 10, 2014, with address isisnewsmedia@gmail.com under subscriber name "Dawla Media")).

One of the propaganda items Kandic distributed, the ISIS video "Flames of War," was a "very well-known ISIS video that was produced in late 2014; arguably, ISIS's most famous video[.]" (A:342; GX:2200A-2200K (clips of the full Flames of War video admitted into

17

evidence)). The complete video—largely in English—depicted numerous executions of ISIS enemies. (GX:2200I, 2200J; A:345). Kandic distributed "Flames of War" via Twitter, calling it the "BEST thing ever seen on screen[.]" (GX:2035E (June 20, 2015 tweet from JoinISNation62)).

Kandic also enforced ISIS messaging discipline—to protect jihadists in the field. For example, he told another Twitter user, "[N]ever post the numbers of how many people migrated to IS[IS], it's forbidden to post this information Akhy [i.e., brother]." (GX:2013B (Feb. 27, 2015 direct message from "GreatIS_Nation"), GX:2007K (similar Dec. 17, 2014 message from another account), GX:2038D (June 26, 2015 tweet from "GreatISNation65" publicizing the ISIS "Rules of Media Concealment.")).

4. Kandic Recruited *Mujahideen* to ISIS's Cause

a. Kandic Was a Prolific Recruiter

Kandic used numerous social media applications and messaging platforms to find ISIS recruits ("students") and then advise them on how best to make their *hijra* to the various ISIS territories ("schools") to which he trafficked aspiring members. (A:152). He sent recruits to Syria, Afghanistan, Libya, Sudan, Somalia, and Sinai (Egypt).

(*Id.*).  To his traveling recruits, he gave advice such as "You should not have a beard at all . . . So [you] don't look religious." (GX:2069D (Jan. 3, 2016 direct messages from "JoinISNation94")).  He also advised recruits when it was not safe to travel to Syria: "URGENT[:] Please refrain from making any Hijrah plans for Shaam [i.e., Syria], As the borders are closed.!!  However other Wilayat [i.e., ISIS-controlled territories] are still open."  (GX:2055E (Sept. 20, 2015 tweets from "JoinISNation81")).

Kandic was proud of his work as an ISIS recruiter, so much so that he was comfortable castigating those who, in his view, failed to meet his high standards.  He criticized another ISIS recruiter and *hijra* planner via a series of voice messages transmitted via Telegram: "Who do you think you are?  Sit down and shut up and listen . . . .  You have to follow the advice of your brothers who have experience in this work.  Who know what they're doing.  You see, we build *dawla* [i.e., the Islamic State], *akhy* [brother]."  (GX:1333E, 1333TR (transcript)).  Kandic bragged that he had trafficked in "20,000" brothers for Syria and made clear what he hoped they would do: "Let them fight."  (GX:1333E).

Kandic sent some recruits to his friend Asainov, so they could train with Asainov as a sniper.  The two were "very close friend[s]" and

Kandic "was proud of [Asainov]" and his achievements for ISIS. (A:156; GX:1338BD (Kandic described Asainov to an aspiring ISIS sniper: "[H]e [i.e., Asainov] is one of the best. He is emir of *muascar* [i.e., training camp] for a long time, of snipers, for a few years now. He is a good brother.")).

### b. Kandic Ran Safehouses in Istanbul for ISIS Recruits

Kandic operated one or more safehouses in Istanbul for the purpose of temporarily housing ISIS recruits pending clearance to proceed to Syria to ISIS territory. (*E.g.*, A:135-36). Several ISIS recruits stayed at safe houses operated by him, including one family who was a "priority" to him and to ISIS because the patriarch of the family had experience as a military aircraft pilot. (A:153, 155).

### c. Kandic Provided ISIS Members with False Documents

Once in Turkey, aspiring ISIS fighters needed documentation in the event they encountered Turkish law enforcement while traveling to Syria. Kandic manufactured hundreds of false Turkish identity cards—*kimliks*—with the assistance of Azra Delija, who testified as a cooperating witness at trial. (A:157-58). Kandic was paid for the service,

and delivered the false *kimliks* to Abdullah, who was then responsible for routing them to the users—men, women, and children. (A:158-60; *see also* GX:2305-06). Among other individuals for whom Kandic and Delija forged a *kimlik* was an ISIS fighter from Bangladesh who appeared to be fleeing a July 2016 attack committed by ISIS in its capital, Dhaka. Kandic helped this "Bengali brother" make the journey into ISIS-controlled territory, specifically Idlib, Syria. (A:160). ISIS later praised the Dhaka attack and eulogized other ISIS attackers killed in its execution in its online magazine, *Rumiyah*. (GX:2258A; A:341 (testimony that the article "give[s] a profile of the five individuals that carried out the attacks. It glorifies them. Talks about how brave they were."), 337 (testimony about the Dhaka attack, in which 27 people including an American citizen were killed)).

Kandic also had access to numerous false Syrian national identity cards, used at least two false Ukrainian passports, and acquired passports for others and resold them at a profit. (DE:357 at 16). For example, in one voice recording later recovered from his cellular telephone, Kandic explained to another apparent ISIS member that he knew a passport forger in Europe, who had previously been known to

21

Abdullah (the ISIS emir for safehouses in Istanbul). Of this passport forger, Kandic vouched for his skill set: "I know about this . . . they did a bang-up job with this[.]" (GX:1354TR (transcript of principally Russian-language Telegram voice memo exchange with unidentified individual); *see also* 1351TR (similar exchange of voice memos in which Kandic refers to false Ukrainian, Romanian, American, Canadian, British, Latvian, and Slovenian passports)). Kandic also appeared to have access to false visas for use by ISIS members. (GX:484-85 (images of "entry permits" for the Republic of the Sudan for various individuals), A:459-60).

> ### d. Kandic Recruited Jake Bilardi, a/k/a Abu Abdullah al Australi

Jake Bilardi was an Australian teenager living in the outskirts of Melbourne. On June 1, 2014, Bilardi conducted a Google search for the phrase "turkey-syria border smugglers." (GX:1238). At the time, Bilardi was about two weeks away from turning 18 years old. (GX:1202). By June 3—barely 48 hours later—Bilardi was in contact via Twitter with Kandic, who was a prolific border smuggler for ISIS. (GA:1-

5).[5]  Over the course of the next several weeks, Kandic guided Bilardi on his path to ISIS territory, giving him instructions on what to do, what not to do, what to bring, and what not to bring.  (GA:1-5; A:277-78).  Kandic also told him that an AK-47 would be free when he got to ISIS territory.  (A:277).  After Bilardi booked travel from Melbourne to Istanbul, Kandic arranged for Bilardi to be picked up from the airport and instructed Bilardi on how to meet his ride.  (GA:5; A:377-78).

Bilardi followed Kandic's instructions and succeeded in joining ISIS in Syria, by late August or early September 2014.  In a later online posting, Bilardi credited Kandic with his success in making *hijra*.  (GA:26 (noting Bilardi's "confiden[ce] that the brother [i.e., Kandic] was genuine")).  Government witnesses who had examined Bilardi's accounts did not see communications, other than with Kandic, in which someone was helping Bilardi organize the logistics of his travel to Syria.  (A:281-83, 285).

---

[5]  At or around the time that Bilardi was in contact with Kandic via Twitter, Kandic's Twitter account had approximately 14,000 "followers," i.e., accounts subscribing to his Twitter feed.  (A:256).

Over the next several months, Kandic and Bilardi remained in contact after Bilardi entered Syria, as Bilardi fought in several ISIS battles and prepared to conduct a suicide bombing mission. (GA:26 (Bilardi blog post dated Jan. 13, 2015) ("I turned to fighting in the city before once again registering for a martyrdom operation[.]"); A:378-81, 374 (Bilardi explaining to another person that he chose a suicide bombing mission over fighting because he could kill more people)). Indeed, Kandic encouraged Bilardi to engage in a suicide bombing after Bilardi told him that he had decided to fight rather than be a suicide bomber. (GA:8 (Bilardi explaining that he decided to fight), 13 (Kandic: "I love you for the sake of Allah"), 18 (Kandic: "May Allah strengthen you"), 20 (Kandic: "for [u]ltimate sacrifice there is only an [u]ltimate reward, as big as Allah has given us the chance to utilize in our case"), 21 ("a shock wave if the bullets and shrapnells [sic] can't reach them" "So there [sic] lungs and heart's [sic] implode")). By early March, with Bilardi's suicide attack only a week away, Kandic prayed for Allah to "reward [Bilardi] immensely" for his and ISIS's attack upon Ramadi, asking Allah to "level them with the ground" and to "make the[ir] inner organs implode[.]" (A:380-81; GA:52, 55).

Bilardi's suicide attack on March 11, 2015, was one of "between eight and ten major attacks" that day in al-Anbar province, of which Ramadi is the capital. (A:316). The "highly coordinated" attacks involved at least eleven suicide bombers, including Bilardi, and the March 11 attacks "paved the road to the fall of Al-Anbar Province" by May 2015 to ISIS. (*Id.*). As to Bilardi specifically, communications intercepted by the Iraqi military reflected that Bilardi was "congratulate[d]" by other ISIS fighters for the "success" of his attack, after which ISIS began issuing "condolences" for Bilardi's death, using his *kunya* (nom de guerre), Abu Abdullah al-Australi. (*Id.*, A:318-19).

Kandic later praised Bilardi's suicide attack to a government witness:

> I remember [Kandic] mentioning it, a name of a person and it was Jake, and either [Kandic] met [Jake] there or [Kandic] communicated with him. I know [Kandic] communicated with [Jake] while [Jake] was – [Jake] went into Syria, he joined ISIS, but [Kandic] helped [Jake] somehow…when [Jake] came to Istanbul[,] did [Kandic] meet [Jake] there, or [did Kandic] just helped [Jake] go towards . . . to Syria, and that [Kandic has] spoken with [Jake] and that [Jake] was a good brother, you know, righteous, good brother.

> And Jake died, I learned how and all that, how it happened . . . He committed, like, a suicide bomb attack, Jake did.

(A:162).  More than 30 people were killed in the coordinated attacks of March 11, 2015, in which Bilardi played a key, deadly role.  Twenty-five people were missing, "whose bodies were never found"; and 61 people were injured, some of whom later died.  (A:316).  Of this attack, Kandic tweeted that Bilardi's "martyrdom operation" as a "Lion *Istish'hadi* (Fidai) [i.e., suicide bomber]" had "killed 57 Shia kufar [i.e., infidels] and wounded many more In . . . Ramadi."  (A:381-82; GX:2016G (March 11, 2015 tweet from GreatISNation45), 2067B, 2095A (Dec. 1, 2015 tweets from JoinISNation92 and GreatISNation96)).  Of other suicide bombing attacks committed by ISIS members, Kandic later said: "*Alhamdulillah* [i.e., "thank God"] today seventy-something got killed with two *istishadis* [i.e., suicide bombers], *Alhamdulillah* and yesterday also twenty-something, twenty-three, I think.  *Alhamdulillah* it is good."  (GX:1346H).

### 5.   Kandic Procured Warfighting Equipment for ISIS

While working for ISIS from Istanbul, Kandic formed a relationship with a weapons supplier in South Africa, who provided

Kandic with night vision scopes that he then routed to Syria for Asainov to use. (A:141-43, 157).

Kandic also operated an online ISIS-focused chat group for weapons and other warfighting equipment under the name "Khilafah Market." (*See generally* GX:1380A-1380J (chat group extracts recovered from Kandic's cellular telephone), GX:1381A-1381O (listing of chat group members)). Members could purchase or sell what appeared to be suicide vests (GX:1380I, 1390), mortars (GX:1380D-1380G), and rifles such as M16s (GX:1380H). Kandic was the administrator of the Khilafah Market, controlled access to the group and enforced group rules. (GX:1340TR (transcript of voice notes in which Kandic criticizes another member of the Khilafah Market for not following his rules: "[Y]ou know you cannot say I have Kalashnikov how much money do you give me? . . . . [Y]ou have to give the price . . . [I]n Dawla [i.e., the Islamic State] you have to have the price on everything that you sell.")). Kandic enforced those rules because he understood the value of his market to ISIS: "Every person has to be in Dawla. I cannot add anyone outside of Dawla," i.e., outside ISIS territory, "[b]ecause if the police take their phone or anything, then they will check the Khilafah Market. You know?

27

We don't, we cannot compromise that, *akhy* [i.e., brother]." (GX:1337TR; A:170). Among more than 100 other members, the Khilafah Market counted in its ranks Abu Luqman (A:170; GX:1381A), and a man who went by the pseudonym Abu Muhammad al-Almani, who helped facilitate money transfers from Kandic to Asainov (GX:1381E, 1344TR).

Kandic also attempted to facilitate a transfer of funds for the benefit of Asainov via a government witness ("the CI"). In March 2015, Asainov discussed with the CI via Surespot needing military gear and donations, noted that they had people who would buy weapons and gear for them in Turkey and send it to them, and discussing the amount of money the CI planned to send. (GX:1528 at 2-3). Asainov ultimately referred the CI to Kandic, via his Surespot handle at the time: "DontAsk," and Kandic contacted the CI via that account. (GX:1533, 1535; T:1526-27, 1530). In the same period, Kandic and Asainov were in frequent contact via Surespot. (*See generally* GX:1508 (Surespot message logs), 1505 (Asainov's identification of his Surespot handle, sabrforever); A:138 (testimony that Kandic has a Telegram account with name "Don't Ask Stuff")).

6. <u>Kandic's Continued Assistance to ISIS from Europe</u>

On January 18, 2017, shortly after the New Year's Eve ISIS attack upon an Istanbul nightclub, Kandic flew to Sarajevo using a false Ukrainian passport in the false name of "Ivan Popovich." (A:166, 168-69, 236-37, 242-43; GX:312, 1412). From Sarajevo, he continued his support for ISIS.

a. Kandic Continued to Transfer Money to ISIS <u>Members</u>

As he had been doing in Turkey, Kandic continued to access funds belonging to ISIS fighters in Syria or elsewhere so that he could transfer those funds to them via the *hawala* (i.e., unregulated money transfer) system. (A:154 (testimony describing Kandic's use of hawalas), 335 (Dr. Vidino's testimony describing *hawala* system)). Based on account records obtained from Finland, Germany, and South Africa, over the course of several years, Kandic withdrew or otherwise spent more than 40,000 euros he drew from accounts belonging to other individuals using cards provided to him by ISIS fighters or by the South African. (*See generally* GX:510-18). He maintained a ledger of funds and payments for ISIS fighters on his cellular telephone. (GX:1370-71). ISIS fighters, including, but not limited to, Asainov, maintained contact with Kandic

29

so they could access their funds inside ISIS territory. (*See, e.g.*, GX:1344TR (Asainov asking Kandic in June 2017 to send the money to Raqqa via another man, Abu Muhammad al-Almani, and directing al-Almani to give the money "to the brothers from my *Katiba* [i.e., fighting unit]"), 1338TR (a January 2017 voice memo exchange between Kandic and another man about, among other topics, what funds to withdraw from one bank account, and how to distribute them between the other man, the other man's wife, and Kandic)).

> **b.**     **Kandic Maintained His Communications With Numerous ISIS Members, Offering Advice and Support to the ISIS Cause**

As the evidence later recovered from Kandic's cellular telephone showed—and in addition to the dialogues Kandic maintained with Asainov summarized above—Kandic was still actively engaged in numerous other forms of support to ISIS after fleeing Istanbul. (*See, e.g.*, GX:1360TR (Kandic's March 2017 voice messages warning "brothers" in Istanbul "not to leave the city" because "these cops . . . blocked everything" and were "searching for people"), 1337TR, 1340TR (Kandic's April 2017 voice messages assisting another Khilafah Market member in regaining access to the Telegram group, and then criticizing another

Khilafah Market member for breaking the market's rules), 1350TR (Kandic's April 2017 voice messages seeking assistance for routing "brothers in Africa" via Sinai, Egypt, with the assistance of "the Immigration Office in Raqqa"); 1351TR (Kandic's May 2017 voice messages in which, among other topics, he seeks assistance to transfer more than $8,000 from Istanbul to Mosul, Iraq (partially under ISIS control at the time)), 1333TR (Kandic's June 2017 voice messages criticizing another "*hijra* department" and claiming "I have the safest way to send the *muhajireen*, the single brothers," via Sinai, Egypt)).

On June 14, 2017—approximately two weeks before his capture—Kandic exchanged voice messages with Asainov. (GX:1343A-1343L). Asainov indicated that he was contacting Kandic from Raqqa, to where he needed Kandic to send money. In two of the recordings, large explosions are audible in the background, explosions that Asainov describes as "they bombing, boom . . . Heard that? That's *kuffar*, *akhy*." (GX:1343F-1343G).

On the evening of June 29, 2017, Kandic was apprehended by Bosnian immigration authorities near his apartment building in Sarajevo. (A:213). Asked for identification, he presented a false

Montenegrin identity card and a false Montenegrin driver's license, both bearing the name "Edin Radoncic." (A:213, 215-16; GX:303A-303C). Kandic maintained that false identity with Bosnian authorities for several days before ultimately admitting that his true name was Mirsad Kandic. (A:214). Upon his apprehension, Kandic was carrying more than 1,000 units of Bosnian currency, 300 euros, and three bank cards issued to other people by financial institutions in Finland, Germany, and South Africa. (A:217-18; GX:2308, 2308A, 511, 514, 517). Authorities also seized his cellular telephone. (GX:1300, 1300S).

Following extradition proceedings, Kandic was transferred from Bosnian custody in Sarajevo to FBI personnel and transported to the Eastern District of New York. (A:466).

C.   <u>Motion to Dismiss, Jury Instruction, Verdict and Sentencing</u>

On the eve of trial, the defense moved to dismiss Count One on the ground of duplicity. (DE:272). The district court denied that motion in a written opinion on May 4, 2022. (GA:85-93).[6] The court concluded that Count One was duplicitous because it charged multiple

---

[6]   The court's initial opinion was contained in DE:277 (A:64), and then amended by DE:280 (GA:85-93). (A:28).

deaths resulting from a single offense, but not *impermissibly* duplicitous because there was no prejudice to Kandic. (GA:89 (citing *United States v. Sturdivant*, 244 F.3d 71, 75 (2d Cir. 2001)). The court held that any concern that the jury's verdict would be non-unanimous as to which death was proven could be cured by a proper jury instruction; that Count One was sufficiently broad to avoid any potential double jeopardy problem; and that Kandic could not have been prejudiced by any late notice given the nearly five years the indictment had been pending and the government's voluminous discovery productions, among other reasons. (GA:89-93).

Consistent with this ruling as to unanimity, the government focused the jury on specific deaths during its closing argument and provided a letter prior to closing arguments specifying which deaths the government would argue had resulted from the offense charged in Count One. (*See generally* A:476-83, 486 (government's letter specifying deaths that resulted from the conspiracy charged in Count One), 512-13 (court's overruling of Kandic's renewed objection to the verdict sheet)).

In the jury charge, the jury was instructed in relevant part regarding the "death-results" element:

In order to prove that at least one person's death resulted from the commission of an offense, the Government must prove beyond a reasonable doubt that a person's death was a but-for consequence of the offense being committed. That means that the Government must prove beyond a reasonable doubt that but for the commission of the offense, the person would not have died.

To elaborate further, the commission of the offense must be a but-for cause of the person's death but it need not be the sole cause. It is sufficient if the Government proves that the commission of the offense combined with other factors to cause the person's death, so long as these other factors would not have resulted in the person's death even if the offense did not happen. In other words, the commission of the offense, when combined with other factors, is an actual cause of death, only if the person's death would not have occurred but for the effect of the commission of the offense. However, it is not enough that the commission of the offense merely played a nonessential contributing role in the death. If the death would have occurred regardless of whether the offense happened, then the person's death did not result from the commission of the offense.

The Government is not required to prove that the Defendant, or anyone else, intended to cause the person's death or that the person's death was foreseeable to the Defendant or others. The Government does not have to prove that any act personally done by the Defendant caused the person's death. What the Government needs to prove beyond a reasonable doubt is that the Defendant is guilty of committing the offense . . .

and that, but for the commission of the offense, the person would not have died.

(GA:147-48; A:537-38).

The jury was instructed more than once that it had to be unanimous on whether the government had proven that the commission of the offense resulted in death and on which death resulted:

> If the particular count alleges the death of one or more persons, it is sufficient that the Government prove beyond a reasonable doubt that the offense resulted in the death of one such person. However, in order to find that the Government has proven that the commission of the offense resulted in death, you must be *unanimous* as to the person's death you are considering. It is not enough for some of you to find that the Government has proven one person's death and others of you to find that the Government has proven a different person's death. *In other words, if you find that a death resulted, you all must agree as to that specific death*.

> With respect to Count One, you must find that a death resulted from the conspiracy charged in the Indictment if you find beyond a reasonable doubt that the death was a consequence of that conspiracy. With respect to Count Five, you must find that a death results from the offense charged in the Indictment if you find beyond a reasonable doubt that Jake Bilardi's death was a consequence of commission of the offense….

> Under Count One, the verdict form asks you two questions. First, whether you unanimously

found that the offense resulted in the death of Jake Bilardi; and second, whether you unanimously found that the offense resulted in the death of any other person or persons.

(GA:148-49; A:538 (emphases added)).

After approximately two hours of deliberation, the jury returned a verdict of guilty on each of the six counts charged. As to Count One, the jury found that Bilardi's death, as well as one or more deaths of other persons, resulted from the offense. As to Count Five, the jury found that Bilardi's death resulted from the offense. (A:543-44; DE:321).

At sentencing, the district court sentenced Kandic to 20 years' imprisonment on Counts Two, Three, Four, and Six, to run concurrently to each other. The court imposed a sentence of life on Counts One and Five, to run concurrently to the other counts. (DE:360 at 3).

## SUMMARY OF ARGUMENT

Kandic argues that he was prejudiced by the district court's preclusion of affidavits by Bilardi's siblings that, he asserts, would have shown that Bilardi dedicated himself to suicide bombing before he met Kandic and thus Kandic was not the "but-for" causation for Bilardi's death by suicide bombing. Kandic is wrong. The court properly found that such evidence was not sufficiently reliable and was not the best evidence for the argument Kandic wanted to raise. As the court explained, the government had already admitted Bilardi's own words, through, among other things, Bilardi's blog posts, recorded calls with his siblings, direct messages with one sibling, and tweets. This direct evidence was the most probative evidence of Bilardi's intent as defense counsel claimed in his summation. There was no prejudice to Kandic in not also being able to admit the affidavits that largely lacked direct knowledge, and contained hearsay upon hearsay or irrelevant details, among other failings, and could have easily been discredited.

Second, Kandic claims that Count One was impermissibly duplicitous because it charged that multiple deaths resulted from Kandic's conspiracy to provide material support to ISIS and that he, as a

result, effectively had the burden to prove that the deaths alleged did not result from his conduct. This contention also lacks merit. Count One was not impermissibly duplicitous as charged and prosecuted in this case: Kandic was given plenty of notice which deaths were at issue. Further, the government and the court's jury charge stressed that the government bore the burden of proving that the deaths resulted beyond a reasonable doubt and that the jurors needed to unanimously find that Kandic's conduct resulted in a specific death that they all agreed upon.

# ARGUMENT

## POINT ONE

### THE DISTRICT COURT DID NOT ABUSE ITS DISCRETION IN PRECLUDING THE AFFIDAVITS OF BILARDI'S SIBLINGS

I.   Background

During the first day of trial, Kandic sought admission of affidavits by three of Bilardi's siblings (Bree-Anna, Chris, and Jesse) made to Australian Federal Police based on Fed. R. Evid. 804(b)(1), 804(b)(4), and 807. (CA:139-40). The government opposed (*id*.) and the parties argued the issue in court (CA:140). Following argument, Kandic submitted a reply limiting his request to the admission of the affidavits from Bree-Anna and Jesse with redactions addressing the government's concern about their lack of personal knowledge and the relation of double-hearsay. (*Id*.). The district court denied the request on the record (A:330-31), and subsequently in a written opinion (CA:139-51).

Specifically, the district court found that although Kandic had met his burden of showing that the Bilardi siblings were unavailable, he had failed to show that their statements were covered by the hearsay exceptions for former testimony and family history. (CA:140-42).

As to the former testimony exception, the district court held that the sibling affidavits failed to satisfy the exception since they were not from a trial, hearing, or lawful deposition and because the government had no opportunity to develop the proposed testimony by cross-examination. (CA:142). As to the family history exception, the court held that the proffered statements "describe information different in kind from the sort of one-off and linear events covered within the exception, *e.g.*, birth, death, or marriage." (CA:144). Rather, "it is not the kind of family history that gets passed down generationally, such that it would establish a family lore, custom, or tradition that offers presumptive reliability." (*Id.*). Further, the court explained that "given the intensely personal narrative detailed in these statements—made by declarants whose motivations, the government argues, raise credibility questions—it cannot be said that these statements are free enough from the risk of inaccuracy and untrustworthiness such that the test of cross-examination would be of marginal utility." (*Id.*).

Finally, the district court found that the proffered statements did not qualify under the residual hearsay exception since they "are not so trustworthy that cross-examination would be of marginal utility,"

explaining that the unwillingness of the siblings to even be interviewed undermined the trustworthiness of their narrative and there was "sufficient reason to question whether the siblings harbored any motive to provide half-truths during their interviews." (CA:145-46). Further, the court also found these "unexamined hearsay statements are not the most probative evidence addressing Jake Bilardi's path to radicalization before meeting the defendant," citing "significant direct and circumstantial evidence that tells that story, including:" (1) Twitter messages between Bilardi and a different sister that discussed his difficult childhood, (2) evidence from the same conversation that Bilardi studied Islam in Australia at the Hume Islamic Youth Centre (which Kandic had circumstantially linked to violent extremism) and that his study motivated his travel to Syria, (3) photographs from Bilardi's room showing bookshelves replete with Islamic texts and a cardboard box in his closet containing jars of Barium Nitrate, which Kandic elicited from an Australian police agent is used almost exclusively to build explosives, (4) Bilardi's cellphone, which contained ISIS-related photographs, (5) authenticated contents extracted from Bilardi's computer, which Kandic could use, including a "vast trove of ISIS propaganda and

'mujahideen' material," including videos about jihad, and a search Bilardi ran for "turkey-syria border smugglers" on June 1, 2014, (7) a Twitter conversation between Kandic and Bilardi on June 3, 2014 where Bilardi told Kandic that he is a "revert [meaning a convert to Islam] of just over 1 year," (8) a Kik conversation between Bilardi and "Abu Maryam," in which Bilardi discusses a long list of Islamic books he has read and in which Bilardi tells him that he "reverted about 1.5 years ago," (9) an 18-minute telephone call between Bilardi and his brother Chris in October 2014, hours before what he believed would be his martyrdom operation, in which Bilardi told Chris that he had "been thinking about [joining ISIS] for . . . ages," that he got in touch with someone and then went, and (10) a 27-page blog post written by Bilardi in January 2015 in which he discusses his journey to Ramadi (GA:23-49), which the court explained "provides direct evidence from Bilardi about his path—first to Islam, then to extremism, and finally to ISIS." (CA:148-49). In addition, the court highlighted blog entries that explained how and when Bilardi radicalized, which was demonstrated on cross-examination of one of the Australian law enforcement agents. (CA:150, citing T:1001-15, 1019-28 (A:303-07, 308-10)). In sum, the court found that "it seems that the

42

longer trial goes on, and the more evidence that comes in, the clearer it becomes that the sibling affidavits are neither necessary nor the most probative evidence about Jake Bilardi's radicalization." (CA:151). Ultimately, the court explained that the residual hearsay exception "does not override the court's discretion in determining what evidence is, and is not, acceptable for the jury" and the affidavits were properly precluded. (*Id.*). The court also precluded testimony by Armando Cordoba, a journalist, who reported on Bilardi and would have offered double- and triple-hearsay of the siblings' and others' accounts. (*Id.*).

On appeal, Kandic challenges only the district court's Rule 807 finding as to the siblings' affidavits. (Br. 29).

## II.   Legal Standards

### A.   Standard of Review

This Court reviews "a district court's evidentiary rulings under a deferential abuse of discretion standard, and . . . will disturb an evidentiary ruling only where the decision to admit or exclude evidence was manifestly erroneous." *United States v. Delva*, 858 F.3d 135, 156 (2d Cir. 2017). Even if the district court errs in precluding evidence,

"harmless error analysis applies in determining whether reversal is required." *United States v. Yousef*, 327 F.3d 56, 156 (2d Cir. 2003).

### B.   Hearsay

A party seeking to admit evidence bears the burden to show its admission is proper. *See, e.g.*, *United States v. Paulino*, 445 F.3d 211, 220 (2d Cir. 2006).

While a defendant has a right to present a meaningful defense at trial, that right does not exempt him from following the rules of evidence. Federal Rule of Evidence 802 sets forth the widely known rule against hearsay, Rules 803 and 804 set forth certain defined exceptions, and Rule 807 sets forth a limited exception to the hearsay rule where no other exception applies. Rule 807 provides that a hearsay statement may be admissible if "(1) the statement is supported by sufficient guarantees of trustworthiness—after considering the totality of circumstances under which it was made and evidence, if any, corroborating the statement; and (2) it is more probative on the point for which it is offered than any other evidence that the proponent can obtain through reasonable efforts." This exception is "used very rarely, and only in exceptional circumstances," *Parsons v. Honeywell, Inc.*, 929 F.2d 901, 907 (2d Cir. 1991), and district

courts retain wide discretion to reject the application of this exception, *see Adamson v. Miller*, 808 F. App'x 14, 17 n.2 (2d Cir. 2020) (holding that the court did not err in rejecting the application of the residual exception to two affidavits from defendant's relatives); *accord Idaho v. Wright*, 497 U.S. 805, 819-20 (1990) (citing 5 J. Wigmore, Evidence § 420, p. 251 (J. Chadbourn rev. 1974) ("The theory of the hearsay rule . . . is that the many possible sources of inaccuracy and untrustworthiness which may lie underneath the bare untested assertion of a witness can best be brought to light and exposed, if they exist, by the test of cross-examination.")).

Courts generally assess the propriety of applying the Rule 807 residual exception by reference to five factors: whether "(i) it is particularly trustworthy; (ii) it bears on a material fact; (iii) it is the most probative evidence addressing that fact; (iv) its admission is consistent with the rules of evidence and advances the interests of justice; and (v) its proffer follows adequate notice to the adverse party." *United States v. Dawkins*, 999 F.3d 767, 791 (2d Cir. 2021).

III.    The District Court Did Not Abuse its
        <u>Discretion in Precluding the Challenged Evidence</u>

As an initial matter, Kandic's argument regarding the relevance of the statements is founded on a misapprehension of the law and the facts proven at trial. Put simply, he focuses on speculation: that, without Kandic's assistance, Bilardi would have somehow made his way to the battlefield despite his repeated frustrations in finding anyone (other than Kandic) to assist him in traveling to the Syrian border; or that he would have committed a suicide bombing in Australia. (Br. 3, 18, 25). As to the former, the law requires a focus on what actually occurred: did Kandic's conduct lead to Bilardi's death (i.e., but for Kandic's conduct, would Bilardi have died), not the speculation of other ways Bilardi's death might have resulted. *See Burrage v. United States*, 571 U.S. 204, 211 (2014) ("The same conclusion follows if the predicate act combines with other factors to produce the result, so long as the other factors alone would not have done so—if, so to speak, it was the straw that broke the camel's back. Thus, if poison is administered to a man debilitated by multiple diseases, it is a but-for cause of his death even if those diseases played a part in his demise, so long as, without the incremental effect of

46

the poison, he would have lived."); *United States v. Felder*, 993 F.3d 57, 68, 70 (2d Cir. 2021) (approving death-results jury instruction similar to the one given here). The jury charge tracked this caselaw and Kandic has not raised any appellate challenge to the instructions given.

As to the latter, as a factual matter, Bilardi abandoned his "Plan B" (GA:26)—and there was no evidence that anyone other than Kandic assisted Bilardi's successful efforts to travel and join ISIS. Defense counsel argued to the jury that Kandic was not the cause of Bilardi's radicalization or determination to become a suicide bomber (*e.g.*, A:515 ("First, and perhaps most importantly, you have it from Mr. Bilardi's own mouth, from beginning to end. Look at his blog posts. They're all in evidence.")), relying heavily on Bilardi's blog, admitted evidence of communications with his siblings, and the photos of Bilardi's room.[7] The government did not dispute that Bilardi was radicalized prior

---

[7] Indeed, Bilardi's acquisition of explosive materials to deploy in Australia, rather than to travel to Syria and commit a suicide attack, further supports the government's case that Kandic's participation in the conspiracy and in the provision of material support to ISIS was critical to Bilardi's traveling to Syria and then to Iraq, where he engaged in a suicide bombing.

47

to meeting Kandic; it simply argued that Kandic was critical in converting Bilardi's radicalization into mobilization—beliefs into action—by helping him get to Syria and to execute a suicide attack. (A:520). The jury clearly and permissibly accepted this argument by its verdict.

Kandic moved to admit the siblings' affidavits under Federal Rules of Evidence 804(b)(1), 804(b)(4), and 807; he pursues only the Rule 807 challenge on appeal. As to those affidavits to which Kandic limited himself in his reply brief below, the district court did not abuse its discretion precluding the proffered statements admission under Rule 807, because, as the court found, they were neither reliable enough nor the best evidence of what Kandic sought to establish.[8] Even without that

---

[8]    Recognizing the government's objection to statements that constituted hearsay-within-hearsay, were made without personal knowledge, or were otherwise irrelevant to the factual disputes at trial, Kandic proposed to admit only the affidavits from Bree-Anna and Jesse with redactions addressing those concerns. (CA:140). For example, the pre-redacted affidavits referenced individuals with whom Bilardi socialized in Australia at the local mosque and the belief of those individuals, but this information derives from the siblings' search of Bilardi's cellphone. None of the Bilardi siblings ever attended the mosque or met the individuals. (CA:101).

48

limitation, none of the sibling affidavits satisfied Rule 807 under the same reasoning the court applied.[9]

While Kandic claims that the government did not dispute the truthfulness of any statement contained in the affidavits (Br. 35-36), he ignores that the government explained in detail why the family members statements were not "particularly trustworthy" (CA:97-100). As the government explained, the Bilardi siblings' statements are rife with allegations that are not based on personal knowledge, relay speculation and hearsay-within-hearsay, opine without adequate qualifications or bases, are inconsistent with other evidence in the case, and demonstrate

---

[9] Kandic impliedly claims that the government disclosed the siblings' affidavits late. (Br. 35). As prior statements of non-witnesses, the siblings' affidavits were not discoverable under Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, *Brady v. Maryland*, 373 U.S. 83 (1963), or *Giglio v. United States*, 405 U.S. 150 (1972). Moreover, materials disclosed in the first discovery production included much of the investigative file from Australian law enforcement authorities, which made apparent that Bilardi's siblings and father were witnesses to some aspects of his radicalization. (DE:16). For this reason, Kandic sought and received approval from the district court to travel to Australia to interview Bilardi's family and friends. (CA:141-42). The district court rejected Kandic's complaint "of unfairness or wrongdoing related to when they learned about these affidavits and their subsequent ability to contact the Bilardi siblings." (CA:141).

49

that the family members are withholding material facts. (*Id.*). For example, due to disagreements and internal feuds, various Bilardi siblings did not communicate with other siblings and did not know what was going on in their lives. (CA:97-98). Specifically, Bree-Anna and Chris admitted that they had little contact with Bilardi, and Jesse admitted that Bilardi was "a reserved person" who "did not share his feelings." (CA:97-99). The government also highlighted how the statements lacked independent corroborating evidence or were inconsistent with each other or other evidence. (CA:99-100). A further indicium of unreliability was that the proffered statements were created after Bilardi's disappearance to explain what occurred and likely assuage feelings of guilt and self-blame. (CA:100).[10] As the district court found as to all of the statements, "these statements are simply the ramblings of these people who did not pay attention to [Bilardi] . . . . So there was no communication of a significant nature, but now, in retrospect, these

---

[10] While Kandic states several times that the affidavits were drafted after Bilardi had died, that is incorrect. Bilardi died during his suicide bombing on March 11, 2015, and the sibling affidavits were signed on January 28, 2015. (CA:21, 31, 45).

people are making statements to the police that are uncorroborated, . . . they are trying to justify their behavior before he went to Syria." (A:288, 332 (finding, "These statements offer a retelling of a somewhat complex narrative during a traumatic period in the dynamics of a dysfunctional family. As a result, these statements would benefit from cross-examination.")). Kandic fails to address the court's findings, let alone explain why those findings were clearly erroneous.

As the government argued below, the statements, when compared to each other, when compared to internal family discussions as captured in online chats, and when compared to later FBI interview reports, show that the family members were not fully forthcoming regarding their knowledge, and lack of knowledge, related to Bilardi. Indeed, because of the Australian government's division of responsibilities among its law enforcement and intelligence agencies, the Bilardi siblings were specifically instructed not to be forthcoming with police and law enforcement officers. (CA:100).

To show the statements were reliable, Kandic argues that the affidavits were made under oath in response to questioning by law enforcement authorities. (Br. 32). "But just because a statement is made

51

under oath does not mean that it is trustworthy. The context in which the oath was taken and the extent to which the statements under oath were tested by cross-examination are relevant." *Gem Financial Service, Inc. v. City of New York*, No. 13-CV-1686 (RPK) (RER), 2022 WL 409618, at *6 (E.D.N.Y. Feb. 10, 2022). Here, the Bilardi family members did not take an oath in open court before a jury and during a public proceeding. *Cf. In re Sept. 11 Litig.*, 621 F. Supp. 2d 131, 163 (S.D.N.Y. 2009) (admitting testimony of witnesses under residual exception, noting that they had "testified in court, before a jury, under oath and penalty of perjury, in a highly-scrutinized, public proceeding"). Nor were the Bilardi family members subject to cross-examination on the contents of the affidavits after they prepared them. *See O'Brien v. City of Yonkers*, No. 07-CV-3974 (KMK) (LMS), 2013 WL 1234966, at *8 n.8 (S.D.N.Y. Mar. 22, 2013) (finding testimony under oath insufficiently reliable in part because there had been no cross-examination on certain issues).

Second, the proffered statements are not the most probative evidence addressing Bilardi's behavior; rather his blog, his statements on Facebook and Twitter, recorded calls with his siblings, the contents of his cellphone, laptop computer, and photographs of the items recovered from

52

his room, were all stronger pieces of evidence and all had been produced in discovery and had been in Kandic's possession since 2017. (A:287; CA:2). Notably, the statements Kandic cited were captured in primary source evidence that the defense possessed—such as the October 2014 recorded audio calls between Bilardi and Jesse, Bilardi's laptop computer, photographs of the materials stored in Bilardi's bedroom, Bilardi's internet browsing history and audio files, the contents of Bilardi's cellphone, and Bilardi's online accounts and messages. (CA:2-3, 101; Br. 25-26). To the extent that the statements recount the contents of these phone calls and online messages, the statements are not the best evidence—the calls and messages are—and indeed the statements are erroneous in multiple respects when compared with the original calls and messages. (CA:99-100).

Third, while the district court's rejection of the admissibility of the siblings' affidavits under the former testimony exception was premised on the government's lack of opportunity to cross-examine the siblings (CA:142), it found that the admission of the proffered statements under the residual exception was also ill-advised under the facts of this case because the government lacked the opportunity to cross-examine the

siblings. As shown above, the siblings' statements were unreliable, were motivated by bias, were contradicted by other more direct evidence, and, for the large part, lacked personal knowledge or the proper basis to opine. *Cf. Crawford v. Washington*, 541 U.S. 36, 43, 61-62 (2004) ("The common-law tradition is one of live testimony in court subject to adversarial testing. . . . Where testimonial statements are involved, we do not think the Framers meant to leave the Sixth Amendment's protection to the vagaries of the rules of evidence, much less to amorphous notions of 'reliability.' . . . The Clause thus reflects a judgment, not only about the desirability of reliable evidence (a point on which there could be little dissent), but about how reliability can best be determined.").[11] In sum, the district court properly precluded the admission of the siblings' affidavits.

## IV. Any Error Was Harmless

In light of the significant, more direct, reliable evidence of Bilardi's mental state and commitment to ISIS from Bilardi's

---

[11] While we recognize that the Sixth Amendment protections discussed are targeted to the defendant, the Court's discussion of the value to the jury's truth-seeking function of cross-examination is pertinent here.

54

conversations, blogs, and tweets that were admitted at trial, any error in precluding the challenged evidence is harmless.

Kandic complains that the district court precluded evidence that the defense sought to present to the jury, including statements by Bilardi's siblings describing how he became radicalized in Australia and committed to martyrdom before he met Kandic. (Br. 22). As to the former, the government admitted, as summarized above, extensive direct evidence that Bilardi became radicalized in Australia before he met Kandic. As to the latter, there was direct evidence admitted at trial that showed Bilardi aimed to commit an act of terrorism both in Australia, which he ultimately abandoned, and in the Middle East, a goal which Kandic made possible.

Defense counsel made considerable use of Bilardi's own words—his calls with his siblings, his direct messages over social media ("DM"s) with another sibling, his blog posts—to argue that Bilardi was radicalized long before he met Kandic and, had he been unable to travel to the Middle East, had a "Plan B" to conduct a suicide bombing in Australia. (A:515-19). Notably, counsel emphasized the strength of the direct evidence of Bilardi's own words: "First, and perhaps most importantly, you have it from Mr. Bilardi's own mouth from beginning to end. Look at the blog posts. They're all in evidence." (A:515; *see also* A:516-17 (discussion of blog posts, including Bilardi's Plan B), 518 (discussion of call with Chris Bilardi (GX:1206) and DMs with his sister Sarah), 519 (DMs with Sarah showing Bilardi was a true believer)). There was thus extensive evidence for defense counsel to advance his argument. For example, in one of Bilardi's Kik message conversations discovered on Bilardi's devices that he left in Australia, he explains that he "reverted about 1.5 years ago" and was planning to come "as soon as possible." (A:253; GX:1222G). Bilardi's phone also contained instructions on how to make a bomb. (A:257). Bilardi's blog post, "From Melbourne to Ramadi: My Journey," was also in evidence and provided

56

proof of his preexisting radicalization and willingness to be a jihadist before he ever spoke to Kandic. (A:284, 515-16; GA:23-26 (GX:1235)).[12] In summation, defense counsel relied heavily on Bilardi's own words from his blog and calls and direct messages with his brother Chris and sister Sarah, among other evidence, to argue that it was Bilardi's decision, independent of Kandic's actions, that resulted in his suicide bombing, which he was committed to undertaking even before he left Australia and even though his siblings offered to take him home from the Middle East. (A:515-18). The jury was entitled to and did reject this alternative theory of the but-for cause of Bilardi's death. The admission of the biased siblings' affidavits, largely premised on speculation, hearsay, and lack of personal knowledge, would not have altered the jury's assessment.

Second, the proof at trial that Kandic's conduct was a but-for cause of Bilardi's death was overwhelming. The trial evidence showed that although Bilardi desired and tried to travel to ISIS territory, he was

---

[12] The government also indicated it did not object to the authenticity of anything that came from Bilardi's computer (A:287), providing the defense with leeway to introduce whatever evidence it wanted from Bilardi's computer.

unable to find a way until he connected with Kandic, who provided extensive guidance to facilitate Bilardi's successful travel to ISIS territory. There was also no evidence on Bilardi's devices that anyone, other than Kandic, facilitated his travel to ISIS territory. The evidence also showed that Kandic encouraged Bilardi to engage in a suicide bombing. (A:520-22, 524-26).

Further, as to Count One, any error in precluding these affidavits was also harmless for a different reason: Kandic was found guilty of deaths resulting other than Bilardi's (A:545), and the sentence on that count was life imprisonment, run concurrently with the other counts (DE:360). The government argued and the jury reasonably could have concluded from the evidence beyond a reasonable doubt that Kandic's conduct resulted in (i) the death of Ikanovic, who he assisted substantially during Ikanovic's time fighting for ISIS, including by updating Ikanovic about battles within ISIS territory; (ii) the death of the Bosnian Witness's siblings, after Kandic provided financial assistance to the Bosnian Witness's impoverished family that enabled them to travel to ISIS territory, where one of his brothers then later fought for ISIS and died in Syria and his younger brother also died in ISIS territory (BDT:84-

85; GX:1413); and (iii) the death of the alleged spy that Kandic's recruit, called Jason Borne, and accomplices killed during an interrogation while communicating with Kandic. (A:155). These facts were contained in discovery and the 18 U.S.C. § 3500 material the government disclosed years before trial; the government also provided before summation a letter in which it specified the deaths it would seek to prove. (A:480, 483, 486; GA:79-80). Therefore, even assuming the district court erred in precluding admission of the Bilardi siblings' affidavits, that error was harmless as to his conviction of Count One and Kandic's ultimate prison term. And, given the extensive evidence admitted and argued from of Bilardi's radicalization and desire to become a jihadi prior to his online discussion with Kandic, that defense counsel emphasized in summation and that the jury clearly and permissibly rejected, any error in precluding this less direct evidence was harmless as to his conviction of Count Five.

POINT TWO

THE CONSPIRACY COUNT WAS
NOT IMPERMISSIBLY DUPLICITOUS

Kandic argues that Count One, which contained an enhancement for the offense resulting in the death of Bilardi and others, was impermissibly duplicitous because "it flipped the burden to the defense to disprove Mr. Kandic's involvement in innumerable ISIS killings" "described and shown on videotape throughout the trial." (Br. 3-4). He is wrong. Here, among other things, the government provided discovery and § 3500 material well in advance of trial that discussed the deaths at issue, indicated before summation which deaths it would argue proved this element, and at all times told the jury that it had the burden of proof. The district court likewise instructed the jurors that they needed to unanimously find that a specific death resulted and unanimously agree on which specific death. Simply put, there was no prejudice from any duplicity in Count One.

I.     Relevant Law

A.     Duplicity

Duplicity exists when a charge "combines two or more distinct crimes into one count." *United States v. Sturdivant*, 244 F.3d 71, 75 (2d

60

Cir. 2001); *United States v. Margiotta*, 646 F.2d 729, 733 (2d Cir. 1981) ("a single count of an indictment should not be found impermissibly duplicitous whenever it contains several allegations that could have been stated as separate offenses . . . but only when the failure to do so risks unfairness to the defendant"; such a rule "achieves the obvious benefit of limiting the maximum penalties the defendant may face if convicted of [the crimes charged] and also avoids the unfairness of portraying the defendant to the jury as a perpetrator of [several] crimes").

"An indictment is impermissibly duplicitous where: 1) it combines two or more distinct crimes into one count in contravention of Fed. R. Crim. P. 8(a)'s requirement that there be a separate count for each offense, and 2) the defendant is prejudiced thereby." *Sturdivant*, 244 F.3d at 75. This Court has identified several relevant factors for determining whether a defendant was actually prejudiced by a duplicitous indictment, including avoiding the uncertainty of whether a general verdict conceals a finding of guilty as to one crime but of not guilty of another, avoiding the risk that the jurors may not have been unanimous as to one of the charged crimes, assuring that the defendant has adequate notice, providing protection against double jeopardy in

61

subsequent prosecutions, and providing the basis for appropriate sentencing. *Id.*

B. <u>Standard of Review</u>

Because a claim of whether a count is impermissibly duplicitous is a question of law, this Court reviews it de novo. *See United States v. Mauskar*, 557 F.3d 219, 225 (5th Cir. 2009); *cf. United States v. Malachowski*, 415 F. App'x 307, 309 (2d Cir. 2011) (de novo review of preserved claim of multiplicity).

II. <u>Count One Was Not Impermissibly Duplicitous</u>

Kandic complains that he lacked notice of the deaths that resulted from his conduct as charged in Count One, that this lack of knowledge forced him effectively to bear the burden of disproving that he caused the myriad deaths that ISIS caused when he was materially assisting it, and that the special verdict form did not cure the risk that the jurors did not unanimously find another death, beyond Bilardi's, that resulted from Kandic's conduct. (Br. 45-46). His claims lack merit.

First, the charging documents specified some of the deaths that were the primary focus of the government's case. The indictment expressly named Bilardi among those killed. (A:38). The complaint

explained how the conspiracy resulted in Bilardi's commission of a suicide bombing attack that killed him and numerous Iraqis. (GA:75). As noted in the complaint, Kandic "announc[ed] that Bilardi had carried out a suicide attack" killing "57 Shia kufar [infidels]." (GA:75).

In addition, the government provided discovery and § 3500 material well in advance of trial that discussed the deaths at issue, and it indicated before summation which deaths it would argue proved this element, which was a subset of those disclosed in discovery. Notably, the government had disclosed the § 3500 material of its cooperating witnesses two years in advance of trial, which provided considerable notice of the deaths at issue. (A:483 ("I have never before turned over §3500 [of] cooperators two years in advance of trial. All of this was in the §3500 of our cooperators, but they have seen and been on notice that the defendant is connected to numerous individuals, battlefield commanders who have died."); GA:79-80). Some of those deaths were described by cooperating witnesses and in co-conspirator statements, and others were depicted in images, videos, and other evidence. (GA:83 (citing deposition testimony from the Bosnian Witness describing deaths of family members, ISIS fighters, and spies; deposition testimony from the

Kazakhstani Witness describing deaths on the battlefield; and cooperating witness interview reports describing deaths of ISIS fighters, suicide bombers, and others who died in ISIS attacks)). In addition, the parties engaged in Rule 15 depositions of two witnesses, the Bosnian Witness and the Kazakhstani Witness, prior to trial (A:17-22), and the Bosnian Witness provided evidence that Kandic sent money to his impoverished family (evidence that was corroborated by financial records) that was used to send him, his mother, and siblings to join his father, who was fighting for ISIS, to ISIS-controlled territory. Once there, his older brother joined ISIS and died in Syria, which the government proved at trial (BDT:59, 60, 65, 85; GX:1413). In litigating the admissibility of some of this material, Kandic was further put on notice that it was relevant to proving that the deaths resulted from the conspiracy in which he participated. (DE:261 at 8 (holding that evidence of the Bosnian Witness's family member's death—whose travel to Syria Kandic helped to fund—was relevant and "important evidence to prove that the death of one or more persons resulted from the charged conspiracy").

Moreover, in its opposition to the motion to dismiss, the government cited several deaths of which the defense had knowledge, including those Kandic described himself, such as the deaths of those acting with Bilardi on the day of Bilardi's coordinated suicide attack and the people killed in that attack. (GA:83). Indeed, the district court found that the government's disclosures provided Kandic with adequate notice of the scope of Count One. (A:71). Further, the government disclosed that it would argue that the trial evidence proved the following deaths resulted from Kandic's conduct: Bilardi; Iraqi military and police killed on March 11, 2015 in Anbar Province (i.e., those killed by Bilardi's suicide bombing); other persons that Bilardi and his co-conspirators killed; family members of the Bosnian Witness; the suspected spy at a safehouse in Idlib (Kandic spoke on the phone with his recruit called "Jason Borne" who, along with others, was interrogating this suspected spy who died from their beating of him); Bajro Ikanovic and those he and his co-conspirators killed; and Abu Qaqa Al-Britani.[13] (A:486).

---

[13] Al-Britani was a British university student named Raphael Hostey who joined ISIS early, became a "fairly prominent media

65

Defense counsel argued forcefully in summation that Kandic was not the cause of any of their deaths; that those people died because they or others were profoundly overcome by religious extremism, that those people would have killed themselves or others regardless of any contact with Kandic, and that there was no evidence that Kandic directed their actions. (A:513-19). As to the spy killed by Borne, counsel noted that although Kandic had been on the phone with Borne at the time, there was no evidence that he counseled Borne to do anything, or that Kandic did anything more than just listen. (A:514). As to the Bosnian Witness's family, counsel blamed the Bosnian Witness's parents for bringing their family to ISIS-controlled territory, which they could do legally at the time before the border closed, and noted that the witness's father and brother chose on their own to join ISIS. (A:514-15). Finally, counsel argued that anyone whose death related to Bilardi's suicide bombing was unconnected to Kandic because Bilardi had resolved to become a suicide bomber before meeting Kandic. (A:515-19). Thus,

---

propaganda operative" for ISIS, and died in 2016. Kandic bragged that he knew Al-Britani on social media. (A:336; GX:2056B).

contrary to Kandic's claim that the court "overlooked" the "staggering volume of discovery" and that his counsel was left to "search in vain" through the discovery "to figure out which . . . deaths the government sought to blame on" Kandic (Br. 39), Kandic and his counsel had adequate notice. Indeed, counsel considered moving for a bill of particulars (GA:78) but determined that such a motion was unnecessary.

During the trial, Kandic focused entirely on the death-resulting element of the charges, conceding to the jury that Kandic was "guilty of materially supporting ISIS" but that he was "not guilty of taking actions that resulted in the death of anyone," arguing that he "did not kill anybody or commit atrocities himself." (A:79, 81). This strategy was sound: Kandic's defense theory was that none of the deaths that had occurred were by his own hand, so he could not be held responsible for any of them. (A:80 ("[Y]ou're going to learn that the way that people wind up dying for ISIS involves many steps and many things and many personal life decisions that Mr. Kandic had absolutely nothing to do with. Absolutely no control over, and no legal criminal responsibility for.")). If accepted, this theory would have been a complete defense to all deaths that occurred during the conspiracy. Thus, listing the name of every

67

deceased individual (either in a bill of particulars or in separate counts) was immaterial to Kandic's defense, and the government's decision to group all the individual deaths into one count worked no prejudice. In fact, Kandic may have benefitted from the reduction in the number of counts against him and the available penalties he would otherwise face. *See, e.g.*, *United States v. Sugar*, 606 F. Supp. 1134, 1146 (S.D.N.Y. 1985); *Margiotta*, 646 F.2d at 733.

Kandic argues that the number of deaths referenced in discovery, "which included hundreds of videos depicting ISIS atrocities," was too numerous to provide sufficient notice. (Br. 45). This argument ignores the limiting principles inherent to the death-resulting element. Kandic could only be held responsible for deaths that resulted from his offense, not all deaths ever caused by ISIS. In addition, Kandic could only be held responsible for those deaths that the government had proved beyond a reasonable doubt. Defense counsel was aware of these principles and focused on the deaths that may have satisfied both of them. (*E.g.*, A:355 (defense counsel cross-examining on whether Kandic had "anything to do with" the deaths of Omar Shishani and Bajro Ikanovic)).

68

In support of his claim of inadequate notice, Kandic argues that the district court directed the government to submit a letter outlining the deaths it was alleging that resulted from Kandic's conduct because the court supposedly "could not itself identify which deaths the government sought to blame on Mr. Kandic." (Br. 39). This assertion is not faithful to the record. The district court did not suggest—explicitly or implicitly—that its pretrial decision on duplicity was a mistake, and it did not state that it could not identify which deaths had a nexus to Kandic. (A:476-85). Rather, the court explained that "we already have a full record in the trial" and that its concern was about focusing the jury on resolving the question of whether the government proved that deaths, other than Bilardi's, had resulted. (A:479, 480 ("I'm trying to make sure that the jury is properly—is afforded the opportunity to focus its attention to the facts or lack of facts about specific incidents."), 483 (the government: "anyone sitting in this courtroom has seen that we've connected Mr. Kandic conspiring with multiple different individuals in . . . ISIS and that those conspiracies resulted in death. I think the defense's cross-examination demonstrate[s] they are aware of that and they have cross-examined on them. For example, Mr. Stern specifically

69

cross-examined on the deaths in the Bangladesh bakery attack. . . . Mr. Stern cross-examined with respect to [Bajro] Ikanovich's death and specifically asked Mr. V[i]dino whether Kandic had anything to do with Mr. Ikanovich's death."), 485 (the court: "This isn't an infinite number of incidents. There are some particularly well-documented incidents that the Government has provided evidence of. They didn't provide . . . the testimony of one witness, they provided it over time from various witnesses. But they did provide it, so it won't be a surprise.")). The government volunteered to provide the defense with a letter previewing the deaths it intended to argue in its summation to assist defense counsel in preparing its summation (A:479-80) and did so. Kandic, therefore, had sufficient notice of which deaths were at issue.

Kandic also argues that the special verdict sheet "still left substantial room for a non-unanimous verdict by which some jurors held Mr. Kandic responsible for one death and other jurors for another." (Br. 46). But this argument ignores the district court's detailed instruction advising the jurors multiple times that they needed to be unanimous as to which death they were considering. (GA:148-49; A:538 ("However, in order to find that the Government has proven that the

commission of the offense resulted in death, you must be *unanimous* as to the person's death you are considering. It is not enough for some of you to find that the Government has proven one person's death and others of you to find that the Government has proven a different person's death. *In other words, if you find that a death resulted, you all must agree as to that specific death.* . . . Under Count One, the verdict form asks you two questions. First, whether you unanimously found that the offense resulted in the death of Jake Bilardi; and second, whether you unanimously found that the offense resulted in the death of any other person or persons.")). Jurors are presumed to follow the court's instructions, *see, e.g.*, *United States v. Rainford*, 110 F.4th 455, 474 (2d Cir. 2024), and there is no evidence that they did not do so here. The jury's affirmative finding that the government had proven Bilardi's death was sufficient for Kandic to be held liable for the enhancement on Count One, rendering the remaining generic option immaterial to Kandic's conviction on that count, a point that both defense counsel and the district court recognized. (A:477, 480).

Kandic also argues that because he did not know the precise deaths alleged to have resulted, he effectively bore the burden of

71

disproving his responsibility for each death. (Br. 41). But that is not the case. First, as shown above, he did know the deaths at issue. Second, the government and the court repeatedly advised the jury that the burden was on the government to prove beyond a reasonable doubt that certain deaths resulted from Kandic's conduct (and that the jury needed to be unanimous as to which death or deaths it found), as well as to prove the other charged crimes, and that Kandic had no burden of proof. (*See, e.g.*, A:494, 504-06, 520, 524, 527, 531, 533, 535, 537-39). This was more than sufficient to cure any duplicity concern. *See United States v. Helmsley*, 941 F.2d 71, 91 (2d Cir. 1991) ("any possibility of a duplicitous verdict was removed by [the judge's] careful charge"); *see also United States v. Dupre*, 462 F.3d 131, 143 (2d Cir. 2006) (noting that even a standard unanimity instruction is sufficient and collecting cases).

Finally, as the district court correctly found, there was no "danger of prejudice in connection with double jeopardy rights" because Count One provides a broad double jeopardy bar, as it covers the entire time Kandic conspired to provide material support to ISIS, all the forms of material support he provided, and all the deaths that resulted from it. (A:70).

72

Accordingly, any theoretical duplicity prejudice to Kandic as to Count One was cured.

73

## CONCLUSION

For the reasons stated above, Kandic's conviction should be

affirmed.

Dated:     Brooklyn, New York
           November 18, 2024

                              Respectfully submitted,

                              BREON PEACE,
                              United States Attorney,
                              Eastern District of New York.

                  By:    /s/ SARITHA KOMATIREDDY
                         SARITHA KOMATIREDDY
                         Assistant U.S. Attorney


AMY BUSA,
SARITHA KOMATIREDDY,
Assistant United States Attorneys,
     (Of Counsel).

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) and Second Circuit Rule 32.1(a)(4) because the brief contains 13,363 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated:  Brooklyn, New York
       November 18, 2024

/s/ AMY BUSA      
AMY BUSA
Assistant U.S. Attorney

APPENDIX

# TABLE OF CONTENTS

Page

Twitter Direct Messages between Mirsad Kandic and Jake Bilardi,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 June 3–August 25, 2014 ................................................................GA1

Twitter Direct Messages between Mirsad Kandic and Jake Bilardi,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 December 24–29, 2014................................................................GA6

Blog: "From the Eyes of a Muhajir," by Jake Bilardi,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 January 10–28, 2015 ................................................................GA23

Twitter Direct Messages between Mirsad Kandic and Jake Bilardi,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 March 4–6, 2015 ........................................................................GA50

Complaint,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 April 22, 2016................................................................................GA58

Status Conference Transcript,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 June 17, 2021 ................................................................................GA77

Government Letter Memorializing Disclosure of Trial Exhibits,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 April 9, 2022................................................................................GA79

Government Letter in Response to Motion to Dismiss,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 May 2, 2022................................................................................GA81

Amended Memorandum and Order,
 United States v. Mirsad Kandic, No. 17-CR-449 (NGG)
 May 4, 2022................................................................................GA85

Jury Charge,
    <u>United States v. Mirsad Kandic</u>, No. 17-CR-449 (NGG)
    May 20, 2022..................................................................GA94

GA001

Twitter Direct Messages with Mirsad Kandic from Jake Bilardi's Phone

| Sender | Account | Created (MEL) | Text |
|---|---|---|---|
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 16:51:07 +1000 | Text here Akhy |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 16:59:22 +1000 | Are you in al-Sham now? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:02:00 +1000 | Akhy |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:02:29 +1000 | My net is not good sometimes |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:06:36 +1000 | Are you able to organise a contact for me? Someone who I could meet in Turkey and who could bring me into Syria inshallah? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:07:07 +1000 | First: |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:07:28 +1000 | Do you know anyone there? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:07:38 +1000 | No |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:08:12 +1000 | Where are you from |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:08:30 +1000 | And where are you from originally |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:09:37 +1000 | I was born in and currently live in Australia. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:10:08 +1000 | Ok |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:10:27 +1000 | Are you a brother or a sister |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:10:59 +1000 | Brother |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:11:13 +1000 | Al hamdu lillah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:12:54 +1000 | When did you plan to travel here..don't tell me date just aproximity a month |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:14:27 +1000 | I plan to leave in approximately two months inshallah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:14:59 +1000 | In shaAllah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:16:15 +1000 | Are you married brother |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:23:50 +1000 | Salaam akhi, you still there? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:38:29 +1000 | ? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:40:05 +1000 | Akhy your messages didn't come so I don't know what are you asking |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:42:59 +1000 | I just sent two asking if you were still online. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:43:57 +1000 | Im online |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:44:12 +1000 | Are you married brother |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:44:41 +1000 | No, I'm not married |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:45:01 +1000 | Al hamdu lillah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:45:13 +1000 | You will inshaAllah |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:45:54 +1000 | inshallah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:47:04 +1000 | Akhy did you ask any questions that a didn't unser yet.? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:49:44 +1000 | No |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:50:41 +1000 | Ok Akhy... when you are ready let me know |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:51:20 +1000 | Until then learn Arabic as much as you can if you don't speak it already |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:51:48 +1000 | You have some you tube videos |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:53:01 +1000 | Actually, I just want to ask about the training, does it require a very high fitness level and if you are not capable will be there be ... |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:53:11 +1000 | another job? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:53:53 +1000 | Everyone has to get training no matter what they do |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:54:06 +1000 | After |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:54:27 +1000 | Try to exercise |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:54:42 +1000 | Especially running is important |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:55:22 +1000 | So do run daily |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:56:02 +1000 | Ok inshallah. Jazak Allahu Khair akhi. May Allah Protect you. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 17:56:26 +1000 | Asalamualaikum wa rahmatullahi wa barakatuhu. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 17:57:45 +1000 | We do exercise but you should be fiscally able to run 2-3 km without stopping |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 18:31:10 +1000 | Sorry akhi, just one more question. How much money do you advise I should have and should I get it converted to Syrian/Turkish currency? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 18:46:45 +1000 | Akhy can you resend your question again |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:01:20 +1000 | Sorry akhi, just one more question. How much money do you advise I should have and should I get it converted to Syrian/Turkish currency? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:02:41 +1000 | You should have minimum 500$ and as much as you have is best for you.. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:04:38 +1000 | Over here we carry US Dollars because you can exchange them anywhere you want. And than as you need to get something we exchange them here |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:05:36 +1000 | What about Australian Dollars? or should I convert it to US |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:05:42 +1000 | So cary only US Dollars or you can exchange yours in turkey |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:06:12 +1000 | You have to convert all to US Dollars |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:06:36 +1000 | Ok inshallah. Jazak Allah khair |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:06:54 +1000 | If you like to know prices of things I can tell you that to |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:07:03 +1000 | Ameen wa iyyaka |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:07:14 +1000 | Yeah that would be good. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:08:51 +1000 | Your regular school book is 15-16 hundred dollars |

1/5



**GOVERNMENT EXHIBIT**

**1222S**

17 CR 449 (NGG)

## GA002

Twitter Direct Messages with Mirsad Kandic from Jake Bilardi's Phone

| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:09:09 +1000 | 74-ka |
|---|---|---|---|
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:09:16 +1000 | Lol |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:10:08 +1000 | If you like a motorcycle. Is 550-600 brand |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:10:12 +1000 | New |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:10:39 +1000 | Im talking only in US Dollars |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:11:22 +1000 | Cars are more expensive |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:11:46 +1000 | But if you don't have any of these than |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:12:08 +1000 | Did you mean at the start that a standard ak-47 is $1500? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:12:21 +1000 | Your book is free and comes from baytull mall |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:12:29 +1000 | Yes |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:12:40 +1000 | What book? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:12:48 +1000 | :) |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:13:04 +1000 | Ak - book |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:13:30 +1000 | AK is your book |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:14:14 +1000 | Oh ok. I had been in contact with a couple of other brothers and they were saying it was a lot more expensive? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:14:54 +1000 | How much is ammunition for an ak-47? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:15:19 +1000 | You can have it free after training |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:15:35 +1000 | 1-1 1/2 |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:15:53 +1000 | It depends where you are |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:16:42 +1000 | But you have them free ollso |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:16:45 +1000 | Alhamdulilah, I was worried I wouldn't have enough money. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:16:56 +1000 | Where abouts are you? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:17:44 +1000 | I move allot |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:18:00 +1000 | Because of my job |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:19:28 +1000 | Sorry for asking but, could you tell me what your role in the mujahideen is? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 20:26:00 +1000 | Akhy sometimes I se that you sent me a text but it disappears I don't know what you texted |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 20:34:18 +1000 | Sorry for asking but, could you tell me what your role in the mujahideen is? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/03 21:35:17 +1000 | I can't tell you that brother I hope you understand..we don't know each other yet |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/03 21:37:17 +1000 | Sure, no problem, understandable. :) |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/05 21:53:07 +1000 | Asalamualaikum, when I get to Shaam is there a way for me to get money out of my Australian bank account? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/05 21:53:28 +1000 | I don't really like the idea of carrying thousands of dollars with me? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/05 21:54:06 +1000 | Could I transfer it to say a Turkish bank or something? Would that make things any easier? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:38:43 +1000 | No akhy is more suspicious to do the transfer...se online what's the maximum amount of money you can carry with you on the plane without>> |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:38:56 +1000 | Without declaration |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:39:23 +1000 | So no one checks you about that |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:41:39 +1000 | Or if you have a trusted person to send them to you through Western Union to turkey that is possible but it will cost you allot for sending |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:42:12 +1000 | And they can't send it all at once in the same name |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:43:00 +1000 | So just take it with you but under the maximum so you don't have to declare it |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:43:45 +1000 | Ig they ask you do you have anything to declare dey no |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:43:53 +1000 | No thanks |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/06 00:44:20 +1000 | Lol |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/07 01:41:02 +1000 | Sorry, just another question. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/07 01:41:58 +1000 | Is it possible to get by with very limited Arabic? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/07 01:42:45 +1000 | Alhamdulilah I'm a revert of just over 1 year and I've only recently started learning to read al-Qur'an. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/07 01:43:29 +1000 | Inshallah I will try to learn as much as possible before I leave but I will probably arrive with very little Arabic language skills. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/07 01:43:58 +1000 | Is that a problem? Inshallah I will keep learning once I get there. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/07 01:49:08 +1000 | It's not a problem Akhy |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/07 01:50:37 +1000 | The thing is studi and exercise and run daily that is what you need |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/07 01:51:49 +1000 | Alhamdulilah, do a lot of the brothers speak English? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/07 01:52:12 +1000 | Yes hundreds |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/07 01:52:31 +1000 | Alhamdulilah. Jazak Allah khair. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/07 01:53:03 +1000 | Ameen wa iyyaka |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:01:25 +1000 | Sorry for bothering you again brother. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:02:22 +1000 | I'm just getting a little nervous because it seems Western governments and Turkey are cracking down on foreigners going to Syria more now. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:02:34 +1000 | I want to try and get going as soon as possible. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:03:40 +1000 | Do you suggest I fly direct to Turkey or should I go to somewhere else first? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:04:42 +1000 | It even easier to go to Iraq because I've heard the Turkish border is getting more and more secured because there's a lot of foreign ... |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:04:56 +1000 | NATO troops there as well. |

# GA003

Twitter Direct Messages with Mirsad Kandic from Jake Bilardi's Phone

| | | | |
|---|---|---|---|
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/08 01:28:18 +1000 | There is nothing to be jealous about..nato hase ben there for over 15 years..they are ckraking only those that are not careful with behavior |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/08 01:28:52 +1000 | What Allah hase decreed for us we can't escape |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/08 01:29:58 +1000 | So do your thing than when you are ready let me know |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:30:37 +1000 | Is it safe to fly direct to Turkey though or would it look a bit suspicious? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:31:25 +1000 | I've heard some brothers say you should fly somewhere in Europe or middle east first then go by train or something to Turkey? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/08 01:31:36 +1000 | It will look suspensious if you have a beard |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/08 01:31:57 +1000 | No |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/08 01:32:35 +1000 | You can go to Asian state than to T |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/08 01:32:42 +1000 | But not Europe |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/08 01:34:12 +1000 | Okay inshallah everything will be fine. Should I fly to Istanbul or closer to the border? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/09 02:52:33 +1000 | Okay inshallah everything will be fine. Should I fly to Istanbul or closer to the border? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/09 03:29:05 +1000 | You are a turist on vacation in one of the most visited place in Asia called Istanbul :) |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/09 03:30:14 +1000 | Let me know few days in advance so I can arrange things for you |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/09 03:36:58 +1000 | Ok inshallah. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/09 03:37:30 +1000 | Should I book tickets to Istanbul though? |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/09 03:42:16 +1000 | Sorry, I just read your message again. Forgive me I've been awake all night. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/09 03:44:31 +1000 | You know when you are ready..remember that this is not the place where you can get in and out as you wish Akhy..I have to tell you this so . |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/09 03:44:42 +1000 | So you know in advance |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/09 03:45:07 +1000 | In shaAllah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/06/14 00:45:05 +1000 | This is my new account>> ISIS_Events |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/14 00:47:05 +1000 | Ok. Jazak Allah khair akhi. |
| Jake Bilardi | AbuAbdu59912624 | 2014/06/24 15:13:58 +1000 | Asalamualikum akhi. Is this your main account again? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 15:31:44 +1000 | As salamu alaykum Akh the IS Conquests account has been suspended by kufar so text me here for now |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/12 16:00:05 +1000 | Wa alaykum salaam, ok np. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:25:38 +1000 | Did I give you my number Akhy? |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/12 16:27:25 +1000 | Yeah, last time we spoke. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:29:16 +1000 | Good |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:30:18 +1000 | Any time you are ready you are involved to a party |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:30:19 +1000 | :) |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/12 16:33:24 +1000 | Inshallah, I should open a new account when everything's set yeah? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:33:30 +1000 | If you come by 15-16 will be good |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:33:50 +1000 | If not is still good |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:33:53 +1000 | :) |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/12 16:35:24 +1000 | The next flight I could get is on the 25th, I still have a couple of last things to sort out and I need to leave at night. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:38:47 +1000 | Ok Akhy |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:39:37 +1000 | Don't tell me exact dates ore other info |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:40:24 +1000 | If they suspend this account don't worry just find yourself in T |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:40:50 +1000 | And call |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/12 16:44:02 +1000 | Ok. Should I set up a new account when I'm about to leave? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:44:55 +1000 | Yeah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:45:08 +1000 | Yes |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:45:33 +1000 | In shaAllah |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/12 16:46:02 +1000 | Ok. Jazak Allah khair akhi. |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/12 16:46:15 +1000 | Asalamualaikum wr wb |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:46:53 +1000 | Ameen wa iyyaka |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/12 16:47:05 +1000 | Alaykum sallam wr wb |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/14 12:43:32 +1000 | Asalamualaikum akhi |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/14 12:44:45 +1000 | I'm just reading now that you can't enter T on a 1 way ticket and also you have to prove you have Turkish money on you. Can you please... |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/14 12:44:53 +1000 | Clear this up for me? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/14 15:40:34 +1000 | Wa alaykum sallam wr |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/14 15:44:12 +1000 | Where did you read that Akhy? you can get a round trip ticket..it's not too much difference..The main thing is for you to get to your |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/14 15:44:14 +1000 | Destination |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/14 15:45:31 +1000 | And how can you have T money from the place you're coming from |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/14 15:45:40 +1000 | Nobody asks you for that |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/14 15:47:13 +1000 | If you have a beard than it can be problem |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/14 15:47:28 +1000 | You can be questioned where are you going to whom etc... |
| Jake Bilardi | AbuAbdu59912624 | 2014/08/14 15:57:51 +1000 | I just read it in a few places, don't worry, I looked into it a little bit more and you're right, it shouldn't be a problem. Sorry. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/14 16:13:47 +1000 | Np |

# GA004

Twitter Direct Messages with Mirsad Kandic from Jake Bilardi's Phone

| Jake Bilardi | AbuAbdu59912624 | 2014/08/16 19:30:48 +1000 | Asalamualaikum akhi, this is my new account.(@Abu_Abdullah_IS): https://t.co/LDh5eAH1Ce |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/16 19:34:55 +1000 | Wa alaykum sallam wa rahmetullah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/16 19:35:02 +1000 | Ok Akhy |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:15:57 +1000 | Asalamualaikum wa rahmatullah. Do you want me to tell you when I'll arrive in Turkey? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:17:26 +1000 | Wa alaykum sallam wr wb |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:17:46 +1000 | Yes Akhy |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:18:48 +1000 | I'll arrive in Istanbul in on 26 Aug |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:20:37 +1000 | Also, should I book a hotel? I'll be getting there in the morning. If so how long should I book it for? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:20:42 +1000 | Time? |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:21:12 +1000 | 6:10am |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:21:31 +1000 | Ok |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:21:55 +1000 | No booking |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:22:22 +1000 | A brother will pick you up |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:22:34 +1000 | At the airport? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:22:49 +1000 | Yes |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:23:05 +1000 | What's the name of the airport |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:23:27 +1000 | Ataturk international airport |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:23:38 +1000 | Ok |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:23:41 +1000 | Good |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:24:33 +1000 | You don't need the Hotel |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:24:56 +1000 | Ok. Jazak Allah khair |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:25:15 +1000 | He will tell you what and how |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:25:25 +1000 | Ameen wa jyyaka |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:25:39 +1000 | We will speak again |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:26:05 +1000 | Inshallah :) |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:26:10 +1000 | Before you get on your way |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:26:23 +1000 | Ok |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:26:25 +1000 | I will give you the brothers number |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:27:03 +1000 | Don't forget to ask me for the number |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:27:19 +1000 | Ok, will do. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:27:52 +1000 | May Allah keep you safe |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:28:03 +1000 | And in shaAllah you have allot of fun in your vacation |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:28:05 +1000 | Ameen |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:28:06 +1000 | :) |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:28:25 +1000 | Inshallah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/18 06:28:57 +1000 | As sallamu alaykum wr wb |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/18 06:29:20 +1000 | Wa alaykum salaam wr wb |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 15:03:28 +1000 | As sallamu alaykum wr wb |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 15:04:31 +1000 | Akhy unlock your phone so you can use it with international sim-cards, if you don't unlock it than you will have to buy another one here |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 15:05:32 +1000 | You need it "internationaly unlocked" |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 16:45:14 +1000 | Wa alaykum salaam wr wb |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 16:45:49 +1000 | I already bought a cheap unlocked phone and a SIM card. |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 16:46:44 +1000 | Also, should I exchange my money for USD before I leave or should I do it when I arrive. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 18:24:07 +1000 | For USD Either way..but you should exchange them.. The sim card we get it here |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 18:25:06 +1000 | But the brother will take you to buy it or he will buy it for you and you can refund him for that |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 18:26:41 +1000 | The sim that you will be using should be from the place where you are arriving |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 18:26:58 +1000 | The brother will tell you everything you need |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 18:28:07 +1000 | Don't bring anything big like PC, tablet etc because a brother will not allow you to have it with you |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 18:28:25 +1000 | Except the phone |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 18:35:16 +1000 | Ok Akhy |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 18:53:22 +1000 | Ok is there anything else that I'm not allowed to bring with me? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:17:23 +1000 | From your place you have to look legit... pair of clothes in addition to the one you are wearing.. that's it Akhy |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:18:25 +1000 | There are some other things that the brother will tell you there |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:18:43 +1000 | That I don't know |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:19:35 +1000 | because I don't know his jobs sistem it changes often |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:20:12 +1000 | I was just going to bring a backpack with some clothes and something to do during the flight. |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:20:33 +1000 | No problem. Jazak Allah khair akhi. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:21:32 +1000 | Yes you can take but don't expect it to have it with you on the beach |

# GA005

Twitter Direct Messages with Mirsad Kandic from Jake Bilardi's Phone

| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:21:54 +1000 | Ameen wa iyyaka |
|---|---|---|---|
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:22:11 +1000 | What do you mean? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:22:37 +1000 | Take a good book to read :) |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:23:10 +1000 | Inshallah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:23:39 +1000 | It's ok Akh.. The brother will tell you when you get there |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:23:40 +1000 | Also you said you would give me the brothers number but I won't have a working phone to even contact him. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:24:19 +1000 | That's correct so don't worry about it |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:25:16 +1000 | How will we find each other then? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:25:21 +1000 | I'll let you know what to do when you arrive there.. so he recognizes you |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:26:02 +1000 | Ok np. Do you want me to message you a few hours before I leave? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:26:19 +1000 | Yes |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:26:33 +1000 | Ok. Jazak Allah khair |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:26:56 +1000 | Ameen wa iyyaka |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/21 19:27:09 +1000 | Asalamualaikum wr wb |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/21 19:27:50 +1000 | Wa alaykum sallam wr wb |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 01:47:49 +1000 | Asalamualaikum akhi |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 01:48:06 +1000 | I'm going to be leaving in a few hours |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:49:19 +1000 | Wa alaykum sallam wa rahmetullah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:49:28 +1000 | In shaAllah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:49:41 +1000 | May Allah keep you safe |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 01:49:58 +1000 | Ameen |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:50:15 +1000 | So you will be in Ist on tge 25th or 26th ? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:50:31 +1000 | In the morning? |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 01:50:42 +1000 | 26th at 6:10am |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:50:56 +1000 | In shaAllah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:51:29 +1000 | The brother will be there for you |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 01:51:44 +1000 | How will we find each other? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:52:47 +1000 | Do you have whatsapp? |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 01:53:14 +1000 | Not on the phone I'll have with me. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:54:27 +1000 | Ok |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 01:57:05 +1000 | Is there another way? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:57:57 +1000 | When you exit from the airport..and you reach where the people are waiting for there loved once walk to the right side.. |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:58:09 +1000 | .. there will be a phones booth..stand or sit next to it |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:59:19 +1000 | The phone booth will be on the same side almost against the wall |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 01:59:26 +1000 | That's it |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:00:19 +1000 | The brother will say that I sent him |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:00:33 +1000 | :) |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:00:58 +1000 | Ok? |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 02:01:16 +1000 | Ok |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:01:31 +1000 | Is that ok? |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 02:01:41 +1000 | Is there anything else you needed to tell me? |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:02:34 +1000 | You're on vacation |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:02:49 +1000 | Without a beard |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:03:20 +1000 | I think you already got that covered |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:03:53 +1000 | Unless you have it on a passport |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:04:28 +1000 | But it's safer without it |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:05:47 +1000 | That's it Akhy |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:08:47 +1000 | If you get a chance to have Internet on the way..After you leave your place you can send me your photo but it won't be a big deal |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:09:32 +1000 | Ok Akhy |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:17:28 +1000 | Akhy Are you there |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 02:35:38 +1000 | Inshallah |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 02:35:42 +1000 | Jazak Allah khair |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 02:35:52 +1000 | Sorry my internet dropped out |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:48:03 +1000 | Ameen wa iyyaka |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:48:11 +1000 | No problem |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:49:05 +1000 | In shaAllah |
| Mirsad Kandic | Dawla_NewsMedia | 2014/08/25 02:49:22 +1000 | As sallamu alaykum |
| Jake Bilardi | Abu_Abdullah_IS | 2014/08/25 02:50:03 +1000 | Wa alaykum salaam wa rahmatullahi wa barakatuhu |

 **Twitter Direct Messages**
# Jake Bilardi and Mirsad Kandic

Wednesday, December 24, 2014


As salamu Alaykum Akhy
how are you
Dec 24, 2014, 6:01 AM: IS_WorldPress


Ma shaAllah is nice to see you back
Dec 24, 2014, 6:01 AM: IS_WorldPress

Wa alaykum salam
Dec 24, 2014, 9:32 AM: AbuAbdullah_Aus 

Alhamdulilah I'm very good
Dec 24, 2014, 9:33 AM: AbuAbdullah_Aus 

I've been wanting to speak to you ever
since I came but I haven't had any
internet until now.
Dec 24, 2014, 9:36 AM: AbuAbdullah_Aus 

I'm in Ramadi right now, I'm signed up
as istishhadi, inshallah I'll be going
soon so I wanted to speak to you
before I go.
Dec 24, 2014, 9:38 AM: AbuAbdullah_Aus 


Ma shaAllah
Dec 24, 2014, 9:38 AM: IS_WorldPress


Yes Akhy
Dec 24, 2014, 9:39 AM: IS_WorldPress



GOVERNMENT
EXHIBIT
2007L
17-CR-449 (NGG)


Al hamdu lillah
Dec 24, 2014, 9:39 AM: IS_WorldPress


May Allah grant you the best of the best of jannatul Firdaws in shaAllah
Dec 24, 2014, 9:40 AM: IS_WorldPress

There were ten istishhadiyeen in the house I'm at right now and now four have gone and I'm number 6 so inshallah it's very close.
Dec 24, 2014, 9:42 AM: AbuAbdullah_Aus 

Ameen
Dec 24, 2014, 9:42 AM: AbuAbdullah_Aus 


Al hamdu lillah
Dec 24, 2014, 9:42 AM: IS_WorldPress


When did you decide to be istishhadi
Dec 24, 2014, 9:43 AM: IS_WorldPress


:)
Dec 24, 2014, 9:43 AM: IS_WorldPress

After about 1 month in Sham I signed up as istishhadi and they sent me to Baiji in Iraq
Dec 24, 2014, 9:44 AM: AbuAbdullah_Aus 

GA008

I actually went on an operation in Baiji, there were eight istishhadiyeen, 3 went and I was the fourth but the emir pulled everyone back...
Dec 24, 2014, 9:45 AM: AbuAbdullah_Aus


because there were constant airstrikes.
Dec 24, 2014, 9:45 AM: AbuAbdullah_Aus


After that, I thought too much and decided to fight instead so I was fighting in Baiji for a while and then I signed up as istishhadi again.
Dec 24, 2014, 9:47 AM: AbuAbdullah_Aus


And they sent me to Ramadi walhamdulilah
Dec 24, 2014, 9:47 AM: AbuAbdullah_Aus



:)
Dec 24, 2014, 9:48 AM: IS_WorldPress


Ma shaAllah
Dec 24, 2014, 9:48 AM: IS_WorldPress


May Allah give you what is best for you
Dec 24, 2014, 9:48 AM: IS_WorldPress


May Allah free you from all tge hardships in bunya and Akhyrah
Dec 24, 2014, 9:49 AM: IS_WorldPress

GA009


Make dua for me Akhy
Dec 24, 2014, 9:49 AM: IS_WorldPress


May Allah strengthen you
Dec 24, 2014, 9:50 AM: IS_WorldPress


Please make dua for me
Dec 24, 2014, 9:51 AM: IS_WorldPress


Level these kufar with the ground in shaAllah
Dec 24, 2014, 9:52 AM: IS_WorldPress


They are the worst of the worst
Dec 24, 2014, 9:53 AM: IS_WorldPress


We have one very good brother that helps allot of brothers , please make dua for him and his family they are in dire need for your dua Akhy
Dec 24, 2014, 9:55 AM: IS_WorldPress


He is in the west
Dec 24, 2014, 9:56 AM: IS_WorldPress


Ask Allah for me in Jannah so he may enter me under the shade of His mercy
Dec 24, 2014, 9:57 AM: IS_WorldPress

GA010



 Wallahi I'm very happy for you Akhy
Dec 24, 2014, 9:58 AM: IS_WorldPress

 Give salam to the brothers who are with you and tell them to make dua for me so I may join you in Jannah in shaAllah
Dec 24, 2014, 10:02 AM: IS_WorldPress

Ameen
Dec 24, 2014, 10:03 AM: AbuAbdullah_Aus

 And tell them that we in our IS Nation are all proud of you
Dec 24, 2014, 10:03 AM: IS_WorldPress

Jazak Allah khayr
Dec 24, 2014, 10:03 AM: IS_WorldPress

inshallah akhi.
Dec 24, 2014, 10:04 AM: AbuAbdullah_Aus


wa iyyak
Dec 24, 2014, 10:04 AM: AbuAbdullah_Aus


I'll make dua for you inshallah
Dec 24, 2014, 10:04 AM: AbuAbdullah_Aus


GA011

 Keep in touch with me Akhy
Dec 24, 2014, 10:05 AM: IS_WorldPress

 JazakAllah khayr
Dec 24, 2014, 10:05 AM: IS_WorldPress

 May Allah preserve you All and meke you of the immortals in shaAllah
Dec 24, 2014, 10:06 AM: IS_WorldPress

 In Firdaws
Dec 24, 2014, 10:06 AM: IS_WorldPress

 Make dua for this brother and his family Akhy
Dec 24, 2014, 10:08 AM: IS_WorldPress

 I'm proud of you Akhy
Dec 24, 2014, 10:09 AM: IS_WorldPress

I'll try and keep in contact inshallah akhi. Jazak Allah khair
Dec 24, 2014, 10:09 AM: AbuAbdullah_Aus 

Ameen
Dec 24, 2014, 10:09 AM: AbuAbdullah_Aus 


In shaAllah
Dec 24, 2014, 10:10 AM: IS_WorldPress


Does the brother have a Twitter account
Dec 24, 2014, 10:10 AM: AbuAbdullah_Aus


Forgive me if I had any shortcomings
Dec 24, 2014, 10:10 AM: IS_WorldPress

No
Dec 24, 2014, 10:11 AM: IS_WorldPress


He stays totally secret
Dec 24, 2014, 10:11 AM: IS_WorldPress


:)
Dec 24, 2014, 10:11 AM: IS_WorldPress


Okay
Dec 24, 2014, 10:12 AM: AbuAbdullah_Aus

But he is doing great job in helping druthers
Dec 24, 2014, 10:12 AM: IS_WorldPress

GA013

Inshallah I'll make dua for him.
Dec 24, 2014, 10:12 AM: AbuAbdullah_Aus



So remember him and his family
Dec 24, 2014, 10:12 AM: IS_WorldPress

JazakAllah khayr
Dec 24, 2014, 10:13 AM: IS_WorldPress

Jazak Allah khair akhi
Dec 24, 2014, 10:13 AM: AbuAbdullah_Aus


Ameen wa iyyaka
Dec 24, 2014, 10:13 AM: IS_WorldPress

I love you for the sake of Allah
Dec 24, 2014, 10:13 AM: IS_WorldPress

I'm here Akhy
Dec 24, 2014, 10:15 AM: IS_WorldPress

May He for whose sake you love me, love you
Dec 24, 2014, 10:17 AM: AbuAbdullah_Aus


Ameen
Dec 24, 2014, 10:17 AM: IS_WorldPress

GA014

 :)
Dec 24, 2014, 10:17 AM: IS_WorldPress

 IS Reports Capturing Jordanian Pilot in ar-Raqqah http://t.co/2icbTncMXP http://t.co/lmFL7Y9gzC
Dec 24, 2014, 10:30 AM: IS_WorldPress

I heard about this. Alhamdulilah. Inshallah more to come 
Dec 24, 2014, 10:36 AM: AbuAbdullah_Aus

 In shaAllah
Dec 24, 2014, 10:37 AM: IS_WorldPress

Monday, December 29, 2014

Asalamualaikum akhi 
Dec 29, 2014, 9:08 PM: AbuAbdullah_Aus

 Wa alaykum salam wa rahmetullah
Dec 29, 2014, 9:22 PM: IS_WorldPress

 How are you Akhy
Dec 29, 2014, 9:23 PM: IS_WorldPress

 What's new Akhy
Dec 29, 2014, 9:27 PM: IS_WorldPress

GA015



I was busy with the new comers
Dec 29, 2014, 9:27 PM: IS_WorldPress



Alhamdulilah, I'm very good. How are you?
Dec 29, 2014, 9:29 PM: AbuAbdullah_Aus

np akhi
Dec 29, 2014, 9:29 PM: AbuAbdullah_Aus



Busy busy Alhy :)
Dec 29, 2014, 9:29 PM: IS_WorldPress



You're still on earth :)
Dec 29, 2014, 9:29 PM: IS_WorldPress



Jazak Allah khair
Dec 29, 2014, 9:29 PM: AbuAbdullah_Aus



Hahaha, yes I am
Dec 29, 2014, 9:30 PM: AbuAbdullah_Aus



Ma shaAllah
Dec 29, 2014, 9:30 PM: IS_WorldPress



Ameen wa iyyaka
Dec 29, 2014, 9:31 PM: IS_WorldPress

GA016

 How's everything going
Dec 29, 2014, 9:31 PM: IS_WorldPress

 What's new
Dec 29, 2014, 9:31 PM: IS_WorldPress

Inshallah I'll try and speak to you a day before my operation but I don't know if I'll be able to. I'm going to go to another house tomorrow 
Dec 29, 2014, 9:31 PM: AbuAbdullah_Aus

and I think I'm currently in the only house in Ramadi that has internet. 
Dec 29, 2014, 9:32 PM: AbuAbdullah_Aus

 In shaAllah
Dec 29, 2014, 9:32 PM: IS_WorldPress

 :)
Dec 29, 2014, 9:32 PM: IS_WorldPress

Inshallah, if I don't have Internet I'll get a brother to let you know that I've gone 
Dec 29, 2014, 9:33 PM: AbuAbdullah_Aus

 Make dua for me Akhy
Dec 29, 2014, 9:33 PM: IS_WorldPress



JazakAllah khayr
Dec 29, 2014, 9:34 PM: IS_WorldPress

wa iyyak 
Dec 29, 2014, 9:35 PM: AbuAbdullah_Aus

May Allah make us a dwellers of the center of the highest place of the Firdaws Ameen
Dec 29, 2014, 9:36 PM: IS_WorldPress

inshallah akhi 
Dec 29, 2014, 9:36 PM: AbuAbdullah_Aus

Ameen 
Dec 29, 2014, 9:36 PM: AbuAbdullah_Aus

 In shaAllah
Dec 29, 2014, 9:36 PM: IS_WorldPress

What else is new
Dec 29, 2014, 9:37 PM: IS_WorldPress

Did you get a chance to speak with your family?
Dec 29, 2014, 9:37 PM: IS_WorldPress

GA018

I spoke to my sister on Twitter just yesterday actually. It didn't go to well.
Dec 29, 2014, 9:39 PM: AbuAbdullah_Aus


Is she in Islam?
Dec 29, 2014, 9:40 PM: IS_WorldPress


no, I'm the only Muslim in my family
Dec 29, 2014, 9:41 PM: AbuAbdullah_Aus


Al hamdu lillah
Dec 29, 2014, 9:41 PM: IS_WorldPress


May Allah guide them
Dec 29, 2014, 9:41 PM: IS_WorldPress


May Allah strengthen you
Dec 29, 2014, 9:43 PM: IS_WorldPress


All of us in fact
Dec 29, 2014, 9:44 PM: IS_WorldPress


Emaan varieties and the best are the ones who don't shake in the time of there exam
Dec 29, 2014, 9:45 PM: IS_WorldPress


 And that's the most beloved thing to Allah
Dec 29, 2014, 9:46 PM: IS_WorldPress

Allahumma ameen
Dec 29, 2014, 9:46 PM: AbuAbdullah_Aus 

 With him Allah is the most pleased and is the most pleasing unto him
Dec 29, 2014, 9:49 PM: IS_WorldPress

 So may Allah be pleased with our Emaan our ebada and our sacrifice
Dec 29, 2014, 9:50 PM: IS_WorldPress

ameen
Dec 29, 2014, 9:51 PM: AbuAbdullah_Aus 

jazak allah khair
Dec 29, 2014, 9:51 PM: AbuAbdullah_Aus 

 And may we enter Jannah by His AWJ mercy
Dec 29, 2014, 9:51 PM: IS_WorldPress

 Remember what one Shaikh said: If one was to be dragged on his face from the moment he was born till he was old and death reaches him in..&gt;&gt;
Dec 29, 2014, 9:57 PM: IS_WorldPress

GA020

 &gt;&gt;that state of being, and All for the sake of Allah..it would have not been sufficient for him to enter Jannah.except by the mercy of Allah
Dec 29, 2014, 9:58 PM: IS_WorldPress

 Ameen wa iyyaka
Dec 29, 2014, 10:00 PM: IS_WorldPress

 What did we do for Allah..
Dec 29, 2014, 10:00 PM: IS_WorldPress

 Or what did we really do for His sake
Dec 29, 2014, 10:01 PM: IS_WorldPress

 For altimate sacrifice there is only an altimate reward, as big as Allah has given us the chance to utilize in our case..what is ours really
Dec 29, 2014, 10:06 PM: IS_WorldPress

 :)
Dec 29, 2014, 10:06 PM: IS_WorldPress

 If everything started from nothing and than the pen ... :)
Dec 29, 2014, 10:07 PM: IS_WorldPress

 We're storage creatures Akhy lool
Dec 29, 2014, 10:09 PM: IS_WorldPress

GA021


Allahu Akbarr
Dec 29, 2014, 10:09 PM: IS_WorldPress


Will talk again in shaAllah
May Allah Reise our emaan to the point where kufars hearts go through what people of Add have experienced,
&gt;&gt;
Dec 29, 2014, 10:13 PM: IS_WorldPress


a shock wave if the bullets and shrapnells can't reach them
Dec 29, 2014, 10:13 PM: IS_WorldPress


So there lungs and heart's implode
Dec 29, 2014, 10:13 PM: IS_WorldPress


Ameen
Dec 29, 2014, 10:14 PM: IS_WorldPress


May Allah make us of the Shuhada.. and unite us in Firdaws-ul A'ala
So you can come to my palace and we can party :))))
Dec 29, 2014, 10:16 PM: IS_WorldPress


Ok Akhy as salamu alaykum
Dec 29, 2014, 10:17 PM: IS_WorldPress

Text me when you have time and make
Dec 29, 2014, 10:18 PM: IS_WorldPress
(Message continues)

GA022

 dua for me
Dec 29, 2014, 10:18 PM: IS_WorldPress

 And tell a brother to inform me in case you become immortal
Dec 29, 2014, 10:19 PM: IS_WorldPress

:)
Dec 29, 2014, 10:19 PM: IS_WorldPress

 As salamu alaykum wa rahmetullahi wa barakatuh
Dec 29, 2014, 10:19 PM: IS_WorldPress

Wa alaykum wa rahmatullahi wa barakatuhu. Please forgive me my Internet cut out.
Dec 29, 2014, 10:30 PM: AbuAbdullah_Aus 

No problem Akhy :)
Dec 29, 2014, 10:30 PM: IS_WorldPress

# From the Eyes of a Muhajir



GOVERNMENT
EXHIBIT
**1235A**
17 CR 449 (NGG)

## An Australian Muhajir in the land of the Khilafah

## From Melbourne to Ramadi: My Journey (https://fromtheeyesofamuhajir.wordpress.com/2015/01/13/from-melbourne-to-ramadi-my-journey/)

🕐 January 13, 2015January 19, 2015   👤 Abu Abdullah al-Australi   🏷 'Arab Spring', 9/11, Abu Bakr al-Baghdadi, Abu Umar al-Baghdadi, Afghanistan, Ahrar al-Sham, al-Qaeda, al-Shabab, Aleppo, Algeria, Anbar, Ansar al-Sharia, Ansar Dine, Atheism, Australia, Baghdad, Baiji, Bilad al-Sham, Boko Haram, Caliphate, Chechnya, China, Crusaders, democracy, Egypt, Europe, fitnah, Haditha, history, Indonesia, Iraq, ISIS, Islam, Islamic State, Islamic State in Iraq and Sham, Israel, Jabhat al-Nusra, Jarablus, jihad, khawarij, Khilafah, Libya, Mahmudiyah, Mali, Melbourne, Mujahideen, MUJAO, Nigeria, Palestine, politics, Prophet Muhammad, Qur'an, Ramadi, religion, revolution, Salaheddine, Shaykh Abu Musab al-Zarqawi, Sinai Peninsula, Somalia, Sunnah, Taliban, Tawheed, terrorism, Tunisia, United States, Usama bin Laden, war, Yemen



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/yarra_cityscape.jpg)
The Yarra River in the heart of Melbourne, a beautiful city polluted by a corrupt society.

With my martyrdom operation drawing closer, I want to tell you my story, how I came from being an Atheist school student in affluent Melbourne to a soldier of the Khilafah preparing to sacrifice my life for Islam in Ramadi, Iraq. Many people in Australia probably think they know the story, but the truth is, this is something that has remained between myself and Allah (azza wa'jal) until now.

My life in Melbourne's working-class suburbs was, despite having its ups and downs just like everyone else, very comfortable. I found myself excelling in my studies, just as my siblings had, and had dreamed of becoming a political journalist. I always dreamed that one day I would travel to countries such as Iraq, Libya and Afghanistan to cover the situations in these lands. I was intrigued by the conflicts in these countries and I was bent on understanding the motivations behind violent political and social movements. While the rise of the Taliban in Afghanistan, Jabhat al-Nusra and the Islamic State in Syria and Ansar Dine/MUJAO in Mali occupied my mind day-in-day-out, I also took interest in the rise of violent street gangs in Mexico, El Salvador and Brazil. Through my research I found a common link between all these organisations, they are made-up of oppressed and neglected people seeking their own form of perceived justice.

But let's go back a little bit further…

Being the youngest in a family of six, I was always treated as a student by my older siblings, all of whom were studying a variety of different topics. So from a young age I was being used as a study tool by my siblings, being taught Psychology, Biology and History among other subjects. I should be rivaling Albert Einstein if all the information had settled neatly in my memory, but most of it left as soon as it entered. It was my eldest brother's deep interest in international politics though that grabbed my attention the most and while I may have fallen asleep during some of the 'classes', I can still to this day remember many of the things he taught me. In fact the first time I ever heard the words 'al-Qaeda' and 'Usama bin Laden', they came from his mouth, but as I know he is unhappy with me being here, I can confirm for his sake that, no, he did not 'radicalise' me.

From then on, my love of politics only grew, learning from my brother before going on to do my own research. Being just five-years-old at the time of the attacks on the United States on 11 September 2001, my knowledge of the operation was basically non-existent. Despite this, I was immediately drawn to the topics of al-Qaeda and 'Islamic terrorism' based on the little information my brother had provided me with. I was intrigued, why would a group of people living in caves in Afghanistan want to kill innocent American civilians? And the even more perplexing, how did such a simple group fly commercial airliners into the global superpower's trade and defence centres? It was from here that my research into al-Qaeda, Shaykh Usama bin Laden (May Allah have mercy upon him) and groups with similar ideologies worldwide began. I spent every day researching online and reading the books I had begun collecting and I was understandably very pleased when the Victorian state government introduced a laptop-in-schools programme, meaning I could now spend the otherwise wasted time in boring classes reading.

Australia, a nation full of proud nationalists and people who love democracy and what they perceive to be freedom, has forever stood beside the Americans in this war, deploying troops in both Iraq and Afghanistan. Therefore, in the media, the reports every morning when I sat on the couch eating breakfast and watching the news before school had to include a story on the Taliban's brutality or fears of al-Qaeda operatives hiding in Europe. It was Channel 7's program 'Sunrise' that I turned on most mornings, watching discussions such as, 'Another attack in America, should we be suspicious about the Muslims in Australia?' Still, as an Atheist of only 13-years-of-age I couldn't believe everything I was seeing and hearing, my views of the Muslims were very positive and when it came to organisations such as the Taliban, my views almost six years ago would be considered by the Australian government as extreme and myself an Islamic extremist, although I was still an Atheist, a little confusing I know. I saw the Taliban as simply a group of proud men seeking to protect their land and their people from an invading force, while I did not necessarily agree with their ideology, their actions were in my opinion completely justified. I saw the foreign troops burning villages, raping local women and girls, rounding up innocent young men as suspected terrorists and sending them overseas for torture, gunning down women, children and the elderly in the streets and indiscriminately firing missiles from their jets. Who was I to believe was the terrorist? I saw similar events unfolding in Iraq where the mujahideen of Shaykh Abu Musab al-Zarqawi (May Allah have mercy upon him) as well as other smaller factions were valiantly fighting the occupation. I read of the massacre in Haditha where US soldiers shot dead 24 civilians, majority of whom were women and children as well as an elderly man in a wheel-chair. I read about how soldiers raped 14-year-old Abeer Qasim Hamza al-Janabi in Mahmudiyah before killing her and her family and setting fire to their corpses. I read and viewed images of the inhumane torture in Abu Ghraib prison as well as many other atrocities committed, primarily by the Americans, with also cases of torture, summary executions and massacres of civilians being carried out by military personnel from other nations of the coalition. I was beginning to learn that what the media was feeding us was nothing but a government-sponsored distortion of the reality. The image of the American hero waving the US flag on top of a Hummer rolling through Baghdad was nothing but the soft cover to a brutal untold story.

It was from my investigations into the invasions and occupations of both Iraq and Afghanistan that gave birth to my disdain for the United States and its allies, including Australia. It was also the start of my respect for the mujahideen that would only grow to develop into a love of Islam and ultimately bring me here to the Islamic State, but I'll get to that later.

Structuring my research, I saw the wars in Iraq and Afghanistan as the modern base for understanding the conflicts involving Islamic groups across Africa, the Middle East and Asia as well as sporadic attacks in Europe and the United States. From here I began focusing on the struggle in Palestine, this was the ultimate David and Goliath story, where the world was wanting so desperately to turn the victim into the oppressor and the oppressor into the victim, with much success. I saw the Israeli army tearing down the homes of Palestinian families to make way for a new Jewish family moving in from Europe, I saw Israeli soldiers torturing children for allegedly throwing stones at their heavily armoured vehicles, I saw them shooting innocent people and their treacherous leaders justifying their crimes by claiming that Jews are superior to all other races, stating that Arabs are less than dogs and should be treated as such, pointing to the Talmud as the source of their bigotry. My Atheist secularist views led me to support the aspirations of the Palestinian state and blinded me from realising what the true problem was, not Israel, nor Israelis but the religious ideology that governed them. I began to support the violent resistance in the Gaza Strip, recognising that it was this resistance that kept small pockets of Palestine from the hands of the Jews, even if it does mean that they are frequently hit with airstrikes. Also, the presence of a base to attack Israel from the west was always a sign of hope, especially considering the current aggressive advance of the Islamic State from the East and as well as the bayah to the Khilafah by the mujahideen in Egypt's Sinai Peninsula potentially allowing for attacks from all directions to liberate Palestine.

I could wrap this up very shortly but I want to divert away from my interest in violent Islamic movements for a minute to explain how I developed a wider world view and how I transitioned from being a reluctant-supporter of Islamic militant groups in different lands to become certain that violent global revolution was the answer to the world's ills.

In the course of my research I decided to delve deeper into the blood-stained history of the world. I learnt for the first time in great detail, the scale of the atrocities committed against the native population of the Americas by both the British and Spanish colonialist forces. About how both nations attempted to completely wipe out the natives in order to build their own respective civilisations, slaughtering millions of innocent people, intentionally spreading disease amongst them and raping the native women in an effort to breed-out the present race. I also learned more about the similar systematic genocide in my own country, Australia, the stories they choose to leave out when you're in history class at school. I learnt about how the Crusaders rampaged across Europe and the Middle East, seeking to eliminate Islam from the region and restore the rule of the Catholic Church. I learnt about how the British and the French competed with each other to colonise the African continent, the advent of which still today leaves the affected nations facing great difficulties. I was beginning to realise that the cruelness of the world today is nothing but a historical expectation.

I continued to read; America's land grab in Mexico as well as their brutality towards the Filipinos after the Spanish, who were themselves no better, signed over control of the archipelago to the Americans. The Portuguese soldiers who rampaged across East Timor, the British who seized control of many of the Pacific Islands, enslaving the populations on the pretext that non-Whites were created to serve the White race.

Continuing forward and the world bore witness to two World Wars, the second more brutal than the first. US, British, French and Australian forces imprisoned captured Axis soldiers in internment camps, torturing them and executing them as a source of entertainment. When US forces entered Japan they proceeded on a systematic campaign of massacring civilians and raping the local

women before delivering the infamous nuclear bombs to Nagasaki and Hiroshima. The crimes committed by all sides in these wars are far too many to innumerate, so I'll leave the rest of them for you to discover on your own. Then as the American war machine was kicked back into action in the Cold War, the world again witnessed more of their brutality, particularly in Korea and Vietnam. Today, they hail as heroes their soldiers who fought in these wars, history will always record though that they were nothing but a gang of rapists, murderers and brutal cowards who loved to inflict pain on an already aching population. Then there was their trade embargo, economic sanctions and isolation of Cuba due to its Communist leadership which left the people of this small Caribbean island in unimaginable poverty. Then there was their economic and military support for brutal rebels and dictators throughout Latin America simply because they were anti-Communist. El Salvador, Chile, Brazil, Nicaragua and Argentina are just some examples of countries torn apart by extreme violence and whose people suffered under animalistic rulers due to American intervention. Today, the people of El Salvador are still seeking to identify the victims of the anti-Communist American-backed regime that slaughtered all who were associated with the Communist rebels, even those who had only seen the world for a mere three days. Argentina and Brazil are still seeking more information on the Nazi-style prison camps set-up by their own respective American-backed dictators and Chile still mourns their own 9/11, when on the same day in 1973 the Americans supported Pinochet's coup and subsequent iron-fisted rule, during which thousands were killed and many more tortured and disappeared on allegations of dissent.

The Cold War, I noticed, bore great similarities to the current conflict gripping the world today. Yesterday the Americans were openly backing the tyrants simply to impose their own ideology on the people and today, they realised this backfired and has led to hatred of the US across Latin America so now they have tried to be smarter about how they colonise and only some have managed to see through the facade. Whenever America goes to war now, they claim it is simply humanitarian intervention. Take their recent airstrikes against the Islamic State, they hyped-up the story of the Yazidis trapped on Mount Sinjar, making unsubstantiated claims of genocide before admitting the situation was greatly exaggerated and it was not much of an issue. But this correction came after the first missile had been fired and therefore, they were already in, so... 'Well, we can't pull out now'... Now as a result, every day the Americans are firing missiles at innocent Muslims in both Iraq and Sham.

It was also through these two successive American-led campaigns to impose the Democratic system upon the world that I woke up to the reality of what this ideology was, nothing but a system of lies and deception. The democratic system focuses heavily on providing the people with so-called freedom, allowing the citizens to select their leaders, alter laws if they feel the need and ultimately have the people decide the way their country is run, but this is far from the reality and there was no statement that summed this up greater than the words of the former Soviet dictator Joseph Stalin, "The people who cast the votes decide nothing, the people who count the votes decide everything." The reality of democracy became clear to me, place in people's mind the idea of freedom and convince them that they are a free people while oppressing them behind the scenes. On top of this the Western world throws celebrities and false reality into the spotlight to distract the people from what is really going on in the world, hence the widespread political ignorance among Westerners. This was the turning point in my ideological development as it signaled the beginning of my complete hatred and opposition to the entire system Australia and the majority of the world was based upon. It was also the moment I realised that violent global revolution was necessary to eliminate this system of governance and that it I would likely be killed in this struggle.

I saw people screaming, "Where is the Democracy?" in supposed democratic states and it made me hopeful that perhaps people were waking up to the reality but as it turned out they were still deceived despite their moment of anguish. I found a people though who had lost all hope in the democratic system and the United States and so I had to learn more, they were the gangs of the Americas. While their brutality is unforgivable and the suffering they have inflicted on innocent people, unimaginable, their underlying rationalisation is the unheard tale of the failed democratic system. I remember watching documentary-after-documentary about the Mara Salvatrucha in El Salvador, the Amigos dos Amigos in Brazil, Los Zetas in Mexico and the various street-gangs in Los Angeles. The elite prefer to portray them as simply groups of young men looking at making some quick cash and who love killing and mayhem but when asked what the real reasons for the establishment of their gangs are, the founders of these criminal organisations as well as their members always seemed to agree that they had the right to steal, rape and murder because the government and police force were doing the exact same to them in their communities. They all referred to the government as gangsters and the police force as well and rightfully so. They are predominantly from poor communities unfairly targeted by law enforcement and government policies and they are denied the opportunity to integrate into the system and build a regular life, so turning to a gang becomes their most viable option. I don't want to go much deeper into my studies into the gangs in this region because I wish to return to the conclusion of my story, but this was something that only confirmed my understanding of the deception of democracy and that this is something that can only and must be destroyed by violent revolution. What would replace it though? Socialism? Communism?? Nazism??? I was never quite sure.

Sorry for the long detour but I felt it necessary to give the full story, I'll now start to wrap things up, you can take a break and finish it a bit later if that's enough reading for you at the moment.

...With the so-called 'Arab Spring' revolutions only giving rise to new dictators in the lands of Libya, Egypt, Tunisia and Yemen, it also gave birth to new mujahideen and even the nationalist, democratic uprising in the land of Sham was the beginning of the return of the Islamic State and Khilafah in the region. It was around this time that my love of the mujahideen began changing from a political admiration to a religious one. I had begun researching different religions, seeing that they were key to many of the conflicts taking place in the world today and during this new period of study I found myself deeply confused by all of these outlandish and odd religious systems, that myself as an Atheist had never been exposed to. However, it was Islam that for me stood out as easy to understand and was shockingly consistent with established historical and scientific facts, which for an Atheist is about as likely as Earth colliding with Pluto. Slowly but surely I began being drawn towards the religion and it was no longer a political interest for me but the truth I had been circling around for years with my research into the mujahideen.

Just as I had been eager to gain knowledge of the political world, I had now opened a whole new realm of knowledge and was keen to learn as much as I could about the religion. The more I learned, the more I came to understand and make connections with my previous research. Then things took a turn, something I did not fear as an Atheist but began to fear as a Muslim, was supporting the mujahideen, convinced that I had been 'radicalised' by violent terrorist organisations. So, what I can say is one of the most shameful periods of my life, the research I had been doing all these years and the beliefs I had held so strongly to despite no-one around me sharing them were thrown aside.

However, as I read through the Qur'an, I couldn't help but make strong associations between the speech of Allah (azza wa'jal) and the chaotic scenes around the world today. For example, Allah (azza wa'jal) says, "And when it is said to them: 'Make not mischief on the Earth', they say: 'We are only peace-makers.' Verily! They are the ones who make mischief, but they perceive it not." [Surat al-Baqarah 2:11-12]. Is this not the reality of the kuffar today? Who claim to be helping to free the people while doing nothing but increasing their suffering. As my realisation of this reality re-kindled my previous views about global revolution, I began to truly understand what I had focused on studying for more than five years, the motivation of the mujahideen: The doctrine of jihad and it's superiority in Islam. As the Messenger of Allah, Muhammad ibn Abdullah (peace and blessings be upon him) said: "The head of the matter is Islam, its pillar is the prayer and its peak is jihad." I now for the first time truly understood why there were Islamic armies from Mali to China, from Chechnya to Indonesia, it was an obligation upon every able Muslim to fight, an obligation that a person who dies without having fulfilled, he dies upon a branch of hypocrisy as stated by Prophet Muhammad (peace and blessings be upon him). So after my period of peaceful, submissive, down-trodden aqeedah, my return to the path of 'radical, terrorist' aqeedah began and the more I learned about the concept of jihad, it's benefits, it's importance and the rewards for taking part in military operations to raise Islam in the land, the more I desired to join the mujahideen. As I learnt more about the aqeedah of groups such as al-Shabab in Somalia, Boko Haram in Nigeria and Ansar al-Sharia in Yemen as well as various other organisations across the world, my support for such groups grew and grew. My main interest though was the mujahideen in the land of Sham, I found myself drawn to Jabhat al-Nusra and Ahrar al-Sham. Knowing the many ahadith regarding the blessings of the land of Sham I was eager to make hijra and join either of these two organisations. Despite my eagerness though, I met one key roadblock, how was I to get in? I had no contacts to assist me. After failed attempts at finding a contact I gave up all hope of making hijra.

As the war in Sham progressed and the Islamic State in Iraq and Sham appeared and the ongoing fitnah in the region was ignited, I found myself still on the side of Jabhat al-Nusra and Ahrar al-Sham, agreeing with the assessment of the mischief-makers that the Islamic State were from the khawarij. I believed it a duty upon others to slaughter the mujahideen of the Islamic State and had no respect for them, falling for the many lies being spread against them. It was my conversations with brothers from the State online though that began getting me to question my view of the organisation and the stories I had heard about it. As the Islamic State began to expand, seizing the cities of Raqqah, Fallujah, Mosul, Tikrit and others, Allah (azza wa'jal) Himself exposed the lies of the liars and humiliated the enemies of the State, a clear sign that they were upon the truth. Slowly but surely, I would come to love the State, recognising that they are the only people in the region establishing the Islamic system of governance, providing services for the people and most importantly they possess a sound aqeedah and manhaj that has led to their correct and effective implementation of the Sharia. It was this realisation that once again increased my desire to make hijra but once again I failed to find any contacts. This time was different to previous attempts at leaving though, I was growing tired of the corruption and filthiness of Australian society and yearned to live under the Islamic State with the Muslims. I now had the determination to finally remove myself from this land. I continued my search for a contact, even at one point considering simply crossing the border alone without any assistance. Finally, I made contact with a brother online who promised to bring me across the border, it was a risky decision to trust someone online but I was desperate to leave and was confident the brother was genuine. Fearing possible attempts by the increasingly-intrusive authorities in Australia to prevent my departure I began drawing up a Plan B. This plan involved launching a string of bombings across Melbourne, targeting foreign consulates and political/military targets as well as grenade and knife attacks on shopping centres and cafes and culminating with myself detonating a belt of explosives amongst the kuffar. As I began collecting materials for the explosives and prepared to start making the devices I realised that the authorities were oblivious to my plans but if anything was to attract their attention it would be my purchasing of chemicals and other bomb-making materials and so I ceased the planning of Plan B and sat waiting until everything was prepared and I could exit the country undetected.

Without revealing any sensitive information about how I entered the Islamic State, I'll skip to the moment I entered the city of Jarablus in Aleppo province. I felt a joy I had never experienced before, the first time my eyes spotted the banner of tawheed fluttering above the city, everything felt surreal, I was finally in the Khilafah. At this time I couldn't help but remember that moment a few years ago when I told myself that there will come a day where I will fight to overthrow the democratic system, that day had come, just not in the way I had expected. After a difficult and long journey in Jarablus, I put my trust in Allah and signed myself up for a martyrdom operation and was promptly sent to Baiji in Salaheddine province, Iraq. I sat for one month in Baiji before my failed operation arrived. After I witnessed the mistakes made, I turned to fighting in the city before once again registering for a martyrdom operation, a decision that would bring me to the large yet modest city of Ramadi, the capital of Anbar province. And that is where I sit today, waiting for my turn to stand before Allah (azza wa'jal) and dreaming of sitting amongst the best of His creation in His Jannah, the width of which is greater than the width of the heavens and the Earth.

I guess I was always destined to stand here as a soldier in the army of Shaykh Abu Musab al-Zarqawi (May Allah have mercy upon him) considering the great respect I had for him even before I entered Islam. May Allah accept him among the best of shuhadah and allow me to sit with him in the highest ranks of Jannah.

🗨 Leave a comment


# The Fitna, Takfir and the Khawarij (https://fromtheeyesofamuhajir.wordpress.com/2015/01/28/the-fitna-takfir-and-the-khawarij/)

⊕ January 28, 2015    👤 Abu Abdullah al-Australi    🏷 Abu Bakr al-Baghdadi, Abu Sayyaf, al-Qaeda, al-Qaeda in the Arabian Peninsula, al-Shabab, Ali ibn Abi Talib, Amedy Coulibaly, AQAP, Bashar al-Assad, Boko Haram, Charlie Hebdo, Chechnya, Cherif Kouachi, Fitna, France, Hadith, hypocrites, Iraq, ISIS, Islam, Islamic State, Islamic State in Iraq and Sham, Jabhat al-Nusra, Jews, jihad, khawarij, Khilafah, kuffar, kufr, Lebanon, Muawiyyah ibn Sufyan, Mujahideen, Mullah Muhammad Umar, munafiqeen, Muslims, Nigeria,

GA027

From the Eyes of a Muhajir | An Australian Muhajir in the land of the Khilafah          Page 5 of 27

Nusayriyyah, Philippines, propaganda, Qur'an, Rawafidh, Said Kouachi, Sham, Sharia, Shaykh Ayman al-Dhawahiri, Shaykh Usama bin Laden, Somalia, Sunnah, Syria, Takfir, Taliban Afghanistan, Uthman ibn Affan, war



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/76619386_96621c14-d5f2-4c3d-97fe-74cd08ffeb4c.jpg)

Amir al-Mu'mineen Abu Bakr al-Baghdadi has never ordered his soldiers to fight the mujahideen of al-Qaeda and it's allies.

**Abdullah bin Umar narrated: The Prophet said, "If a man declares his brother to be a kafir, it will apply to one of them." [Sahih al-Bukhari 78:6104]**

'Islamic State vs Al-Qaeda' is the headline across the world today and my simple message to the Muslims is, do not let the speech of the kuffar and munafiqeen bring hatred for the mujahideen to your heart. There is no battle between al-Qaeda and the Islamic State, rather it is a battle between iman and kufr and the muwahideen are working alongside side each other irrespective of whether they have pledged allegiance to Abu Bakr al-Baghdadi or not. The greatest example of this is the strong alliance between our brothers from the Islamic State and Jabhat al-Nusra in the west of Sham and inside Lebanon. Some prefer to stir controversy and cause rifts between the mujahideen, making takfir on their brothers and encouraging others to kill the Muslims unjustly and may Allah (azza wa'jal) destroy such people in this world and the next for they are most certainly from the khawarij, the dogs of Jahannam.

Not once have the leaders of the Islamic State or al-Qaeda called for open warfare between the mujahideen, rather it is a small group of soldiers and ignorant fan boys who have made this call. The kuffar and munafiqeen have taken the filthy speech of this minority to renew their fierce propaganda campaign, claiming the mujahideen is weak and disunited. However, there is a mutual respect between the mujahideen, the leaders of all organisations fighting to implement the Sharia of Allah (azza wa'jal) and any allegations that the Islamic State is seeking to fight anyone that doesn't pledge allegiance is mistaken and these are nothing but unsubstantiated claims. The Islamic State fights anyone who chooses to fight the Khilafah, for this, by the consensus of the scholars, is an act of kufr that removes a person from the fold of Islam. As I mentioned earlier however, despite the ongoing fitna between the Islamic State and Jabhat al-Nusra, the brothers from both movements in the west of Sham and Lebanon fight as one body, free from all the disputes.

The entire world of kufr is at war with Islam today, there is no room for the Muslims to quarrel over power or worldly things and when it comes to the mujahideen we see nothing but the utmost respect for those who have spent their lives in the battlefields, be they from the Taliban, al-Qaeda or the Islamic State. Beyond the region of Iraq and Sham, we find groups such as al-Shabab in Somalia, Boko Haram in Nigeria, Abu Sayyaf in the Philippines and the mujahideen in Chechnya expressing their deep love for the Islamic State while still maintaining their allegiance to al-Qaeda or acting independently. This is evidence that despite allegiances, the mujahideen remain united and it is only those who are seeking glory, power or authority in the land that are fuelling the fire. Those who went out for jihad with pure intentions, to please their Creator and raise the Word of Allah (azza wa'jal) from the far east to the far west, have a love in their hearts for their brothers, irrespective of political divides.

We can also see an example of co-operation between brothers from al-Qaeda and the Islamic State in the recent attacks in Paris, France. Brothers Said Kouachi and Cherif Kouachi, who were soldiers of al-Qaeda in the Arabian Peninsula (AQAP), killed 12 kafir dogs at the Charlie Hebdo magazine after multiple warnings from the mujahideen. When they barricaded themselves inside a factory, preparing for the final battle with the kuffar, brother Amedy Coulibaly, a soldier of the Islamic State and close associate of the Kouachi brothers, took Jewish hostages in Paris, killing four, while demanding that the Kouachi brothers be allowed a safe passage out of the factory they were holed up in. May Allah (azza wa'jal) accept all three brothers as shuhadah and reward them for their efforts. This is just more evidence that this so-called conflict between al-Qaeda and the Islamic State is confined to a small minority of people with corrupt intentions.

When we speak about this current fitna, we should not be looking to point fingers and place blame on individuals unless there is clear evidence of their kufr. We should not as Muslims be saying it was ignited by Abu Bakr al-Baghdadi or the expansion of the Islamic State of Iraq into the land of Sham, neither should we blame our brothers in Jabhat al-Nusra or Ayman al-Dhawahiri or al-Qaeda. The reality is, this fitna began due to the propaganda of the kuffar and munafiqeen, the Islamic State arrived in Sham to support the Muslims, they never intended to fight anyone but the Nusayriyyah and their allies. As the war progressed though, some of the groups that existed in the land began allying with the kuffar and showing clear traits of apostasy, yet still the Islamic State refrained from fighting them, focusing on attacking the forces of Bashar al-Assad, even fighting alongside these deviant groups. It was only when the apostates betrayed the State and began their attacks against the mujahideen and their families that the Islamic State responded. The Islamic State is fighting nationalists and power-hungry organisations who have allied with the kuffar against the Muslims and despite popular beliefs, the Islamic State prefers to refrain from fighting Jabhat al-Nusra unless they are attacked first. This is not a war between opposing groups of

mujahideen seeking power and authority, rather it is a war between the mujahideen and the treacherous nationalistic and apostate movements. The leaders of the mujahideen, despite their disagreements do not want to fight their brothers, but as mentioned earlier a small group of soldiers and supporters want to see the blood of the Muslims spilt and this is where the fitna lies.

We do not ignorantly blame our brothers for these saddening events in the land of Sham, rather we acknowledge that this is the result of the propaganda of the mischief-makers, the kuffar, munafiqeen and the khawarij. We must never deny that soldiers with these disgusting views exist in the armies of the Islamic State, al-Qaeda and other allied movements. It is this current issue that in the past led to the great fitna between Ali ibn Abi Talib (radi Allahu anhu) and Muawiyah ibn Sufyan (radi Allahu anhu), when khariji soldiers from the army of the Khilafah killed Uthman ibn Affan (radi Allahu anhu) and sparked an armed confrontation between the Muslims before killing Ali during his rule. We must never play into the hands of such people, those whom the Prophet (May the peace and blessings of Allah be upon him) condemned as the most despicable of people before their rise during the rule of the third Khalifah, Uthman ibn Affan.

**Narrated Abu Sa'id: While the Prophet was distributing something, Abdullah bin Dhil-Khuwaisira At-Tamimi came and said, "Be just, O Allah's Messenger!" The Prophet said, "Woe to you! Who would be just if! were not?" Umar bin Al-Khattab said, "Allow me to cut off his neck!" The Prophet said, "Leave him, for he has companions, and if you compare your prayers with their prayer and your fasting with theirs, you will look down upon your prayer and fasting in comparison to theirs. Yet they will go out of the religion as an arrow darts through the game's body in which case, if the arrow is examined, nothing will be found on it, and when it is examined, nothing will be found on it; and when its examined, nothing will be found on it. The arrow has been too fast to be smeared by dung and blood. The sign by which these people will be recognised will be a man whose one hand (or breast) will be like the breast of a woman (or like a moving piece of flesh). These people will appear when there will be differences among the people (Muslims) ." Abu Sa'id added: I testify that I heard this from the Prophet and also testify that Ali killed those people while I was with him. The man with the description given by the Prophet was brought to Ali. The following Verses were revealed in connection with that person (i.e., Abdullah bin Dhil-Khuwaisira At-Tamimi): "And of them are some who accuse you (O Muhammad) in the matter of (the distribution of) the alms..." (Surat at-Tawba 9:58) [Sahih al-Bukhari 88:6833]**

Never dispute with your brother over allegations made by these people and most importantly, never make takfir on your brothers and justify the spilling of their blood based on ignorant unfounded claims. Support the mujahideen and support the Muslims wherever they may be and always verify the information you receive to protect yourself and anyone you may relay this potentially false information to.

**"O you who have believed, if there comes to you a disobedient one with information, investigate, lest you harm a people out of ignorance and become, over what you have done, regretful." [Surat al-Hujurat 49:6]**

May Allah (azza wa'jal) unite the ranks of the mujahideen and destroy all those who seek nothing but enmity, hatred and conflict between the Muslims. Ameen.

🗨 Leave a comment

# Killing Isn't a Solution, Strategy is (https://fromtheeyesofamuhajir.wordpress.com/2015/01/28/killing-isnt-a-solution-strategy-is/)

⊙ January 28, 2015   👤 Abu Abdullah al-Australi   🏷 Sinjar, Islamic State, Peshmerga, Khilafah, Mount Sinjar, Baiji, Mujahideen, ISIS, Iraq, Abu Bakr al-Baghdadi, kuffar, Sham, Islam, Ummah, United States, jihad, Mosul, Islamic State in Iraq and Sham, Crusaders, Qur'an, Sunnah, Jews, Syria, Rawafidh, shuhadah, murtadeen, airstrikes, Dawla, Dawlatul Islam, Yazidis, America, apostates, Ninewah, victory, Kurdistan, Kurds



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/is-ninewa-training-camps-thumb-560x315-3484.jpg)

Islamic State military training camp in Ninewah

Today, with the ongoing war between iman and kufr being played out across the world, we are witnesses to the brutal actions of the Coalition of Slaughter, that is the Rawafidh, the Crusaders, the apostates and the Jews, against the Muslims. They claim to have devised a strategy to destroy the aspirations of the Ummah, and even the Ummah itself, however, their so-called strategy is incredibly weak.

They have determined that their only course of action, due to their huge political, military and economic defeats at the hands of the mujahideen over the years, is to attack us from the air, knowing that the second they deploy combat troops on the ground the collapse of their nations is imminent. They are aware that air-power is having no effect on our advance, but they need to pretend that they have the upper-hand because it's got to feel a little embarrassing for a coalition of the world's strongest nations to be defeated by a small group of men with little wealth and nothing but light arms. They revel in the heavy casualties their missiles have inflicted on the army of the Islamic State, which is an undeniable fact, but when it comes to military victories on the ground, they have achieved none. They boasted of their strikes pushing the mujahideen back from the oil refinery in Baiji, which is now once again controlled by the Khilafah, despite the increase in attacks in the city. They claimed victory at Mosul Dam, yet still the mujahideen have besieged the area and are not letting the Atheist Peshmerga forces get a moments rest, preparing themselves for another battle to retake the dam. The only other 'victory' they claim, was the retaking of Mount Sinjar, by Peshmerga forces, backed by American airstrikes, this however, is not a strategic area and most of the city of Sinjar remains under the control of the Islamic State with the Kurdish nationalists unable to advance any further.

The fact is, killing our soldiers is not a victory for you, but it is a victory for those whom you killed, we are an army of men chasing death, so all these airstrikes are doing is granting our brothers their ultimate dream. They are not having an effect on the ground. Even if the Crusader planes were to kill hundreds of our soldiers in one day, we have hundreds more brothers joining our army from the Muhajireen and Ansar the next, our source of soldiers will never end and I re-iterate, those whom you kill have achieved what we all want, he is very pleased and we are envious.

While the 'strategy' of the kuffar is to simply kill our soldiers from the air while assisting their evidently weak proxies on the ground, the strategy of the Islamic State is strong and sturdy. Dragging the Americans and their allies deeper into this war, destroying them economically, thereby cutting off the source of funds and weapons for the Rawafidh and Kurdish nationalists on the ground, making our advance in Iraq and Sham easier. However, this tactic means that the Khilafah stands alone in fighting the entire world, but we placed our trust in Allah (azza wa'jal) alone and He came to our aid and granted us victory over the kuffar and continues to do so today.

Despite the kuffar preferring to flip the tables of reality, calling the Islamic State murderers while referring to their cowardly air-raids as actions of a heroic people that will cleanse the world of evil, the truth will always prevail. Allah (azza wa'jal) will always come to the aid of His believers and not the disbelievers. But, as has been evident from the Ummah's abandonment of jihad, without implementing the means, the results will not come as the hadith of the Messenger of Allah (May the peace and blessings of Allah be upon him) says:

**Anas bin Malik narrated that a man said: "O Messenger of Allah! Shall I tie it and rely (upon Allah), or leave it loose and rely (upon Allah)?" He said: "Tie it and rely (upon Allah)." [Sunan at-Tirmidhi 25:2517]**

**Commentary Imam at-Tirmidhi: Not only that the Hadith states it but the practice of the Messenger of Allah also confirms that reliance on Allah in fact means first collecting all the means possible for a thing, andthen leaving the result to the Causer of all causes, i.e. Allah. Reliance on Allah does not mean giving up the means and just sitting and hoping for Allah's munificence and help. Of course, the end result or success in one's efforts rests only in the Hands of Allah.**

In the light of this hadith, I call upon the Muslims to not sit back and hope that the victory of Allah (azza wa'jal) will come, stand up, take your position and earn this victory. This era is the era where the hypocrites are exposed and the muwahideen are seen rushing to the front-lines to give victory to Allah (azza wa'jal), His Messenger (May the peace and blessings of Allah be upon him) and Islam. Today is the day that the confusion of the Ummah has vanished, the Khilafah has risen, the army is established and the caravan is moving rapidly, don't sit back any longer. Jihad is your honour and the honour of the Ummah, is it not time to leave the lands of the kuffar and follow the path of our righteous predecessors?

🗨 Leave a comment

# Our Prisoners: We Must Fulfill Their Rights (https://fromtheeyesofamuhajir.wordpress.com/2015/01/27/our-prisoners-we-must-fulfill-their-rights/)

⊙ January 27, 2015   👤 Abu Abdullah al-Australi   🏷 Mujahideen, Iraq, kuffar, Muslims, Ummah, United States, jihad, Palestine, China, Prophet Muhammad, Qur'an, Abu Ghraib, Sunnah, United Kingdom, Sunan Abu Dawud, Freedom, Sahih Muslim', Sahih al-Bukhari, Priosners, rights, Yahya bin Sulaim, Isma'il bin Bashir, Jabir bin Abdullah, Talhah bin Sahl al-Ansar, Messenger of Allah, Russia, Saudi Arabia, Guantanamo Bay, Belmarsh Prison, torture, rape, abuse, duties, obligations, human rights



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/images1.jpg)

Brothers imprisoned at the US military base in
Guantanamo Bay, Cuba.

**It was narrated from Yahya bin Sulaim that he heard Isma'il bin Bashir saying: I heard Jabir bin Abdullah, and Talhah bin Sahl al-Ansari saying: The Messenger of Allah said: "There is no one who deserts a Muslim in a place where his sanctity is violated, and his honor impugned, but Allah will desert him in a place where he needs His help. And there is no-one who supports a Muslim in a place where his sanctity is violated, and his honor impugned, but Allah will support him in a place where he needs His help." [Sunan Abu Dawud 40:4884]**

Today, the Ummah faces a great calamity, there remain thousands of our brothers and sisters locked in the prisons of the kuffar and murtadeen and as Muslims we need to understand the rights they owe over us and we need to do everything in our power to free them. We can never abandon the Muslims in prison, we cannot leave them to be tortured and abused by the pigs that captured them. From Palestine to the United States from Iraq to Russia, from China to Saudi Arabia, we must secure their release with ourselves and our wealth.

```
Narrated Mu'awiya bin Suwaid: I heard al-Bara bin Azib saying, "The Prophet ordered us to do seven things and
prohibited us from doing seven other things." Then mentioned: (He ordered us the following):
1. To pay a visit to the sick (enquiring about his health),
2. to follow funeral procession,
3. to say to a sneezer, "May Allah be Merciful to you" (if he says, 'Praise be to Allah!'),
4. to return greetings,
5. to help the oppressed,
6. to accept invitations,
7. to help others to fulfill their oaths [Sahih al-Bukhari 46:2445]
```

We are all aware of the horrible conditions Muslim prisoners are living in, degraded beyond imagination, their ability to perform basic Islamic duties restricted and the frequent torture, abuse and isolation leaving them in a poor physical and psychological state, so why do we sit and hope the kuffar will have mercy on them? It is a duty upon every Muslim to support his brothers and sisters in jail, to work for their release and at the very least visit or make some sort of contact with them to keep them in good spirits. There is no honour for the Ummah as long as the Muslims are imprisoned en masse and degraded by the most filthy of people.

I can only imagine from the conversations I've had with former prisoners how lonely and abandoned one must feel when cut off from the world, being interrogated and tortured every day, losing all hope of getting out alive. If you were to just begin to imagine yourself in this situation, you would say within a second that you would never want to have such an experience, so why do we ignore our prisoners when the Messenger of Allah (azza wa'jal) told us to love for each other what we love for ourselves?

```
Narrated Anas: The Prophet  said, "None of you will have faith till he likes for his (Muslim) brother what he
likes for himself." [Sahih al-Bukhari 2:13]
```

Our brothers at Belmarsh Prison in the United Kingdom sent letters to the Muslims, calling for support from the Muslim community, the people responded but it still was not enough. Our brothers in Guantanamo Bay have been calling out to the Muslims since the prison was established yet still our brothers are being tortured and held without charge by the American dogs. We can also never forget the

letter sent by our sisters in Abu Ghraib prison in Baghdad to the mujahideen of the Islamic State, calling upon them to destroy the prison with them inside because they had all become pregnant from being raped by the Rawafidh. How can we ignore their calls when the Messenger of Allah (May the peace and blessings of Allah be upon him) said:

```
Narrated Abu Musa: The Prophet said, "A believer to another believer is like a building whose different parts
reinforce each other." The Prophet then clasped his hands, with the fingers interlaced (while saying that).
[Sahih al-Bukhari 46:2446]
```

It should be very clear that this is an urgent issue for the Ummah, we need to free our prisoners and the rewards for those who participate in the freeing of a Muslim prisoner are so great.

I don't really have much else to say, Allah (azza wa'jal) and His Messenger (May the peace and blessings of Allah be upon him) have said everything possible on this topic and it is very clear what we as Muslims need to do, so therefore I'll end this with one final hadith.

```
Narrated Abdullah bin Umar: Allah's Messenger said, "A Muslim is a brother of another Muslim, so he should not
oppress him, nor should he hand him over to an oppressor. Whoever fulfilled the needs of his brother, Allah
will fulfill his needs; whoever brought his (Muslim) brother out of a discomfort, Allah will bring him out of
the discomforts of the Day of Resurrection, and whoever screened a Muslim, Allah will screen him on the Day
of Resurrection." [Sahih al-Bukhari 46:2442]
```

💬 Leave a comment

# The Peaceful Spread of the Khilafah (https://fromtheeyesofamuhajir.wordpress.com/2015/01/27/the-peaceful-spread-of-the-khilafah/)

🕒 January 27, 2015   👤 Abu Abdullah al-Australi   🏷 Islamic State, Khilafah, Baiji, Mujahideen, ISIS, Iraq, Abu Bakr al-Baghdadi, kuffar, Sham, Muslims, jihad, Mosul, Tikrit, Australia, Islamic State in Iraq and Sham, Ansar al-Sharia, Yemen, Egypt, Palestine, Algeria, Libya, Afghanistan, Taliban, al-Qaeda, Chechnya, Indonesia, Qur'an, Sinai Peninsula, Sunnah, France, Amedy Coulibaly, Syria, Ansar Bayt al-Maqdis, Hijra, Pakistan, Dawla, Man Haron Monis, Abdul Nouman Haider, Western World, West, bay'ah, Shahidullah Shahid, Shaykh Usama bin Laden, Mullah Muhammad Umar, Amir al-Mu'mineen, Khalifah, Jaziratul Arab, Philippines, Dagestan, Russian Caucasus, Kavkas, Gaza



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/shahidullah-shahid-pakistani-taliban-twitter.jpg)

Now-former Pakistani Taliban spokesman Shahidullah Shahid (R) gathered a group of Taliban commanders to pledge allegiance to the Khalifah in Pakistan.

Whilst everyone's eyes are fixed on the fierce battles raging in the lands of Iraq and Sham, the peaceful expansion of the Khilafah to all corners of the world has been largely ignored. Maybe the lack of attention paid to this is due to the kuffar not wanting to acknowledge that the Islamic State is not contained to one part of the world and is a bit too close for comfort. The pledges of allegiance from many different lands is such an incredible global event that has never before been witnessed in modern times. Even at the height of al-Qaeda's authority and the multiple pledges of allegiance to Shaykh Usama bin Laden (Rahimahullah) who himself had his allegiance to Mullah Muhammad Umar (Hafidhahullah), the groups that gave their allegiance continued acting with relative independence. The difference now though, is that the Islamic State is not an organisation, therefore when a group in a foreign land pledges allegiance, their

organisation is abolished and their territory becomes a province of the Khilafah and they take all their orders directly from the Khalifah. The stretch of Amir al-Mu'mineen Shaykh Abu Bakr al-Baghdadi's authority, makes him one of if not the most powerful man on Earth today.

As mentioned, the Islamic State is no longer confined to Iraq and Sham as the kuffar like to pretend, with their continued use of the acronym ISIS (Islamic State in Iraq and Sham), but rather our authority has expanded across the Middle East, Africa, Asia and the Russian Caucasus. Ansar al-Sharia in Libya and Ansar Bayt al-Maqdis in Egypt's Sinai Peninsula are examples of two complete and major organisations that gave their allegiance to the Khilafah. We also have large breakaway factions who have pledged allegiance in the lands of Algeria, Yemen, Jazira (Saudi Arabia), Gaza, Chechnya/Dagestan, Philippines, Indonesia, Pakistan, Afghanistan and many others. On top of this many individuals in the Western world have pledged allegiance to the Khalifah before attacking the kuffar in their homelands. For example, our brothers Man Haron Monis and Abdul Nouman Haider in Australia and our brother Amedy Coulibaly in France, among others. They were unable to make hijra so gave bayah to the Khalifah from their own lands, put their trust in Allah (azza wa'jal) and executed attacks in the West.

We see now that the Islamic State is directing operations in all corners of the world, targeting the kuffar and apostates everywhere they may be, this is what terrifies the enemies of Allah (azza wa'jal) the most. Those who claim that the Khilafah is weak and lost speed after its advance across northern Iraq, taking Mosul, Tikrit, Baiji and other cities, are mistaken. We continue to advance in both Iraq and Sham despite the heightening global offensive against us and the authority of Shaykh Abu Bakr continues to expand peacefully through the pledges of allegiance (bay'ah) by various groups.

The kuffar were scared when the Muslims were weak and launching small attacks in the West, they were terrified when the authority of the Islamic State began growing in Iraq and Sham and now that the Khilafah has been re-established and is quickly expanding they can do nothing but sit and await their defeat and slaughter at the hands of the mujahideen.

🗨 Leave a comment

# Islam and Freedom (https://fromtheeyesofamuhajir.wordpress.com/2015/01/27/islam-and-freedom/)

⊙ January 27, 2015    👤 Abu Abdullah al-Australi    🏷 Islamic State, Khilafah, Mujahideen, ISIS, war, kuffar, Islam, Muslims, United States, jihad, Sharia, Australia, Tawheed, Qur'an, democracy, Europe, Sunnah, United Kingdom, Dawla, fasad, Sunan Abu Dawud, Dawah, Western World, Canada, Freedom, The Messenger of Allah, believer, disbeliever, kafir, Muslim, Sahih Muslim', Sahih al-Bukhari, Sunan Ibn Majah, Sunan at-Tirmidhi, Sunan an-Nasa'i, West, media, Muhammad ibn Abdullah, corruption, illegal, honour, protection, secularism, legal, Umar ibn al-Khattab, Abu Bakr as-Siddiq, Uthman ibn Affan, Ali ibn Abi Talib
**It was narrated that Abu Hurayrah said: "The Messenger of Allah said: 'This world is a prison for the believer and a paradise for the disbeliever.'" [Sahih Muslim 53:7417]**

Having lived in Australia, a Western nation, I saw that the word 'freedom' is probably the most beloved term to the people and with the continuing rise of the mujahideen and now the Khilafah, the idea that the 'freedom' in Australia and other Western nations is under threat is re-iterated every day in their media. The very concept of freedom however is ambiguous. Therefore my intention in writing this is to show that the true freedom is in Islam and not the perceived freedoms granted by the kuffar.

With democracy, the dominant system in the Western world, coupled with the advent of so-called 'progression' and 'modernisation', the concept of freedom for Westerners is quite strange and confused in many ways. Despite every nation in this region of the world claiming to be implementing democracy and granting freedom to their citizens, they differ on what this truly entails, something that should raise great questions about the sustainability of such a system and coalition. For example, while all Western nations are in agreement that the people should have the right to elect their political leaders (Without discussing the lack of impact voting has on the outcome), they differ about whether voting should be a choice or a requirement. They also accept that they have many societal issues in their nations, such as rampant drug abuse and violent crime, yet they differ about how to handle them, causing the allied nations to quarrel with one another over perceived restrictions on freedom in another state. While these issues may appear minor and insignificant, and when examined individually, they are, but together these multiple minor incidents expose the instability of their alliance, which is founded upon 'freedom' and democracy, two highly ambiguous terms. But, I am not writing this to explain the fragility of the European, American, Canadian, Australian alliance, but to show how their perceived 'freedoms' are inferior to the freedom of Islam, just an interesting opening side note.

Since the beginning of the prophet-hood of the Messenger of Allah, Muhammad ibn Abdullah (May the peace and blessings of Allah be upon him), the kuffar have arrogantly denied him and the message that he brought and claimed their rituals and systems were superior to his. Today, nothing has changed, the kuffar continue to belie the ayat of Allah (azza wa'jal) and the ahadith of His Messenger (May the peace and blessings of Allah be upon him). The political, financial, military and social decisions made in the lands of the kuffar are centred around opposing the Shariah of Allah (azza wa'jal), anything that draws close to Islam is met with stern opposition with some even prepared to kill and be killed in order to prevent it entering their nation politically or socially. We find today, that despite the obvious negative impact many aspects of Western society are having on the population, they refuse to address them due to fears that they may be restricting the people's freedoms. For example, cigarettes. Despite the large number of scientific and medical reports identifying the dangerous mixture of chemicals in each cigarette and the copious amounts of evidence that they are directly linked to many health defects and thousands upon thousands of deaths each year, governments are reluctant to outlaw them. While it is evident that due to the great consumption of cigarettes, outlawing them would have huge impacts on national economies, one of the key reasons

we hear for their refusal to make such products illegal, is because people should have the freedom to choose. This is also the same reaction to other products that have been proven to cause harm to individuals as well as being the catalyst for many societal issues, such as alcohol and similar substances. In Australia, I remembered reading day-after-day that someone had been killed or seriously wounded in a brawl at a bar or club, still though, there was nothing to address the well-known cause but the most beloved thing to the Australian kafir, alcohol, but rather the government resolved to deploy more police on the streets and order bars and clubs to close at earlier times. Today, banning alcohol in Australia is like banning guns in the United States, it's not going to happen without a civil war, because these are the freedoms of the people, no matter how damaging they are.

On the other hand, the consumption of alcohol and similar products, including cigarettes, marijuana, cocaine, etc., are strictly prohibited in Islam, punishable by lashing and unless the offender repents, potentially punishment after death. One aspect of the Shariah of Allah (azza wa'jal) is to protect the individuals and the society as a whole and because these substances are dangerous to both, they were declared as illegal by Allah (azza wa'jal) and His Messenger (May the peace and blessings of Allah be upon him). As for the new harmful concoctions that proceeded the death of the Messenger of Allah (May the peace and blessings of Allah be upon him), based upon the numerous ahadith and ayat of Qur'an which prohibit harming oneself, the scholars have unanimously declared them haram. But, most importantly, these acts divert one from the path of Allah (azza wa'jal) and everyone on Earth is a slave to someone or something and those who disobey their Creator are slaves of some part of this world and the lowly creation, stripping themselves of all honour and respectability.

When we examine the political and military decisions made by Western governments, they are focused on targeting anyone who supports the implementation of the Sharia of Allah (azza wa'jal) and they are prepared to act in any legal or illegal manner to stop the success of such people. Whether it be domestically or internationally, Western nations are focusing their political and military efforts against Islam. This has now reached the point where in the United States, the main political talking points, especially in election season, are their multiple war fronts against the Muslims, not domestic, non-Muslim-related issues. Across the Western world, governments are pushing through laws that make it easier to arrest any Muslim they feel threatens their authority, for today it is Islam that they fear the most as the Muslims have finally woken up and are aggressively beginning to fulfill the hadith of the Prophet (May the peace and blessings of Allah be upon him):

**It was narrated that Thawban said: The Messenger of Allah (May the peace and blessings of Allah be upon him) said: "Allah drew the ends of the earth together for me to see, and I saw its eastern and western lands, and I saw that the dominion of my Ummah will reach as far as that which was drawn together for me to see. [Sahih Muslim 52:7258]**

But, what separates the political and military campaign of the Muslims from the kuffar? While the kuffar are doing everything they can to stop the rise of the mujahideen, even violating their own laws and constitutions, the Muslims hold firmly to the Qur'an and Sunnah. While we see the kuffar torturing and abusing prisoners of war, violating multiple international legal agreements as well as domestic laws, we find the Muslims ensuring that the people are treated with the utmost care, even prisoners. Yes, we execute prisoners if it is the best option, but compare a quick execution, preceded by the best of treatment, to years of violent abuse by your captors. The Sharia of Allah (azza wa'jal) protects the people physically and psychologically, even the prisoners of war who have been arrested while killing the Muslims. There is no comparison between truth and falsehood.

Moving on, we find that people, including many Muslims unfortunately, have fallen to being enslaved by their political leaders and the democratic system. Unaware of the reality of this attractive yet deceptive system of governance, many have ignorantly fallen to believe that by voting in elections, they are making the calls in their country. This is far from the reality, the ruling elite call-the-shots while granting perceived control to the people. I say to you, why don't you examine the history of the Khilafah and Islamic system of governance revealed by Allah (azza wa'jal) and explained to the people by the Prophet Muhammad (May the peace and blessings of Allah be upon him)? If you took a small period of time to study Islamic politics and Islamic history, you would find that no-one was granted more freedom than the citizens of the Islamic State. It is Islam that also made the leader of the state equal to the slave. If you want to refute me, I have a few questions for you, identify for me one leader today that leads his national army into battle like the rulers of Khilafah did and the current Khalifah is doing? Or maybe one leader who rests unguarded under a tree like Umar ibn al-Khattab during his rule? Or who would rush to the home of an elderly woman early in the morning to clean up and cook for her as Abu Bakr as-Siddiq had done? This was all due to the humility and humbleness that Islam brought to the hearts of our leaders. The leaders of the world today spend most of their time speaking to their own inner circle rather than the people. Who can you believe is being more truthful and just with the people and in turn granting their citizens more freedom?

After a brief examination of some issues in the Western world, I ask all who want to dismiss my claims just one simple question. Many Westerners have established that their governments and politicians are compulsive liars and they will restrict your freedoms at any opportunity, to the point now that those who are unaware are mocked by their fellow countrymen and women, so why do so many believe that they are being granted a few freedoms in a state they are aware is repressive? Why would they give you anything worth having?

I call all who are reading this to Tawheed, whether they be Muslim or kafir, for it is the complete and total to submission to Allah (azza wa'jal) that removes a person from the enslavement of this world and leads to the pleasure of their Creator. The acknowledgement of Allah (azza wa'jal), worshipping Him alone without any partners, working for His religion and fighting in His Cause is the only true source of contentment in this world and is the path to success in this life and the next.

May Allah (azza wa'jal) guide us all to what is correct and pleasing to Him. May He accept this work from me and anyone who corrects me or wishes to expand on this article. Everything of truth that I have written is from Allah (azza wa'jal) and anything of falsehood is from my own self, May Allah forgive me for my shortcomings and accept my efforts and all those who have devoted their lives to dawah and jihad fisabeelillah. Allahumma Ameen.

💬 Leave a comment

# Malala Yousafzai: The Filthy American Prostitute (https://fromtheeyesofamuhajir.wordpress.com/2015/01/22/malala-yousafzai-the-filthy-american-prostitute/)

🕐 January 22, 2015   👤 Abu Abdullah al-Australi   🏷 Aafia Siddique, Abu Bakr al-Baghdadi, America, assassination, Canada, drones, ISIS, Islam, Islamic State, jihad, Khilafah, kuffar, Malala Yousafzai, Mingora, Mujahideen, Mullah Fazlullah, Mullah Umar, murtadeen, muwahideen, Nigeria, Nobel Peace Prize, Pakistan, Qur'an, Sharia, Sunnah, Swat Valley, Taliban, Ummah, United Kingdom, United States



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/swat_valley_01.jpg)

The Taliban are again gathering to re-take the Swat Valley, the region that Malala Yousafzai is from.

Despite the operation by our brothers in the Taliban to execute the dog Malala Yousafzai occurring in 2012, this filthy American prostitute is still barking. She continues to deny the ayat of Allah (azza wa'jal) and the speech of the Messenger of Allah (salallahu alayhi wa salam) and continues to slander the mujahideen from Pakistan to Nigeria to the Khilafah, all in support of the West's agenda of propagating kufr. She claims to be supporting human rights yet won't speak a word about the mass slaughter of innocent Muslims in her own country by American drones, she is nothing but a dirty little hypocrite? Call me an extremist, but inshallah this dog will get another bullet in her head and this time she won't wake up.

These filthy kafir pigs are calling her "the daughter of Pakistan", as Muslims we should never have a shred of respect for this dirty prostitute who is being used as a pawn by the Americans and their allies. We will never forget our Pakistani sister, Aafia Siddique (May Allah protect her and hasten her release), who remains locked up in the prisons of the kuffar, tortured and raped by those pigs. The muwahideen of Pakistan, alhamdulilah, continue to call our sister the "daughter of Pakistan", not this filthy murtad.

She was handed a Nobel Peace Prize and granted numerous honorary university degrees in the UK, US and Canada and was even granted instant Canadian citizenship, all because she claims to be fighting for education rights in Pakistan. All she is fighting for though is the destruction of Islam and the abolition of the Sharia of Allah (azza wa'jal) in Pakistan and beyond. Fighting in this war alongside the American piglets, continuously condemning the Muslims for following the Qur'an and Sunnah but never speaking against the genocidal actions of the kuffar. But she is a peace activist, opposing all violence, right? Rather, she is nothing but a murtad who deserves at the very least 10 bullets in her head.

**And never will the Jews or the Christians approve of you until you follow their religion. Say, "Indeed, the guidance of Allah is the [only] guidance." If you were to follow their desires after what has come to you of knowledge, you would have against Allah no protector or helper. [Surat al-Baqarah 2:120]**

How pathetic is the one who attempts to please the kuffar while trying to cling to Islam? You are either Muslim and accept that you will be hated and attacked because of your Islam or you renounce your religion for the pleasure of the kuffar. Who do you want to please, Allah (azza wa'jal) or His enemies? Malala chose His enemies and so she faces the swords of the muwahideen just the same as her kafir colleagues. Rasulullah (salallahu alayhi wa salam) ordered us to execute the murtad and so the mujahideen will not let a single murtad sit in comfort, we will hunt them from every corner of the Earth.

**Allah's Apostle said, "The blood of a Muslim who confesses that none has the right to be worshipped but Allah and that I am His Apostle, cannot be shed except in three cases: In Qisas for murder, a married person who commits illegal sexual intercourse and the one who reverts from Islam (apostate) and leaves the Muslims." [Sahih al-Bukhari]**

Just as we will will not let the kuffar sleep, the dogs from the Muslims who abandon the Ummah and Islam to support the kuffar, will never find peace or security and we will make them wish they could just make their journey to Jahannam immediately.

Allah (azza wa'jal) is our protector and helper and the kuffar and murtadeen have no protector or helper.

💬 Leave a comment

# Reject The Kuffar and Everything They Love (https://fromtheeyesofamuhajir.wordpress.com/2015/01/20/reject-the-kuffar-and-everything-they-love/)

🕓 January 20, 2015January 20, 2015   ▲ Abu Abdullah al-Australi   ✒ Abu Bakr al-Baghdadi, Abu Muhammad al-Adnani, Afghanistan, al-Wala wal-Bara, Ansar, aqeedah, Australia, colonisation, culture, Dawah, dunya, economics, fasad, haram, Hollywood, Iraq, ISIS, Islam, Islamic State, Islamic State in Iraq and Sham, jannah, Jews, Khilafah, kuffar, kufr, Madinah, manhaj, Melbourne, Muhajireen, Mujahideen, Muslims, Ottoman Empire, politics, Prophet Muhammad, Rasulullah, Sham, Sunan Abu Dawud, Taliban, Tawheed, Ummah, United Kingdom, United States, war, Western World



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/767604-crowds-of-shoppers-in-busy-bourke-st-during-boxing-day-sales.jpg)

The talking pigs of Melbourne, Australia in their sty

## *"Whoever resembles a people he is one of them." [Sunan Abu Dawud]*

One of the greatest calamities that befell the Ummah in the modern-era was the dismantling of the Khilafah, which plunged the Muslims into a century of domination by the kuffar through military, economic and cultural colonisation. As the Ummah begins its return to the glorious times of the Khilafah, the damage done by the kuffar is so great that it seems even the mujahideen have been polluted. While we witness the political chains on the Muslims being broken with great speed, walhamdulilah, and we can accept that destroying the West's economic control over our lands will take some time but the Khilafah is working quickly to revive the Islamic economic system, what is unfortunately ignored is the cultural colonisation. I feel a great sadness when I hear the brothers discussing Hollywood movies and TV shows, identifying their favourite football teams and players and speaking of other activities of the kuffar. It is this cultural colonisation that is possibly the most damaging aspect of their oppression, exposing the Muslims to their filthy society and ways of life.

It may be that myself coming from Australia, a land full of such filth and corruption that no-one in their right mind could live there without a craving to let some heads roll, that I am opposed to all things associated with the kuffar. Although, we should never forget that the Jews of Madinah used to say of Rasulullah (salallahu alayhi wa salam) that whatever they did, he would do the opposite. This is the way we should act as Muslims, we do not need anything that the kuffar have to offer, all they have to offer is corruption and criminality that diverts people from the path of Allah (azza wa'jal). This is why our children would rather play games than worship Allah (azza wa'jal). If we raised our children without those filthy dogs coming within 1 kilometre of them, we would see more brothers leaving to join the mujahideen, rather others are distracted by this dunya due to those dirty pigs and donkeys.

A key aspect of tawheed and al-wala wal-bara is to reject kufr, reject it's people and reject everything they do, even if it is not necessarily haram, we should distance ourselves from their actions and only engage in actions that will earn us the pleasure of Allah (azza wa'jal). This is our goal, we should never spend a second doing anything that is displeasing to Allah (azza wa'jal) and I advise myself about this before anyone else. We must make an effort to remove all aspects of the kuffar and their presence, no matter how minor it may seem, from our lives and live as Muslims, rejecting everything the kuffar love.

It is evidently easier said than done, with, as I said earlier, widespread Western culture among the brothers, more often than not, it is the Ansar, not the brothers who have come from the West themselves. This is not to say I have anything against the brothers but it is the frustrating evidence of just how badly the Americans raped this land. However, our brothers in the Taliban were successful in

eliminating all remnants of the kuffar when they ruled Afghanistan, so I believe it is possible, it will just take time and a lot of dawah and it is a duty upon all the Muslims everywhere to advise the believers and encourage them to leave all things that do not earn us the rewards and forgiveness of Allah (azza wa'jal).

The Ummah is embarking on a renewed path to total independence and inshallah, domination over the kuffar, and so we must turn the tables and show these dogs that we will undo everything they have being working to implement, not just in the past decade but the past century, since the fall of the Khilafah. We have already done so politically and we are working on this economically, but there seems to be an ignorance to the cultural issue that must change and it is a task that can start immediately.

Dawah ya ikhwa.

🗨 Leave a comment

# Let Them Feel Our Pain (https://fromtheeyesofamuhajir.wordpress.com/2015/01/19/let-them-feel-our-pain/)

🕐 January 19, 2015  👤 Abu Abdullah al-Australi  🏷 Islamic State, Khilafah, Baiji, Mujahideen, ISIS, terrorism, Iraq, Abu Bakr al-Baghdadi, Abu Muhammad al-Adnani, kufr, kuffar, Sham, Islam, Muslims, Ummah, jihad, munafiqeen, Australia, Melbourne, Islamic State in Iraq and Sham, Tawheed, Somalia, Yemen, Israel, Palestine, Libya, Afghanistan, Crusaders, Prophet Muhammad, Qur'an, Sunnah, Sydney, France, Paris, Jews, Amedy Coulibaly, Said Kouachi, Cherif Kouachi, Charlie Hebdo, Syria, Dabiq, shuhadah, Hadith, Pakistan, airstrikes, muwahideen, al-Wala wal-Bara, aqeedah, manhaj, Dawla, Dawlatul Islam, Yazidis, Man Haron Monis, Abdul Nouman Haider, shaheed, fasad, Crusade, Sunan Abu Dawud



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/download-1.jpg)

Man Haron Monis, the brother who took hostages in Sydney, Australia, executing two before attaining his shahadah.

With the current Crusade against Islam approaching it's peak prior to their promised defeat in Dabiq, is it not time for the Muslims to stand up and respond within the lands of the kuffar? Is it not time that their women become widows just as our women have become widows? Is it not time that their children become orphans like our children have become orphans? Is it not time that they feel the pain that they have inflicted upon the Muslim Ummah for the past century? The Messenger of Allah (salallahu alayhi wa salam) said, speaking about the superiority and obligation of jihad:



(https://fromtheeyesofamuhajir.files.wo

```
Ibn 'Umar said: I heard the Messenger of Allah (salallahu alayhi wa salam)
say: "When you engage in 'aynah transactions (a kind of transaction
intended to circumvent the prohibition on riba), and you take hold of the
tails of oxen and you are content with agriculture (at the time when jihad
is obligatory), and you give up jihad, then Allah will send upon you
humiliation that will not be dispelled until you return to your religion,
Allah will send upon you humiliation that will not be dispelled until you
return to your religion, Allah will send upon you humiliation that will not
be dispelled until you return to your religion." [Sunan Abu Dawud]
```

18-year-old lion, Abdul Nouman Haider, attained his shahadah after

From the Eyes of a Muhajir | An Australian Muhajir in the land of the Khilafah                    Page 15 of 27

Alhamdulilah, despite the general inactivity of the Muslims living in the lands of the kuffar, in recent times, we have witnessed the small group of lions rise up and take action and recently these men rose in Australia and France. The gems of the Ummah, those whose love of Allah (azza wa'jal), His Messenger (salallahu alayhi wa salam), His religion and the believers, led

> stabbing two police officers in Melbourne, Australia

their hearts to ache at the ongoing Crusade. They were denied the opportunity to join their brothers on the front-lines in Iraq, Sham and elsewhere but this didn't divert them from the path of Allah (azza wa'jal), they knew their obligations and stayed where they were to strike fear into the hearts of the kuffar and to punish them for their crimes against Islam and the Muslims. We look towards our brother Abdul Nouman Haider (May Allah accept him as a shaheed), who seriously wounded two police officers in Melbourne, Australia in a knife attack before he was shot dead, and we see nothing but an 18-year-old who loved his religion and brought honour to the Muslims in Australia and beyond. While so many young Muslims are being dragged towards fasad and kufr by the filth in Australia, he rejected their criminality and chose the path of tawheed and the path of jihad, seeking the pleasure of his Creator and chasing martyrdom. May Allah accept his deeds and make him among the shuhadah. Likewise in the Australian city of Sydney, we witnessed the brother, Man Haron Monis, bring Australia to a standstill and catch the world's terrified attention as he seized dozens of hostages in a cafe in the city. Alhamdulilah, prior to his shahadah at the hands of the kuffar, two hostages were executed. May Allah accept him as a shaheed.



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/parisshooting.jpg)

Brothers Said Kouachi and Cherif Kouachi launch their attack on Charlie Hebdo in Paris, France

Then we move to France, where the successful twin operations executed by our brothers Said Kouachi, Cherif Kouachi and Amedy Coulibaly, again caught the world's attention, terrorising every kafir on Earth. The lions defending the honour of the Messenger of Allah (salallahu alayhi wa salam), shot dead 12 people at the Paris office of the dogs of the Charlie Hebdo magazine, among the dead were cartoonists who were insistent on their attacks against the Messenger of Allah (salallahu alayhi wa salam) and two police officers, including one apostate. After the attack and a two day manhunt, brothers Said Kouachi and Cherif Kouachi were honourably struck by the bullets of the kuffar as they valiantly rushed towards them in a final battle. Just as the brothers were killed, brother Amedy Coulibaly ensured the kuffar that they would never experience a second of peace, seizing hostages at a kosher supermarket in the capital, killing four Jews before he too achieved what he was chasing. It is these successful operations in both Australia and France, with a combined death toll of 19 and 22 injured, that remain the ever-brightening light of the Ummah in the West and are a great inspiration for the Muslims.

But despite these great and successful operations, they can only be classified as sporadic. Alhamdulilah, these simple attacks have terrorised every kafir on Earth, yet the Muslims should never think that this is enough, we must be relentless, never allowing these pigs a moments rest, keeping them up at night with the legs trembling in fear, wondering if they're house is next. You may think large scale bombings or shootings are the best methods of execution but wallahi, the best method is to simply take a knife and let it meet the throats of every kafir walking down the street, this is what scares them the most, that there will rise in their lands an undetectable, undercover army attacking in suburban areas with simple tools. With large-scale attacks involving explosives and firearms, they are aware that these plans take time and so they have the opportunity to prevent it before it happens and they can also track illegal firearms. However, they can never stop a man with a knife or other household items, who acts without warning. Unless they want to childproof their countries and outlaw anything that could possibly be used as a weapon, they cannot stop such attacks.

The Ummah needs to begin a relentless and ruthless assault on the kuffar in their homelands, we have brothers in every land on Earth, you may not be many in some places, such as Australia, but a Muslim with a shred of iman is all it takes to terrify every kafir dog on Earth. Why do you think they are attacking the Islamic State, is it because they want to save the Yazidis? Is it because they care about the people of Iraq and Syria? No, it is because they are terrified of a strong Ummah, we are so far away from their lands at the moment, yet they got so scared they had to come and fight us now before we reach them. And still, they did not want to send their army to face the lions of the Khilafah so they resorted to cowardly airstrikes, and they even realised they had made a mistake when the mujahideen began downing their planes.

So many Muslims claim they love Islam and they love the believers, claiming that this love is in their hearts. If this love is truly in your hearts then it will manifest in your actions, a person who loves Islam will seek to defend it whenever anyone mocks or speaks ill of it. The one who loves the believers would not be able to sit peacefully any longer in the lands of those responsible for killing the Muslims. It is in these times when the munafiqeen are exposed, they attempt to deceive the people but Allah (azza wa'jal) reveals the diseases in their hearts. Today we see how small in number the muwahideen are, how few are those who understand al-wala wal-bara and how few are those who truly love Allah (azza wa'jal), His Messenger (salallahu alayhi wa salam), His religion and the believers.

**"Those who believe say, "Why has a surah not been sent down? But when a precise surah is revealed and fighting is mentioned therein, you see those in whose hearts is hypocrisy looking at you with a look of one overcome by death. And more appropriate for them [would have been] obedience and good words. And when the matter [of fighting] was determined, if they had been true to Allah, it would have been better for them." [Surat al-Muhammad 47:20-21]**

Can you forgive those pigs in planes who fire at the homes of innocent Muslims in Iraq, Sham, Afghanistan, Pakistan, Yemen, Somalia, Palestine and Libya? What about the wives and children of the mujahideen who have repeatedly been targeted in airstrikes with no soldiers present? I remember in Baiji watching these missiles flying into the homes of

From the Eyes of a Muhajir | An Australian Muhajir in the land of the Khilafah                    Page 16 of 27

innocent people, this was first-hand confirmation that they were targeting Muslims, not the mujahideen. I also watched as my emir in Baiji broke down in tears as he was informed on the phone that his wife had been injured and his three-month-old child killed in an American airstrike. The house was in a residential area and there were no soliders nearby. What is the crime of a child? There is not a single child on Earth that can be held accountable for his/her actions let alone the actions of his/her parents.



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/79282205_79282204)

Is it not time for these dogs to experience this pain? Is it not time that their blood floods their streets? We have seen what a small attack killing a small number of their people has done to them, it has broken them, so just imagine if we responded in the same manner that that they attack us? Wouldn't victory be just around the corner?

Civilians in Raqqah recover the dead after a series of airstrikes from the Nusayriyyah and the Crusaders.

*"O you who believe! What is the matter with you, that when you are asked to march forth in the Cause of Allah (i.e. Jihad) you cling heavily to the Earth? Are you pleased with the life of this world rather than the Hereafter? But little is the enjoyment of the life of this world as compared to the Hereafter. If you march not forth, He will punish you with a painful torment and will replace you by another people; and you cannot harm Him at all, And Allah is over all things competent." [Surat at-Tawbah 9:38-39]*

💬 Leave a comment

# Advice for Those Considering Making Hijra (https://fromtheeyesofamuhajir.wordpress.com/2015/01/17/advice-for-those-considering-making-hijra/)

🕐 January 17, 2015January 20, 2015  👤 Abu Abdullah al-Australi  🏷 Abu Bakr al-Baghdadi, Aleppo, Ansar, Baiji, Crusaders, Halab, Hijra, iman, Iraq, Islam, Islamic State, Jarablus, jihad, kuffar, Muhajireen, murtadeen, Muslims, Prophet Muhammad, Qur'an, Rawafidh, Sham, shuhadah, Sunnah, Unted Kingdom



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/plane.jpg)

I address this message specifically to prospective muhajireen from all corners of the Earth, there are many things I wasn't aware of before arriving and I also underestimated the difficulties I would face here. I don't wish to see brothers also face the shock of the realities over here and I urge you to expect to face the most difficult moments of your life before departing because overestimation is always superior to underestimation.

Firstly though I wish to advise those who have resolved to make hijra to take all precautions to avoid detection by the authorities of their country. The kuffar and murtadeen will do everything in their power to imprison for long terms or even kill anyone planning to join the army of the Khilafah, so extreme vigilance must be exercised by all Muslims, in particular those looking to join their brothers in the Islamic State. I strongly urge you to act discretely, do not do anything to attract the attention of the authorities. For example, do not attend protests or high-profile 'extremist' gatherings nor post comments online that expose your views. If you wish to do the latter then use an alias and do not reveal any information about yourself. Also, do not discuss your plans with anyone, the kuffar and murtadeen are placing so many spies within our communities worldwide and the government is tapping in to our phone and online conversations, so you cannot trust who is listening. Even if the person you are directly speaking to is a trustworthy brother, you don't know who the people around are or if your activity is being monitored. If you know there is no evidence against you don't worry if you get arrested, inshallah you can fight the charges and try again upon release. However, if you know there is evidence against you then make sure you have a Plan B just in case the police come to arrest you, we want to see our brothers in Jannah not prison. Put your trust in Allah (azza wa'jal) and inshallah you will be successful in this life and the next.

Now I'll discuss the preparation for your time with the mujahideen. It's honestly a combination of psychological preparation as well strengthening your iman and training yourself to be incredibly patient. Don't be overly concerned with physical preparation, I myself and many other brothers here are not too fit, but we manage, physical fitness makes life a lot easier but it is not the most important thing. If you look at the armies of the kuffar, most of their soldiers are incredibly fit yet they still turn on their heels and run when faced by the mujahideen, we fight with our iman first and foremost.

A very important reminder is to never forget that the mujahideen are not invincible, we sometimes lose battles, just as the Prophet (salallahu alayhi wa salam) did. Myself having been trapped by the Rawafidh and Crusaders in Baiji on two occasions I can tell you that Shaytan came to me like never before, especially because most of the brothers I was very close to in both situations had been killed. My iman dropped to unbelievable depths and I began to feel completely hopeless. It's situations like that, when brothers are exiting on mass with bullet wounds and airstrikes are picking off everyone you know one-by-one and you are sitting expecting death to come to you at any moment with no ability to retaliate, that test your iman in ways you never quite expected. It was only then that I wished I had focused more on preparing my iman while I was in Australia. Seeing the shredded bodies of the people I was closest to, including those twisted around the metal of a destroyed vehicle and listening to one brother crying out to us for 10 minutes after being hit with an airstrike with us in no position to assist him before Allah (azza wa'jal) took his soul, were no doubt the greatest tests of my iman. I give you this example because, I myself never properly prepared myself for these events and I don't wish others to also go through the same great difficulties that I faced as a result of these events. Alhamdulilah, Allah (azza wa'jal) strengthened me and kept me firm upon His path and never allowed me to deviate.

I remember meeting a brother from the UK in Jarablus, Aleppo province after I had only been here for almost two weeks and he advised me: "Never get too close to the brothers, because brothers come-and-go and if you get close to someone and he's killed, you're going to have a very difficult time." I guess I never really understood this until I lost the first brother. I feel that this is advice that should be passed on to every mujahid, because although it sounds quite strange and wrong to say 'don't get close to the brothers', the brother himself admitting this, it is 100% true.

While it is normal to be upset by the death of someone close to you, a strong iman will mean it at least doesn't have a lasting psychological effect on you. Even the Prophet (salallahu alayhi wa salam) cried upon sighting the bodies of his companions killed in battle. Psychological preparation and strengthening your iman go hand-in-hand, with a strong iman you will be psychologically prepared.

Another thing that many brothers lack which is very important here, is an incredible amount of patience. You may think you'll come here, train then go fight, this is far from the reality, a lot of your time, particularly when you first arrive is just sitting around doing nothing and waiting. When you arrive, for the first week or two, you will have to sit in a building with very poor or sometimes no toilets, kitchen, etc. and there are scarce amounts of water and food available and then you will go to training for around one month where the conditions are even worse. It's all a process to weed out the weak and see who amongst you will crack and decide to turn back and also to catch any suspected spies, both of which I witnessed first-hand upon my arrival, proving the necessity of their rough treatment of new arrivals. Just remind yourself that if the emir is treating you roughly and forcing you to live in excessively difficult conditions it is nothing but a test to try and break the weak, be patient and remember Allah much and inshallah the time will go quickly.

**"O you who believe! Seek help in patience and prayer. Truly! Allah is with the patient." [Surat al-Baqarah 2:153]**

My final warning and advice to you is that you will almost certainly come across many things that will frustrate you, it may be a brother acting out of line, committing inappropriate or haram acts or possibly even your emir himself. Never let these actions go unreported, remember that you have a duty to enjoin the good and forbid the evil, advise the brother in private and if it happens again then report it to the emir. If the emir himself is the issue or he refuses to act on an issue, speak to the person above him and continue to go up the chain of command until you reach the Khalifah if necessary. We have a duty to ensure that the citizens are treated justly and the State is being run according to the Qur'an and Sunnah and this includes the behaviour of the soldiers and police. Never think that you are not in a position to report wrongdoings. No-one is exempt from the Sharia of Allah, this is why Shaykh Abu Bakr al-Baghdadi himself quoted the words of Abu Bakr as-Sideeq (radi Allahu anh): "If you see me upon the truth, then support me and aid me and if you see me upon falsehood, then correct me and advise me and obey me as long as I obey Allah (azza wa'jal)." We have a duty to advise all, even the Khalifah himself, to uphold the Qur'an and Sunnah.

May Allah (azza wa'jal) reward all those who go out in His Cause with the greatest of rewards and unite us together in al-Firdaws al-A'la. May He make the path easy for the muhajireen and protect them from the plots of the kuffar and munafiqeen. May He make us among the righteous, the patient and the shuhadah. Ameen ya Rabb.

💬 Leave a comment

# Istishhadi in Ramadi, Many Rafidhi Casualties (https://fromtheeyesofamuhajir.wordpress.com/2015/01/17/istishhadi-in-ramadi-many-rafidhi-casualties/)

🕐 January 17, 2015   👤 Abu Abdullah al-Australi   ✏ Abu Bakr al-Baghdadi, Abu Hassan as-Shami, Abu Saleh al-Muhajir, Iraq, ISIS, Islamic State, Islamic State in Iraq and Sham, istishhadi, Khilafah, martyrdom operation, Ramadi, Rawafidh, shuhadah, Yawm al-Jumuah

Abu Saleh al-Muhajir, a 14-year-old brother from Qatar, has successfully executed a martyrdom operation against the Rawafidh and apostate forces here in the city of Ramadi on Yawm al-Jumuah (Friday). He is the first of the current group of 12 istishadiyeen in the city to achieve what we're all chasing. May Allah (azza wa'jal) accept him as a shaheed and reward him with the highest ranks of Jannah for his deed. It remains unclear just how many casualties he caused to the enemy but many brothers have reported spotting multiple bodies as they pushed forward a small distance after the brother's operation. He was driving a vehicle filled with 3 tonnes of TNT so the damage was expected to be great. Another brother, 15-year-old Abu Hassan as-Shami, was set to execute his operation in another area of the city on the same day, however, his car broke down shortly after he left. This is the second time his operation has been cancelled due to mechanical issues. Subhanallah, qadr of Allah (azza wa'jal).

Walhamdulilahi Rabbil Alameen.

May Allah (azza wa'jal) accept all the shuhadah and grant victory to the muwahideen. Allahumma ameen.

💬 Leave a comment

# Dabiq Magazine Downloads Issues 1-6 (https://fromtheeyesofamuhajir.wordpress.com/2015/01/17/dabiq-magazine-downloads-issues-1-6/)

🕐 January 17, 2015   👤 Abu Abdullah al-Australi   ✏ Abu Bakr al-Baghdadi, Dabiq, Iraq, ISIS, Islamic State, Islamic State in Iraq and Sham, Khilafah, Magazine, Sham, Syria

Issue 1 (https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/issue-1.pdf)

Issue 2 (https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/issue-2.pdf)

Issue 3 (https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/issue-3.pdf)

Issue 4 (https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/issue-4.pdf)

Issue 5 (https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/issue-5.pdf)

Issue 6 (https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/issue-6.pdf)

💬 Leave a comment

# From France to Israel, You Will Never be Safe (https://fromtheeyesofamuhajir.wordpress.com/2015/01/16/from-france-to-israel-you-will-never-be-safe/)

🕐 January 16, 2015   👤 Abu Abdullah al-Australi   ✏ 'Arab Spring', Abu Bakr al-Baghdadi, al-Quds, Amedy Coulibaly, Ansar Bayt al-Maqdis, Belgium, Brussels, Charlie Hebdo, Cherif Kouachi, Egypt, Europe, France, Gaza Strip, Iraq, ISIS, Islamic State, Israel, Jerusalem, Jews, jihad, jizyah, Khilafah, Lebanon, Masjid al-Aqsa, Mehdi Nemmouche, Mohammed Merah, Palestine, Paris, Prophet Muhammad, Qur'an, Said Kouachi, Sham, Sinai Peninsula, Syria, terrorism, Toulouse

GA041

From the Eyes of a Muhajir | An Australian Muhajir in the land of the Khilafah                    Page 19 of 27



The coffins of the four Jews killed by brother Amedy Coulibaly in Paris

In the wake of the successful operations by brothers Said Kouachi, Cherif Kouachi and Amedy Coulibaly (May Allah accept them all as shuhadah) in Paris, many French Jews are reportedly considering fleeing to Israel, fearing more attacks. It was the attack by brother Coulibaly that targeted a kosher supermarket in the French capital, killing four Jewish hostages before he attained shahadah, walhamdulilah. Two days earlier, brothers Said and Cherif Kouachi killed 12 people at the Charlie Hebdo magazine office in Paris, including cartoonists who repeatedly insulted Prophet Muhammad (salallahu alayhi wa salam) and two police officers, including one apostate. The Jews have already been living in fear after similar attacks by our brothers. In 2012, in the southern French city of Toulouse brother Mohammed Merah (May Allah accept him as a shaheed) gunned down four Jews after earlier killing three French soldiers. Also across the border in the Belgian capital, Brussels, brother Mehdi Nemmouche, raided the city's Jewish museum in May 2014 killing four. Our French brothers are a shining example for the rest of the Ummah to engage in attacks against the kuffar in their perceived realm of security. It is their relentless attacks against the Jews that have kept the killers of the prophets in a constant state of fear.

The Jews in Europe are becoming so terrified by the rise of the mujahideen in the continent that they are looking towards Israel as a safe-haven. They don't realise though that no matter where they are we will fight them until the trees and stones speak and say: "O Muslim, there is a Jew hiding behind me, come and kill him."[Sahih al-Bukhari 94:2925] The mujahideen of the Islamic State is slowing moving into Israel, with small cells operating in the Gaza Strip and our brothers from Ansar Bayt al-Maqdis in Egypt's Sinai Peninsula have also given bayah to Amir al-Mumineen Ibrahim ibn Awwad al-Badri as-Samaraa'i al-Husseini al-Quraishi al-Baghdadi. With the Islamic State also building an army in Lebanon, Israel is becoming surrounded day-by-day and it is only a matter of time before the State makes its move and enters the occupied territory to slaughter the Jews who have oppressed the Muslims of Palestine for 56 years and liberate al-Quds (Jerusalem) and Masjid al-Aqsa. There is no peace for kufr anywhere on Earth and those who killed the prophets of Allah (azza wa'jal) will never dream of security until they pay the jizyah and feel themselves subdued.[Surat at-Tawbah 9:29]

By fleeing to Israel, the Jews of Europe are only changing their place of death, if they desire safety and security their most viable option is fleeing to the Islamic State and paying jizyah, thereby making their blood, wealth and property haram for the Muslims. As long as they refuse to accept this treaty with the Muslims their blood, wealth and property will always be halal for us and we will never show an ounce of mercy to such a treacherous people who are the strongest in enmity to the believers.[Surat al-Ma'idah 5:82]

Many secular opponents to Israel try to claim that there is a difference between a Zionist and a Jew, I myself was among these people. Upon studying the Talmud as an Atheist though I realised how filthy and depraved these people are. As an Atheist, even though I was aware of the disgusting statements in the Talmud I gave excuses and pretended I was misinterpreting the text. After I became the 'radical, terrorist' I am today though, I woke up to the reality of these pigs and monkeys and accepted that there is nothing between us and them but the sword. As a secularist I believed that a Jew in Israel isn't innocent but a Jew in Europe is and many others also hold this ignorant opinion. However, if this is the case, why are the Jews slaughtered in France in the recent attack as well as the 2012 Toulouse killings, being buried in Israel? Were they really innocent people?

The curse of Allah (azza wa'jal) will forever be upon the Jews for their deviance and their crimes against the prophets of Allah (azza wa'jal) and the believers. They either submit to the Muslims by paying jizyah or accept their fate and submit to our swords.

*"Have you not seen those who were given a portion of the Scripture? They believe in Jibt and Taghut and say to the disbelievers that they are better guided as regards the way than the believers. They are those whom Allah has cursed, and he whom Allah curses, you will not find for him (any) helper." [Surat an-Nisa 4:51-52]*

💬 Leave a comment

# Coming Face-to-Face With the Enemy (https://fromtheeyesofamuhajir.wordpress.com/2015/01/16/coming-face-to-face-with-the-enemy/)

🕐 January 16, 2015   👤 Abu Abdullah al-Australi   🏷 Abu Abdullah al-Habashi, Abu Bakr al-Baghdadi, Anbar, Baiji, battle, Iraq, ISIS, Islamic State, Islamic State in Iraq and Sham, istishadi, Khilafah, Mujahideen, Ramadi, war



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/a6-thumb-560x356-4627.jpg)

Islamic State mujahideen continue to slaughter the Rawafidh in Ramadi.

It's not very often that you're next door neighbour has snipers and doshkas aimed at your house but on the frontline in the city of Ramadi, this is a common sight. As the Islamic State pushed forward in the city, the difficulties faced during combat from a distance in the urban landscape led the mujahideen to push so close to the enemy that today we sit mere metres from them. Moving between makeshift doors between adjoining houses to avoid being spotted by enemy soldiers as well as foreign drones and warplanes, you then reach the outside, you think the path you have been taking for so long is safe and then all of a sudden a sniper fires a bullet straight above your head. You continue on your way, more vigilant now; the body of a soldier killed in earlier fighting lies on the road and stray dogs run through the streets, spooked by the shooting. Then a barrage of bullets are fired in your direction, you duck inside a near-by house knowing there's no point in shooting back. Then you hear the whistling of a mortar as it descends near-by before the ground-shaking explosion, you wait until the firing stops and then quickly move, travelling straight between two enemy positions, ducking down to avoid being caught in the cross-hairs of their snipers. You reach another house and begin the short but secure journey through the walls into the next. What would, if not for the ongoing battle for the city, be a quick five minute journey is now a dangerous 10-minute dance with death.

Coming from fighting in Baiji, where operations were conducted from over 1 kilometre away from the enemy, being stationed in a house just over 100 metres from the enemy was a very big change. While it increases the chances of killing their soldiers it also puts yourself in an incredibly dangerous position, it is quite common for both the mujahideen and the Rafidhi and apostate forces to place improvised land mines outside each other's houses leading to heavy casualties on all sides.

The close-quarters, house-by-house, street-by-street fighting makes Ramadi possibly one of the toughest battlefields in the world, perhaps excluding the ongoing battle in Ayn al-Islam (AKA Kobani). I remember shortly before making hijra I read of an interview conducted by the BBC with the British-Eritrean brother Abu Abdullah al-Habashi (May Allah accept him among the shuhadah) who stated that he had been fighting in Ramadi. Now that I am here I understand exactly what he meant when he said, "The fighting in Ramadi is the best and hardest fighting. It's a city made of concrete and everything's blowing up".

Currently, the battle for Ramadi has been fought to a stalemate and it appears it will end as a bloody war of attrition unless either ourselves or the Rawafidh can make a sudden key advance. The fighting here remains constant and deadly, but still neither side is prepared to make that vital push forward that alone could spell victory for us or them. Still, despite the army having surrounded us in many positions, if anyone appears likely to push forward it is the mujahideen of the Islamic State. The army are happy to sit and defend their remaining territory but as for the lions of Khilafah, they are eager to advance and conquer Ramadi in its entirety. With a current waiting list of 12 martyrdom bombers, of which I am one, the Islamic State has the opportunity to launch large assaults and make big gains. Inshallah all the martyrdom operations will be successful in opening up the enemies positions and very soon the year-long battle for Ramadi can be brought to a close.

💬 Leave a comment

# Explanation of the Nullifiers of Islam – Shaykh Abu Muhammad ibn Abdul-Wahhab (https://fromtheeyesofamuhajir.wordpress.com/2015/01/15/38/)

⏰ January 15, 2015January 16, 2015    👤 Abu Abdullah al-Australi

If anyone ever makes those same ridiculous claims that Dawla are killing Muslims just give them this to read so they can learn who these so-called 'Muslims' are.

Explanation of the Nullifiers of Islam (https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/explanation-of-the-nullifiers-of-islam.pdf) – Shaykh Abu Muhammad ibn Abdul-Wahhab

💬 Leave a comment

# Being White in the Islamic State: The Abolition of Racism (https://fromtheeyesofamuhajir.wordpress.com/2015/01/15/being-white-in-the-islamic-state-the-abolition-of-racism/)

⏰ January 15, 2015January 19, 2015    👤 Abu Abdullah al-Australi    🏷 Abu Bakr al-Baghdadi, Ansar, Australia, Azerbaijan, Baiji, Chechnya, France, Germany, Iraq, ISIS, Islam, Islamic State, Islamic State in Iraq and Sham, Jarablus, jihad, Khilafah, Kyrgyzstan, Melbourne, Mexico, Muhajireen, multiculturalism, Peru, Prophet Muhammad, Qur'an, racism, Raqqah, Sham, Sharia, Sudan, Sydney, Turkey, Ummah, United Kingdom, war



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/download3.jpg)

**Muhajireen from Australia and the UK appear in the video 'There is no Life Without Jihad' urging their brothers to join them.**

Australia has long praised itself for its 'successful' multiculturalism programme, uniting more than 150 different ethnic and religious groups under the banner of Australian nationalism. They often point out the failures of similar programmes in Europe and proudly state that they are the only nation to have "gotten it right", they deceive themselves though. While there are great numbers of Australian citizens from various lands, the extent of racism and marginalisation of minorities is often not acknowledged by the government. Coming from such an environment however allowed me to compare the world's self-proclaimed multiculturalism success story to the situation in the Islamic State and what I have found is the true abolition of racism and the destruction of all forms of racial and ethnic boundaries.

The local residents across the Islamic State in both the lands of Sham and Iraq are the most hospitable people I have ever come across, especially when it comes to the muhajireen. Their faces light up whenever they see a soldier from abroad, they are eager to invite you into their homes and the children are pleased to simply shake your hand with a huge yet shy smile on their face.

The locals are quick to accept muhajireen from all corners of the world into the country, from Chechnya, Sudan, Kyrgyzstan, France, Peru, Mexico and of course, Australia. You could never feel more comfortable and welcome in any place on Earth, I guarantee you. Muhajireen fight alongside the Ansar, unlike the Australian government's laughable claim that we are used as 'cannon fodder' by the Ansar. We live in the same tough conditions on the front lines and relax in the cities when the opportunity arises. We marry from their

women and they likewise marry from among the women of the muhajireen. There is nothing but the strongest of relationships between the Muhajireen and Ansar, walhamdulilah. This is one of the reasons the world is failing in defeating us, because we stand as a single, solid structure before the kuffar and Allah (azza wa'jal) says:

> "Verily, Allah loves those who fight in His Cause in rows as if they were a solid structure." [Surat as- Saff 61:4]

While the vast majority of muhajireen are based in the Shami region of the Khilafah, the small groups of muhajireen on the Iraqi battlefield are greatly welcomed. Due to the small number of foreign fighters in Iraq, the Ansar are very excited to fight alongside a muhajir, but still their love of the muhajireen is not excessive.

I can admit that there have been instances where I have felt uncomfortable due to unnecessary and special treatment by local residents and have also received some awkward and confused stares. I just accept though that the sight of a white guy carrying a gun that doesn't want to kill them is still quite new to most of the people here. There have been many beautiful moments though. Travelling from Jarablus to Raqqa and meeting an elderly man who stopped and made dua for us. Meeting a brother in Baiji who had been with the mujahideen since it was founded and he broke down in tears out of joy of meeting myself, a brother from Germany and three Turkish brothers. Also in Baiji, a sheikh began crying and making dua after meeting myself, the same German brother and a brother from Azerbaijan. Also, the smiles and sometimes confused and shocked looks of the children upon sighting a muhajir could bring a smile to even the most poignant of people.

I remembered reading before I left, the reports that foreigners were not being welcomed by the people of Sham and Iraq and that they don't want international soldiers. While I never quite understood how this could possibly be true I have now realised that, yes, muhajireen are not welcomed by the armed groups, not necessarily the population, in Syria and Iraq but in the Islamic State, everyone is asking, "where is the rest of the Ummah?"

In reality Australia is nothing but a melting pot of various religious and ethnic groups. While they claim to have a successful multiculturalism programme, there remain entire neighbourhoods in Sydney, Melbourne and other cities which are dominated by one particular racial group, is this success? The reason they will never succeed is because they are trying to unite the population under nationalism, pushing the claim that everyone is Australian therefore there is no difference between a White Australian and a Somali or Lebanese Australian. In the Khilafah however, the concept of being Australian, Iraqi, Syrian, British or American is thrown in the bin and the population are united by Islam and this is a bond stronger than the bond of blood, this is why the Islamic State has been successful in eliminating racism and in building the world's only true multi-ethnic state.

*"All mankind is from Adam and Eve, an Arab has no superiority over a non-Arab nor a non-Arab has any superiority over an Arab; also a white has no superiority over a black nor a black has any superiority over a white except by piety and good action." [Prophet Muhammad's (salallahu alayi wa salam) Final Sermon]*

🗨 Leave a comment

# The Islamic State's Treatment of the Kuffar – Qur'an and Sunnah (https://fromtheeyesofamuhajir.wordpress.com/2015/01/13/the-islamic-states-treatment-of-the-kuffar-quran-and-sunnah/)

🕓 January 13, 2015     👤 Abu Abdullah al-Australi



The slaughtering of James Foley following US airstrikes against the Islamic State

There have been controversies surrounding the Islamic State's harsh treatment of the kuffar, including the slaughtering of so-called innocent men for their crimes against Islam and the capture and enslavement of kuffar women, in particular the Yazidis. The most important question for the Muslims though is, are these practices the actions of a radical terrorist organisation or actions prescribed in the Qur'an and Sunnah? Those who have no interest in the answer to this question are the ones who must sit back and observe, for they are a people of desires and the truth will never enter their hearts.

**Issue #1: The Jizyah**

While it is well established in the Qur'an and Sunnah that under the Islamic State, the Jews, Christians and Zoroastrians can pay a small tax to secure their blood, property and wealth, the implementation of this by the Islamic State still came as a shock to many Muslims. I refer you to ayah 29 of Surat at-Tawbah of the Qur'an:

> *"Fight against those who  believe not in Allah, nor in the Last Day, nor forbid what has been forbidden by Allah and His Messenger and those who acknowledge not the religion of truth amongthe People of the Scripture, until they pay the Jizyah with willing submission and, feel themselves subdued." [9:29]*

There are also evidences found in the sahih collections of ahadith of the permissibility to enforce the jizyah on the People of the Book:

> *Narrated al-Miswar bin Makhrama, that Amr bin Auf, who was an ally of Bani Amir bin Luai and one of those who fought at Badr in the company of the Prophet, said, "Allah's Apostle sent Abu Ubaida bin al-Jarrah to Bahrain to bring the Jizyah taxation from its people, for Allah's Apostle had made a peace treaty with the people of Bahrain and appointed al-Ala' bin al-Hadrami astheir ruler. [Sahih al-Bukhari]*

While there are many other evidences for the enforcement of the Jizyah tax, Idon't wish to spend much time on this very clear topic. When the tax was enforced on the Christians in the Khilafah, many of them decided to flee, this was their decision and cannot be used to claim that the Islamic State is religiously cleansing Christians. They were offered a safe stay in the Islamic State, but they refused.

**Issue #2: Mass slaughter of prisoners**

The execution of prisoners being held by the Islamic State, including Syrian and Iraqi soldiers and Rafidhi militiamen and also the more controversial killings of Western journalists and aid workers, has caused much outrage worldwide, including amongst the Muslims. But we find that these killings are justified in the Qur'an and Sunnah and were similar to the actions of the Prophet (sallallahu alayhi wa salam) himself and his companions. It is established from Islamic sources that the Muslims have four options when holding male prisoners, set them free, ransom them, exchange them for Muslims held by the kuffar or execute them. It was Umar ibn al-Khattab (radi Allahu anhu) who said:

> *"If a prisoner is brought to you, then kill him in order to strike fear into the hearts of theenemy."*

The scale of the killings makes no difference and should only bring more joy to the hearts of the believers. Never forget that when the mujahideen slaughtered 1,700 Iraqi soldiers at Camp Speicher near Tikrit, they refused to execute the Muslims and only took the Rawafidh to be killed, the Muslims amongst them are still apostates and fit inthe same category as their Rafidhi colleagues yet the mujahideen were merciful towards them.

> *"The Muslim scholars have agreed that whomsoever aided the kuffar against the Muslims and helped them in any way, then he is a kafir just as they are." [Shaykh Abdul-Aziz ibn Baz Fatwa]*

When it comes to the so-called civilians that have been killed by the Islamic State, including James Foley, Alen Henning, Peter Kassig and Steven Sotloff. I refer you to the story of the tribe of Bani Quraiza, the treachery of their leaders led the Prophet (salallahu alayhi wa salam) to massacre all the men of the tribe. The journalists amongst them also wrote in condemnation and insult of Islam and the so-called aid workers also had strong links to the British and American militaries with Peter Kassig having completed a tour of Iraq during the occupation. They cannot be classed as innocent. On top of this I direct you to ayah 19 of Surat at-Tawbah in the Qur'an:



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/b4-ptw1cqaaqekz.jpg)

Captured Iraqi soldiers executed by the army of the Khilafah in Tikrit

> *"Do you consider the providing of drinking water to the pilgrims and the maintenance of al-Masjid al-Haram as equal to the worth of those who believe in Allah and the Last Day, and strive hard and fight in the Cause of Allah? They are not equal before Allah. And Allah guides not those people who are the Zalimun." [9:19]*

Allah (azza wa'jal) is clearly telling us that the Muslim is far more valuable than the kafir, yet our blood is being spilled, is it not befitting that we spill theirs. I refer you next to the hadith Qudsi where the Messenger of Allah (salallahu alayhi wa salam) quotes Allah (azza wa'jal) as saying:

> **"The blood of a Muslim is worth more than the ka'bah and its surroundings." [Sahih al-Bukhari]**

This is the blood that stains our lands and therefore the filthy blood of the kuffar should only be spilled in the same manner.

It should be remembered however, that British journalist John Cantlie remains a prisoner of the Islamic State and is receiving the best of treatment. Or, do you remember the Indian nurses who were held and later released by the Islamic State? The group of Hindu women all had nothing but positive words to say about the mujahideen and the way they treated them after their release. They were never threatened or mistreated and when they requested to leave, the Islamic State facilitated their passage into Erbil where they reached the Indian consulate and returned home. This is the mercy that the mujahideen bestows upon whom it pleases.

**Issue #3: Enslavement of Yazidi women**

Arguably the most controversial of the practices re-introduced by the Islamic State is the enslavement of women captured from among the kuffar, in particular the Yazidis. The State has been referred to as barbaric and backwards for many reasons, but this one probably tops the list as the most infuriating for the kuffar and munafiqeen. This is nothing but an Islamic practice that will continue until the Day of Judgement and it is a right upon the Muslims to take the kuffar women as captives.

> **"Also (forbidden are) women already married, except those (slaves) whom your right hands possess..." [Surat an-Nisa 4:24]**
>
> **"And those who guard their chastity. Except from their wives and/or (the slaves) that their right hands possess - For then they are free from blame." [Surat al-Mu'minun 23:5-6]**

We find these statements from Allah (azza wa'jal) Himself permitting the taking of slaves, including taking female slaves for the purpose of sexual intercourse. But I know there's some deviant people who like to twist and alter, so let's take a look at some ahadith that indicate more clearly the permissibility of taking the women of the kuffar as concubines:

> **Narrated Anas ibn Malik: The Prophet (salallahu alayhi wa salam) offered the Fajr Prayer near Khaibar when it was still dark and then said, "Allahu-Akbar! Khaibar is destroyed, for whenever we approach a (hostile) nation (to fight), then evil will be the morning for those who have been warned." Then the inhabitants of Khaibar came out running on the roads. The Prophet had their warriors killed, their offspring and woman taken as captives. Safiya was amongst the captives, She first came in the share of Dahya Alkali but later on she belonged to the Prophet . The Prophet made her manumission as her Mahr. [Sahih al-Bukhari]**

Here's an even more specific example:

> **Narrated Abu Said al-Khudri: A man came to the Messenger of Allah (salallahu alayhi wa salam) and said "O Messenger of Allah, I have a slave woman and I engage in azl with her, because I do not want her to get pregnant, but I want what men want. But the Jews say that azl is a lesser form of infanticide." He said, "The Jews are lying. If Allah wants to create (a child) you cannot prevent that." [Sunan Abu Dawood]**

Let's not forget that on every military expedition that resulted in the victory of the Muslims, the women were taken as slaves. This is well-documented and the so-called modernists who prefer to deny these facts in order to be accepted by the kuffar are placing themselves in a dangerous position.

There may be instances of harshness towards the kuffar but the decision has been standing before them for many years and in the case of the Christians in Iraq and Sham, they have the opportunity to be protected while still holding on to their religion, the State is not responsible for their decision to reject this offer. Human beings have two options in this world however, either you submit to Allah (azza wa'jal) or you submit to the Muslims and finally this has become a reality with the return of the Khilafah upon the Prophetic methodology.

And all thanks and praise is for Allah (azza wa'jal).

💬 Leave a comment

# The World's Newest and Most Hated State (https://fromtheeyesofamuhajir.wordpress.com/2015/01/13/the-worlds-newest-and-most-hated-state/)

⊙ January 13, 2015January 13, 2015    ▲ Abu Abdullah al-Australi    ✎ Abu Bakr al-Baghdadi, Abu Muhammad al-Adnani, Aleppo, Deir Ezzor, Diyala, Fallujah, Free Syrian Army, iman, Iraq, ISIS, Islam, Islamic State, Jabhat al-Nusra, jihad, Khilafah, kuffar, kufr, Mosul,

Mujahideen, munafiqeen, Muslims, Ottoman Empire, Ramadi, Raqqah, Rome, Sham, Sharia, Shaykh Abu Musab al-Zarqawi, Sykes-Picot, Tikrit, Ummah, United States, war



Despite the difficulties, the banner is still being raised.

The world's newest state, a beacon of hope for humanity, was born out of one the most brutal conflicts gripping the world today, it was the advent of this state that brought order to a lawless region. Despite the stability that this state has brought, it will never be accepted by the world as just another nation and this is due to one simple reason, it seeks to rule the Earth with the revelation of Allah (azza wa'jal).

On the 1st of Ramadan 1435, after a series of huge military successes in the cities of Raqqah, Fallujah, Mosul, Tikrit and others across Iraq and Sham, Shaykh Abu Muhammad al-Adnani (May Allah Preserve him) announced the return of the Khilafah. The return of a state that had been non-existent for more than a decade which left the Muslims in disarray, it was a state headed by Khalifah Ibrahim ibn Awwad (AKA. Abu Bakr al-Samaraa'i al-Husseini al-Quraishi al-Baghdadi). This was a state built by a decade of patience and jihad and the blood of the shuhadah. What began as a small organisation founded by Shaykh al-Mujahid Abu Musab al-Zarqawi (May Allah have mercy upon him) to counter the invasion and occupation of Iraq by US-led forces had now, by the permission of Allah, grown into the state that makes every kafir on Earth tremble with fear. What had long seemed like a distant fantasy to the Muslims of today, something we could only imagine based on our study of our history, was now a reality.

As was to be expected, the announcement of the Khilafah marked not only the beginning of a new chapter in history but it also marked the beginning of perhaps the largest global military campaign to destroy it. For the kuffar, the Islamic State is a terrifying enemy and there is not any nation on Earth that strikes more fear into hearts, they saw the mujahideen taking city-after-city with incredible ease. They were taking Syrian military bases the entire world predicted were far too heavily fortified for anyone to take and this had been proven correct after multiple attempts by the Free Syrian Army, Jabhat al-Nusra and others. In true Islamic State fashion however, it took only hours for a small band of brothers to overrun the bases and capture or kill every soldier present. The mujahideen had torn-up the Sykes-Picot agreement, which divided the fallen Ottoman Empire, by demolishing the colonialist borders between Iraq and Syria. Most of all though, the Islamic State had an army of soldiers from all corners of the world who were chasing death and never wanted to see borders for their state but only frontiers.

The ongoing aggression by the kuffar against the Khilafah has resulted in numerous deaths of innocent Muslims across both Iraq and Sham, including entire families. It is clear to all except those who are dumb, deaf and blind that these kuffar have simply taken the rise of the Khilafah as a new reason to slaughter the Muslims. Still, the munafiqeen slander their brothers and some even support the efforts of America and its allies to prevent the expansion of the rule of Islam in the region. How sick is the one who stands with the kuffar in its attacks against the Muslims?

Despite the cowardice of the Ummah and the treachery of all the Arab tawagheet against the Muslims, the Islamic State pushes on, it's army continuing to advance from Ramadi to Deir Ezzor, Aleppo to Diyala, punishing the rawafidh, murtadeen and nusayriyyah everywhere they step and defying the barrage of foreign airstrikes.

Bi'itnillahi ta'ala, the Islamic State will only continue to grow, and while most of the brothers fighting today may not reach Rome, this is the promise of Allah (azza wa'jal) and Allah never fails in His promise.

💬 Leave a comment

# Istishadiyeen: Those Who Race to Jannah (https://fromtheeyesofamuhajir.wordpress.com/2015/01/11/theres-shuhadah-then-theres-istishadiyeen/)

📷 Image  ⏱ January 11, 2015January 19, 2015  👤 Abu Abdullah al-Australi  🏷 Abu Bakr al-Masri, Baiji, Iraq, ISIS, Islamic State, istishadi, Khilafah, lion, martyrdom, Mujahideen, Salahaddine, shahadah, terrorism

One of those lions in Baiji who fulfilled his duty and sold his life to Allah (azza wa'jal) as he valiantly advanced forward to kill and be killed. May Allah reward you with the highest status in Jannah Abu Bakr al-Masri and inshallah we'll be sitting together again very soon.



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/capture-2.png)



(https://fromtheeyesofamuhajir.files.wordpress.com/2015/01/capture.png)

💬 Leave a comment

# Pushing on in Sinjar (https://fromtheeyesofamuhajir.wordpress.com/2015/01/10/pushing-on-in-sinjar/)

⏱ January 10, 2015January 13, 2015  👤 Abu Abdullah al-Australi  🏷 Islamic State, Khilafah, Mount Sinjar, Peshmerga, Peshmerga forces, Sinjar



Mujahideen of the Islamic State with a doshka-mounted vehicle captured from Peshmerga forces during fighting in Kirkuk.

Despite media reports that the Peshmerga have made significant gains against the Islamic State in the city of Sinjar, the mujahideen are continuing to push forward, consolidating their gains and preparing to re-take small districts captured by the Athiest nationalists. The apostates of the Kurdish national defence force claimed victory in Sinjar the same way the Iraqi Army recently claimed victory in Baiji before being forced to completely withdraw from the city and inshallah, we will see the same result in Sinjar. After The United States' new rush to arms in a so-called humanitarian mission to protect the Yazidi's on Mount Sinjar, the Peshmerga have attempted a counter-attack under the shade of Crusader missiles. While making small gains, the majority of territory captured in Kurdistan by the lions of the Islamic State is still being held by the Khilafah. It is, inshallah, only a matter of time before Sinjar is 100% in the hands of the Islamic State once again, and other areas of regional Kurdistan will also begin to become new territory in the land of the ever-expanding Khilafah.

And Allah (azza wa'jal) is with His believers and gives victory to whom he pleases.

💬 Leave a comment

Create a free website or blog at WordPress.com (https://wordpress.com/?ref=footer_website). | The Big Brother Theme (https://wordpress.com/themes/big-brother/).

◉ Follow

## Follow "From the Eyes of a Muhajir"

Build a website with WordPress.com (https://wordpress.com/?ref=lof)

 **Twitter Direct Messages**
## Jake Bilardi and Mirsad Kandic

Wednesday, March 04, 2015



Wa alaykum salam wr wb
Mar 4, 2015, 3:19 PM: Greatest_Nation



How are you Akhy
Mar 4, 2015, 3:19 PM: Greatest_Nation



You're still breathing this worldly air
Mar 4, 2015, 3:20 PM: Greatest_Nation



Alhamdulilah I'm good. How are you?
Mar 4, 2015, 5:31 PM: Muhajir_Aus



Unfortunately yes, hahaha
Mar 4, 2015, 5:31 PM: Muhajir_Aus



I keep getting told its only a few days away and then I'm left waiting another month. From what's been happening here though
Mar 4, 2015, 5:32 PM: Muhajir_Aus



I think they've got something big planned for Ramadi and it should be relatively soon.
Mar 4, 2015, 5:33 PM: Muhajir_Aus

Thursday, March 05, 2015



In shaAllah
Mar 5, 2015, 5:27 PM: Greatest_Nation


GOVERNMENT
EXHIBIT
**2015-B**
17-CR-449 (NGG)



How are the brother's with you
Mar 5, 2015, 5:28 PM: Greatest_Nation



How are you feeling?
Mar 5, 2015, 5:28 PM: Greatest_Nation

Everyone's well, Shaytan gets to us all though when we are stuck in a house for a long time. but alhamdulilah
Mar 5, 2015, 7:11 PM: Muhajir_Aus 

I'm good, just really want to go on my operation, I've been getting told for three months that it should be only a week or so away.
Mar 5, 2015, 7:12 PM: Muhajir_Aus 

Inshallah sabr, inshallah my operation will go well.
Mar 5, 2015, 7:12 PM: Muhajir_Aus 

Please make dua for me akhi
Mar 5, 2015, 7:13 PM: Muhajir_Aus 

Friday, March 06, 2015

Asalamualaikum wa rahmatullahi wa barakatuhu
Mar 6, 2015, 9:18 PM: Muhajir_Aus 



Wa alaykum salam wr wb how are you
Mar 6, 2015, 9:19 PM: Greatest_Nation
(Message continues)



Akhy
Mar 6, 2015, 9:19 PM: Greatest_Nation



Alhamdulilah akhi, just went to look at my target today for my operation, inshallah it should only be a couple of days now.
Mar 6, 2015, 9:19 PM: Muhajir_Aus



There's about 200 brothers from Sham that have been brought to Ramadi, everything's ready to go. Alhamdulilahi Rabbil Alameen
Mar 6, 2015, 9:20 PM: Muhajir_Aus



May Allah reward you immensely
Mar 6, 2015, 9:20 PM: Greatest_Nation



Inshallah we will finish off Ramadi very soon.
Mar 6, 2015, 9:20 PM: Muhajir_Aus



In shaAllah
Mar 6, 2015, 9:21 PM: Greatest_Nation



And you akhi
Mar 6, 2015, 9:21 PM: Muhajir_Aus



May Allah level them with the ground
Mar 6, 2015, 9:21 PM: Greatest_Nation
(Message continues)



be ithnillah
Mar 6, 2015, 9:21 PM: Greatest_Nation



Al hamdu lillah
Mar 6, 2015, 9:21 PM: Greatest_Nation



I'm tired of this place
Mar 6, 2015, 9:22 PM: Greatest_Nation



I miss amaliya
Mar 6, 2015, 9:22 PM: Greatest_Nation



Ameen
Mar 6, 2015, 9:22 PM: Muhajir_Aus



But they're not letting me come
Mar 6, 2015, 9:22 PM: Greatest_Nation



Has it been a long time?
Mar 6, 2015, 9:22 PM: Muhajir_Aus

Why not?
Mar 6, 2015, 9:22 PM: Muhajir_Aus



I just came from there 10 days ago
Mar 6, 2015, 9:23 PM: Greatest_Nation

GA054


I was there for 16 days
Mar 6, 2015, 9:23 PM: Greatest_Nation


And back to work again
Mar 6, 2015, 9:23 PM: Greatest_Nation


You were in Ramadi?
Mar 6, 2015, 9:24 PM: Muhajir_Aus


I had a meeting there
Mar 6, 2015, 9:24 PM: Greatest_Nation


No no
Mar 6, 2015, 9:24 PM: Greatest_Nation


In Raqqa
Mar 6, 2015, 9:24 PM: Greatest_Nation


I would've asked for you if I was there
Mar 6, 2015, 9:25 PM: Greatest_Nation


:)
Mar 6, 2015, 9:25 PM: Greatest_Nation


So how do you feel about your mission
Mar 6, 2015, 9:26 PM: Greatest_Nation

Oh Okay
Mar 6, 2015, 9:27 PM: Muhajir_Aus



May Allah make there inner organs implode
Mar 6, 2015, 9:27 PM: Greatest_Nation



Do you come to Iraq or do you only work in Sham?
Mar 6, 2015, 9:27 PM: Muhajir_Aus



Like the people of Add
Mar 6, 2015, 9:27 PM: Greatest_Nation



I work in Istanbul only
Mar 6, 2015, 9:27 PM: Greatest_Nation



I came there for one meeting
Mar 6, 2015, 9:28 PM: Greatest_Nation



Only
Mar 6, 2015, 9:28 PM: Greatest_Nation

I feel very happy, I've been waiting a long time and even though I've been getting told for three months its only a few days away ...
Mar 6, 2015, 9:28 PM: Muhajir_Aus





:)
Mar 6, 2015, 9:28 PM: Greatest_Nation



Bukra Bukra lol
Mar 6, 2015, 9:28 PM: Greatest_Nation

When the amir this time told me 2-3 days I knew it was true because all the planning is done and I got to meet a lot of ingimassieen and
Mar 6, 2015, 9:29 PM: Muhajir_Aus



iktihamieen from Sham.
Mar 6, 2015, 9:29 PM: Muhajir_Aus



Hahahaha
Mar 6, 2015, 9:29 PM: Muhajir_Aus





:)
Mar 6, 2015, 9:29 PM: Greatest_Nation

Ma shaAllah
Mar 6, 2015, 9:30 PM: Greatest_Nation



May Allah a except it from you
Mar 6, 2015, 9:30 PM: Greatest_Nation



GA057

Ameen
Mar 6, 2015, 9:33 PM: Muhajir_Aus 



Did you
Mar 6, 2015, 9:34 PM: Greatest_Nation

Did you talk to your family?
Mar 6, 2015, 9:34 PM: Greatest_Nation

Make dua that Allah guides them
Mar 6, 2015, 9:34 PM: Greatest_Nation

I did. I have been keeping in contact with my brother, everyone else doesn't want to speak to me.
Mar 6, 2015, 9:48 PM: Muhajir_Aus 

Inshallah they embrace Islam.
Mar 6, 2015, 9:48 PM: Muhajir_Aus 

Ameen in shaAllah
Mar 6, 2015, 9:49 PM: Greatest_Nation

GA058

SDD:MPC/SK
F. #2011R00298

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -

MIRSAD KANDIC,

             Defendant.

– – – – – – – – – – – – – –X

**16M 383**

**TO BE FILED UNDER SEAL**

COMPLAINT AND
AFFIDAVIT IN
SUPPORT OF
APPLICATION FOR
ARREST WARRANT

(18 U.S.C. § 2339B(a)(1))

EASTERN DISTRICT OF NEW YORK, SS:

      ROBERT J. ELMEN, being duly sworn, deposes and states that he is a Special

Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as

such.

      In or about and between December 2013 and the present, both dates being

approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant MIRSAD KANDIC did knowingly and willfully conspire to provide material

support and resources, as defined in 18 U.S.C. § 2339A(b), including services and personnel

(himself and others), to a foreign terrorist organization, to wit: the Islamic State of Iraq and the

Levant ("ISIL").

      (Title 18, United States Code, Section 2339B(a)(1))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.    I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for approximately 17 years and have been assigned to the New York Joint Terrorism Task Force ("JTTF") for approximately 6 years.   As a Special Agent, I have investigated numerous matters during the course of which I have conducted physical surveillance, interviewed witnesses, executed court-authorized search warrants and used other investigative techniques to secure relevant information.   I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation.

2.    The defendant MIRSAD KANDIC is a 34-year old legal permanent resident of the United States and citizen of Kosovo.   Between approximately May 2003 and November 2013, KANDIC resided in the Bronx and Brooklyn, New York.   In December 2013, KANDIC travelled to Istanbul, Turkey, and joined ISIL.   As set forth in more detail below, KANDIC worked to further ISIL's media operations and recruit foreign fighters.   He presently serves as an ISIL facilitator in Turkey.

A.    ISIL

3.    ISIL is a foreign terrorist organization that, since 2013, has claimed credit for numerous terrorist activities, including seizing Mosul, a city in northern Iraq, and launching rocket attacks on eastern Lebanon in March 2014.   These terrorist activities are part of ISIL's

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

broader goal of forming an Islamic state or "caliphate" in Iraq and Syria.   On October 15,

2004, the United States Secretary of State designated al-Qaeda in Iraq ("AQI"), then known as

Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219

of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under

section 1(b) of Executive Order 13224.   On May 15, 2014, the Secretary of State amended the

designation of al-Qaeda in Iraq as an FTO under Section 219 of the Immigration and

Nationality Act and as a Specially Designated Global Terrorist under section 1(b) of Executive

Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name.

The Secretary also added the following aliases to the ISIL listing: the Islamic State of Iraq and

al-Sham ("ISIS"), the Islamic State of Iraq and Syria ("ISIS"), ad-Dawla al-Islamiyya fi al-'Iraq

wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.

Although the group has never called itself "al-Qaeda in Iraq," this name has frequently been

used to describe it through its history.   In an audio recording publicly released on June 29,

2014, ISIL announced a formal change of its name to the Islamic State ("IS").   To date, ISIL

remains a designated FTO.

B.   <u>KANDIC's Travel to Join ISIL</u>

        4.      On or about August 20, 2015, law enforcement agents interviewed a

cooperating witness ("CW-1").[2]   CW-1 stated, in sum and substance and in part, that:

approximately nine or ten years ago, CW-1 and KANDIC met through a third individual; at the

---

        [2] In 2009, CW-1 was arrested and pleaded guilty to obstruction of justice
pursuant to a cooperation agreement with the government.   Since October 2009, CW-1 has
been cooperating with the government.   CW-1 has proven reliable in the past and his
information has been corroborated.

time, KANDIC was a doorman at a building in the Bronx, New York; during one of their meetings, KANDIC expressed a desire to travel to Pakistan and engage in jihad against U.S. military forces; and KANDIC stated that his fundamental motivation for this desire was martyrdom as well as the opportunity to fight against non-Muslims.

5.     CW-1 further stated, in sum and substance and in part, that: several years later, CW-1 met with KANDIC again; at that time, KANDIC had moved to Brooklyn, New York and become a taxi driver; KANDIC discussed the possibility of travelling to Afghanistan to engage in jihad; and KANDIC stated that once he arrived in Europe or Iran, he would take a smuggler's route to a war zone.

6.     Law enforcement investigation revealed that, in December 2013, KANDIC travelled to Istanbul, Turkey.   Specifically, on November 18, 2013, KANDIC traveled on Compania Panamena de Aviacion, S.A. (CM) Flight No. 263, from Monterrey, Mexico to Panama City, Panama; later the same day, KANDIC traveled on Compania Panamena de Aviacion, S.A. (CM) Flight No. 759 from Panama City, Panama to Sao Paolo, Brazil, arriving the next day November 19, 2013.   According to information provided by the Turkish government, on December 25, 2013, KANDIC entered Turkey through Istanbul Sabiha Gokcen International Airport.

7.     Records obtained from Western Union revealed that between December 2013 and July 2014, KANDIC received wire transfers; the money was sent from the Bronx, New York to KANDIC in Istanbul, Turkey.

8.     Based on my knowledge, training, and experience, Turkey is a common transit point to obtain entry into Syria.   Many citizens of Western countries who have travelled

5

from the United States and Europe to join ISIL in Syria have followed the route of entering Turkey legally and then being smuggled by facilitators across the border into Syria.

C.       KANDIC's Furtherance of ISIL Media Operations

        9.      Based on my knowledge, training, and experience, and consultation with other law enforcement officers and researchers who investigate terrorism crimes relating to Islamic extremism, I know that ISIL members and sympathizers often create multiple related email and social media accounts, over time and in succession, for various reasons including to protect the content of their accounts, circumvent suspension, and evade detection and surveillance.   By the same token, they also often relate the accounts in some manner in order to retain followers.   For example, I have observed ISIL members continue their Twitter activity across multiple accounts by opening up new accounts with the same or substantially similar usernames and a number added to the end, the same or substantially similar screen names, the same profile photograph or cover photograph, and messages referring to prior accounts.   Based on my knowledge, training, and experience, the foregoing observations, and a review of the records in this investigation, including publicly-available information on Twitter and records obtained from Twitter, I have identified a series of related Twitter accounts that I believe KANDIC has used to express his support of ISIL and provide support to ISIL.

        10.     From approximately April 2014 to the present, KANDIC used multiple Twitter accounts to publicize ISIL activities, disseminate ISIL propaganda, and otherwise further ISIL's media operations.   For example, in June 2014, Twitter username "@Dawla_NewsMedia" ("Twitter Account A"), whom I believe to be KANDIC, posted multiple messages, including the following:

6

a.     On June 11, 2014, international media reported that ISIL members had kidnapped 49 Turkish citizens from the Turkish consulate and 31 Turkish truck drivers. Later that day, KANDIC posted the following message: "Turks are not kidnapped.. They are only taken to a safe location and until the investigation procedures are completed.."

b.     On June 12, 2014, the Turkish media reported that Twitter Account A was "one of the top social media accounts reporting about the most recent activities of ISIL in Syria and Iraq since April."    On that same day, after hundreds of Turks and Kurds reportedly flooded Twitter Account A with messages, KANDIC posted a message expressing that he was "annoyed" by certain Turks and Kurds and that he was "opening a new Account soon."

11.     Specifically, the investigation revealed that Twitter Account A was created using the e-mail "isis.news.media@gmail.com."    During the course of the investigation I discovered that isisnewsmedia@gmail.com (alternate e-mail isis.news.media@gmail.com) listed brothermirsad@gmail.com as the recovery e-mail. Further investigation revealed that the brothermirsad@gmail.com email address was used for an eBay account operated by KANDIC.    Furthermore, it listed the user ID: kandi_mirsa; e-mail address: brothermirsad@gmail.com; and an address and telephone number that belonged to KANDIC when he resided in New York.

12.     A review of publicly-available information on Twitter revealed that Twitter Account A used the screen names "Join Islamic State" and "Islamic State Media." Further review of publicly-available information on Twitter revealed that Twitter Account A posted messages reflecting an intent to support ISIL.    Twitter Account A was also used to

7

recruit personnel to ISIL, publicize ISIL activities, disseminate ISIL propaganda, and otherwise further ISIL's media operations.

13.    In October 2014, Twitter username "@IS_World_Press" ("Twitter Account B"), whom I believe to be KANDIC, engaged in communications with an unidentified individual ("UI-1") regarding content for ISIL media operations.   During the communications, KANDIC told UI-1, "I worked in media department before and I know some brothers in Dawlah."[3]   KANDIC further told UI-1, "It will be great to have a brother who can work only on the maps"; "Take his time and make it look really advanced"; "And we would centralize the news of tge conquered places to be send to him."   UI-1 agreed to perform such work and create a new account for that purpose.    Further investigation revealed that Twitter Account B used the display name, "GREAT IS NATION."   A review of the 58 Twitter accounts operated by KANDIC revealed that KANDIC informed others that he intended to use the same user names with sequential numbers to communicate and GREAT IS NATION as a logo.   For example, the username "@Greatest_Nation," revealed a direct message conversation between @Greatest_Nation and another Twitter user on March 5, 2015.   The Twitter user asked @Greatest_Nation if he would always keep the @ the same and just add numbers in the event he got suspended. @Greatest_Nation responded, "Yes in ShaAllah.   GREAT IS NATION is my logo and JOIN IS NATION."

---

[3] The term "Dawla" (or "Dawlah") is an Arabic word meaning "the state" and, in this context, refers to ISIL.

14.    KANDIC subsequently sent UI-1 a series of updates regarding

ISIL-claimed territory.   For example, on October 5-7, 2014, KANDIC, using Twitter Account

B, sent UI-1 the following updates:

- "#Baghdad surburb of Abu Ghraib falls to #IslamicState ; 228 ISF militants

  killed Across #Iraq http://t.co/MvtG3RuQnr"

- "ISF pulled out of Albu Khanfar area between Nahiyat al-Karmah and

  Tharthar area, #IS asserted control over the Tharthar canal 28km bridge."

- "#Ramadi reportedly almost empty of #Iraqi Safavid forces! IS\n\nISF

  withdrawal to Anbar Ops Command HQ outside city"

- "#Syria #IslamicState take control of Mount Mishtenur &amp; some

  neighborhoods of #Kobane"

- "#Iraq: IS seizes Albu Khanfar area in al-Karma connecting wider Fallujah

  area w/ Samarra district"

- "Lots of reports floating: Dhuluiyah completely in IS control.confirmed re all

  sections of town,except Jabour area.need clarification on that"

- "The Islamic state now controls 95% of Al Anbar province that includes part

  of Furat wilaya, Anbar Wilaya and Faluja wilaya."[4]

- "#Kobane battle NEW MAP on Oct 6, 2014 : #IS entered city from SE on

  Sunday http://t.co/IMzIKDcLxE"

- "#IS controlled the school and killing a rawafidh [objectors or Shia] near

---

[4] The term "wilaya" (or "wilayat") is an Arabic word meaning "province" and,
in this context, refers to administrative divisions in ISIL's proclaimed caliphate.

#Samarra South of #Tikrit"

- "Bismillah. The #IslamicState's transnational armies also cleared #Ramadi today and battles are raging near Joint Base Balad Airbase"

- "Mandate of Salahuddin - #Tikrit liberated by lions of Allah #IslamicState - #تكريـــت [Tikrit] http://t.co/x52CvbaXOV"

- "#IslamicState take over new hospital at south western entrance of Kobane http://t.co/81WLN3ihJ8"

- "#Syria Clashes btw #IslamicFront &amp; #IslamicState in northern rural #Aleppo-#IS try to encircle #IF hold city of #Mare http://t.co/XfxTvnirFi"

15.    KANDIC, using Twitter Account B, instructed UI-1 to "Take your time it's not a rush" and "Just make it advanced professional way so that kufar [the infidels] know that we're good in what we do."    KANDIC also discussed map details such as color and composition, telling UI-1 to "Try to use nice color for IS territory" like "silver to look clean and purified" and make it so that "You can zoom in and the map it's clear with all the names of the villages and towns" and "city's."

16.    UI-1 informed KANDIC (at Twitter Account B) that "@IS_maps is the new account for maps."    On October 8, 2014, KANDIC asked UI-1, "Did you post it?"    UI-1 responded, "Yep posted."    A review of publicly-available information on Twitter revealed that, on October 8, 2014, an individual with Twitter username "@IS_maps" posted a map with the message "latest map"; the map depicted territory in Iraq and Syria colored in silver and labeled "Islamic State" and identified various towns and cities in the region by name.

10

D.    KANDIC's Facilitation of Foreign Fighters

17.    From approximately May 2014 to the present, KANDIC used multiple Twitter accounts to recruit foreign fighters and facilitate their travel into ISIL-controlled territory.

18.    On May 11, 2014, KANDIC, using Twitter Account A, told an unidentified individual ("UI-2"), in sum and substance and in part, that it is possible for an individual to make hijrah[5] so long as he or she undergoes a background check.

19.    In August 2014, KANDIC, using Twitter Account A, engaged in communications with an unidentified individual ("UI-3"), who was interested in joining ISIL. During the communications, KANDIC asked UI-3 about his background, including his age, financial status, and whether he had a reference in ISIL.    KANDIC advised UI-3 not to fly to Iraq, asked UI-3 whether he could travel to Turkey, and instructed UI-3 to get back in touch after UI-3 had obtained the necessary visa and budget.

20.    In August 2014, KANDIC, using Twitter Account A, engaged in communications with an unidentified individual ("UI-4"), who purported to be interested in joining ISIL.   During the communications, KANDIC asked UI-4 about his country of origin. KANDIC advised UI-4 not to fly to Saudi Arabia and instructed UI-4 to fly one-way to Europe and then to Istanbul, Turkey.   KANDIC explained, "One way to Europe..because you're not sure when you are getting back to US ;)."   UI-4 responded, "Or if. I would of course desire to

---

[5] The term "hijra" (or "hijrah") is an Arabic word meaning "migration" and, in this context, refers to travelling to join ISIL.

11

come back, but if Allah has other plans for me, I shall accept Jannah [Paradise] with no resistance."[6]

21.     In August 2014, KANDIC, using Twitter Account A, engaged in communications with an unidentified individual ("UI-5"), who indicated that he already had a ticket.   During the communications, KANDIC provided UI-5 with a contact number and instructed UI-5 to call the number after arriving in Istanbul. KANDIC also directed that all further communications from UI-5 take place on a different, encrypted social media application.

22.     In August 2014, KANDIC, using Twitter Account A, engaged in communications with an unidentified individual ("UI-6").   During the communications, KANDIC asked UI-6 about his background, including his country of origin and whether he had a reference "inside."   KANDIC advised UI-6 on how to fly to "ist" (Istanbul, Turkey) and instructed UI-6 to get back in touch when he was on his way so that KANDIC could "send a brother" for UI-6.

23.     In February 2015, Twitter username "@Here_Akhy" ("Twitter Account C"), whom I believe to be KANDIC, engaged in communications with an unidentified individual ("UI-7"), who asked what he could do for friends going to ISIL. KANDIC responded by instructing UI-7 to contact him via a different, encrypted social media application.

_____

[6] The term "Jannah" is an Arabic word meaning "heaven" or "paradise" and refers to a place reached after death.

24.    On September 20, 2015, Twitter username "@JoinISNation81" ("Twitter Account D"), whom I believe to be KANDIC, posted the following message: "#BREAKING\n\"URGENT\" Please refrain from making any Hijrah plans for Shaam [Syria], As the borders are closed.!!\nHowever other Wilayat are still open."   On that same day, KANDIC engaged in communications with an unidentified individual ("UI-8"). During the communications, KANDIC identified himself as "work[ing] directly with Hudud office" and having "do[ne] this 24/7 for 6-7 years."   Based on my knowledge, training, and experience, and consultation with an Arabic linguist, the term "Hudud office" means the Border Office.

E.    KANDIC's Facilitation of "Jihadi Jake"

25.    From approximately August 2014 to March 2015, KANDIC used multiple Twitter accounts to facilitate the travel of an individual who has been identified as Jake Bilardi, also known as "Abu Abdulla al-Australi" and "Jihadi Jake," a citizen of Australia. Based on my knowledge, training, and experience, and a review of the records in this investigation, I have identified multiple Twitter accounts that Bilardi used to communicate with ISIL members.

26.    On August 17, 2014, KANDIC, using Twitter Account A, engaged in the following communications with Bilardi, using Twitter username "@Abu_Abdullah_IS":

| | |
|---|---|
| BILARDI: | Asalamualaikum wa rahmatullah [May the peace and mercy of Allah be with you]. Do you want me to tell you when I'll arrive in Turkey? |
| KANDIC: | Wa alaykum sallam wr wb [and upon you be peace, mercy, and blessings] |
| KANDIC: | Yes Akhy [brother] |
| BILARDI: | I'll arrive in Istanbul in on 26 Aug |

| | |
|---|---|
| BILARDI: | Also, should I book a hotel? I'll be getting there in the morning. If so how long should I book it for? |
| KANDIC: | Time? |
| BILARDI: | 6:10am |
| KANDIC: | Ok |
| KANDIC: | No booking |
| KANDIC: | A brother will pick you up |
| BILARDI: | At the airport? |
| KANDIC: | Yes |
| KANDIC: | What's the name of the airport |
| BILARDI: | Ataturk international airport |
| KANDIC: | Ok |
| KANDIC: | Good |
| KANDIC: | You don't need the Hotel |
| BILARDI: | Ok. Jazak Allah khair [God bless you] |
| KANDIC: | He will tell you what and how |
| KANDIC: | Ameen wa iyyaka [And you too] |
| KANDIC: | We will speak again |
| BILARDI: | Inshallah [God willing] :) |
| KANDIC: | Before you get on your way |
| KANDIC: | I will give you the brothers number |
| BILARDI: | Ok |

14

KANDIC:          Don't forget to ask me for the number

BILARDI:         Ok, will do.

27.    The conversation between KANDIC, using Twitter Account A, and

Bilardi continued.   On August 21, 2014, they exchanged the following messages:

BILARDI:         Also you said you would give me the brothers number but I
                 won't have a working phone to even contact him.

KANDIC:          That's correct so don't worry about it

BILARDI:         How will we find each other then?

KANDIC:          I'll let you know what to do when you arrive there.. so he
                 recognizes you

BILARDI:         Ok np [no problem]. Do you want me to message you a few
                 hours before I leave?

KANDIC:          Yes

28.    The conversation between KANDIC, using Twitter Account A, and

Bilardi continued.   On August 24, 2014, they exchanged the following messages:

BILARDI:         I'm going to be leaving in a few hours

KANDIC:          Wa alaykum sallam wa rahmetullah [and upon you be
                 peace and mercy]

KANDIC:          In shaAllah [God willing]

KANDIC:          May Allah keep you safe

BILARDI:         Ameen

KANDIC:          So you will be in Ist [Istanbul] on tge 25th or 26th ?

KANDIC:          In the morning?

BILARDI:         26th at 6:10am

15

| KANDIC: | In shaAllah [God willing] |
|---|---|
| KANDIC: | The brother will be there for you |
| BILARDI: | How will we find each other? |

. . .

| KANDIC: | When you exit from the airport..and you reach where the people are waiting for there loved once walk to the right side.. |
|---|---|
| KANDIC: | .. there will be a phones booth..stand or sit next to it |
| KANDIC: | The phone booth will be on the same side almost against the wall |
| KANDIC: | That's it |
| KANDIC: | The brother will say that I sent him |
| KANDIC: | :) |
| KANDIC: | Ok? |
| BILARDI: | Ok |

29.    A review of airline reservation records revealed that on August 25-26, 2014, Bilardi travelled from Tullamarine Airport in Melbourne, Australia to Istanbul Ataturk Airport in Istanbul, Turkey.

30.    On December 24, 2014, Twitter username "@IS_WorldPress" ("Twitter Account E"), whom I believe to be KANDIC, engaged in the following communications with Bilardi, using Twitter username "@AbuAbdullah_Aus":

| BILARDI: | I've been wanting to speak to you ever since I came but I haven't had any internet until now. |
|---|---|
| BILARDI: | I'm in Ramadi right now, I'm signed up as istishhadi [a |

16

martyr], inshallah [God willing] I'll be going soon so I wanted to speak to you before I go.[7]

KANDIC:            Ma shaAllah [God willed it]

KANDIC:            Yes Akhy [brother]

KANDIC:            Al hamdu lillah [Praise be to God]

KANDIC:            May Allah grant you the best of the best of jannatul Firdaws [the highest level of Paradise] in shaAllah [God willing]

BILARDI:          There were ten istishhadiyeen [martyrs] in the house I'm at right now and now four have gone and I'm number 6 so inshallah [God willing] it's very close.

BILARDI:          Ameen

KANDIC:            Al hamdu lillah [Praise be to God]

KANDIC:            When did you decide to be istishhadi [a martyr]

KANDIC:            :)

BILARDI:          After about 1 month in Sham [Syria] I signed up as istishhadi [a martyr] and they sent me to Baiji in Iraq

BILARDI:          I actually went on an operation in Baiji, there were eight istishhadiyeen [martyrs], 3 went and I was the fourth but the emir pulled everyone back...

BILARDI:          because there were constant airstrikes.

BILARDI:          After that, I thought too much and decided to fight instead so I was fighting in Baiji for a while and then I signed up as istishhadi [a martyr] again.

BILARDI:          And they sent me to Ramadi walhamdulilah [Praise be to God]

_____

[7]   The term "istishhadi" is an Arabic word meaning "martyr" and, in this context, refers to a suicide bomber.

KANDIC:                :)

KANDIC:                Ma shaAllah [God willed it]

KANDIC:                May Allah give you what is best for you

31.     From March 4 to March 6, 2015, Twitter username "@Greatest_Nation"

("Twitter Account F"), whom I believe to be KANDIC, engaged in the following

communications with Bilardi, using Twitter username "@Muhajir_Aus":

KANDIC:                How are you Akhy [brother]

KANDIC:                You're still breathing this worldly air

BILARDI:               Alhamdulilah [Praise be to God] I'm good. How are you?

BILARDI:               Unfortunately yes, hahaha

BILARDI:               I keep getting told its only a few days away and then I'm
                       left waiting another month. From what's been happening
                       here though

BILARDI:               I think they've got something big planned for Ramadi and
                       it should be relatively soon.

KANDIC:                In shaAllah [God willing]

.   .   .

BILARDI:               Alhamdulilah akhi [Praise be to God brother], just went to
                       look at my target today for my operation, inshallah [God
                       willing] it should only be a couple of days now.

BILARDI:               There's about 200 brothers from Sham [Syria] that have
                       been brought to Ramadi, everything's ready to go.
                       Alhamdulilahi Rabbil Alameen [Praise be to God, the Lord
                       of the worlds]

KANDIC:                May Allah reward you immensely

.   .   .

KANDIC:            So how do you feel about your mission

BILARDI:           Oh Okay

KANDIC:            May Allah make there inner organs implode

32.    On March 11, 2015, Twitter username "@GreatISNation45," whom I

believe to be KANDIC, posted the following messages announcing that Bilardi had carried out

a suicide attack in Ramadi, Iraq: "Breaking News: Australian citizen Jake Bilardi aka Abu

Abdullah carried the martyrdom operation in #Ramadi, #Iraq http://t.co/KizJDRO3J8"; "RT

@_R0eschick_: May Allah give hime highest of ranks in Jannah [Paradise] InSha Allah [God

willing]. Martyr abu Abdullah australi. #IS \n http://t.co/x9YGeux65U."   Approximately nine

months later, on December 1, 2015, Twitter usernames "@JoinISNation92" and

"@GreatISNation96," whom I believe to be KANDIC, posted the following message

re-publicizing Bilardi's suicide attack: "Australian #IS Lion Istish'hadi (Fidai) [Marytr

(Self-Sacrificer)] Jake Bilardi who killed 57 Shia kufar [infidels] and wounded many more In

#Ramadi."

19

WHEREFORE, your deponent respectfully requests that an arrest warrant be

issued for the defendant MIRSAD KANDIC, so that he be dealt with according to law.

ROBERT J. ELMEN
Special Agent, Federal Bureau of Investigation

Sworn to before me this
22nd day of April, 2016


THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

1

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     UNITED STATES OF AMERICA,
 3
                      Plaintiff,          Docket No.:
 4                                        17 CR 449 (NGG)
             versus
 5
     MIRSAD KANDIC,                       U.S. Courthouse
 6                                        225 Cadman Plaza East
                      Defendant.          Brooklyn, NY 11201
 7   ------------------------------------x
                                          June 17, 2021
 8                                        9:00 a.m.

 9

10       Transcript of Criminal Cause for Status Conference

11

12   Before:  HONORABLE NICHOLAS G. GARAUFIS,

13                          District Court Judge

14

15                         APPEARANCES

16   For the Government:        MARK J. LESKO, ESQ.
                                Acting United States Attorney
17                              Eastern District of New York
                                271 Cadman Plaza East
18                              Brooklyn, New York 11201
                                BY:  SARITHA KOMATIREDDY, ESQ.,
19                                   DAVID KESSLER, ESQ.,
                                     MATTHEW HAGGANS, ESQ.
20                                   Assistant U.S. Attorneys

21   For the Defendant:         DAVID STERN, ESQ.
                                ROBERT SOLOWAY, ESQ.
22
     Official Court Reporter:   MICHELE NARDONE, CSR
23                              Email:  Mishrpr@aol.com

24   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
25
```

USA v. Kandic

4

```
 1    whether the defense intends to file any additional motions so

 2    that we can set a schedule for that.

 3              MR. STERN:  The Government and I discussed that

 4    yesterday.  I initially told them we don't intend to file any

 5    motions; that we will rely on the motions that were ably filed

 6    by our predecessor counsel.

 7              After talking to Mr. Soloway, we may file a

 8    motion -- well, we will file first a request for a bill of

 9    particulars.  If that's declined by the Government, then we

10    will file a motion for a bill of particulars; and that will

11    also be done, I would say, in the next two weeks.

12              THE COURT:  All right.  Well then, since I don't

13    know whether you are actually going to seek a bill of

14    particulars through motion practice, then, if that becomes

15    necessary, simply send me a proposed motion schedule; and I

16    will so order it.  All right?

17              MR. STERN:  Yes, we will do that.  Thank you.

18              THE COURT:  All right.  Next?

19              MS. KOMATIREDDY:  Third, Your Honor, just an update

20    on the Rule 15 deposition.  We are on track going forward with

21    that deposition.  It is currently scheduled for the fall.

22              We have secured the courtroom and confirmed with

23    Magistrate Judge Reyes that he will be available to preside

24    over the deposition in realtime; and we are working with

25    defense counsel.  We will reach out shortly to go through with
```

MICHELE NARDONE, CSR -- Official Court Reporter



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK
F.#2011R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 9, 2022

<u>By ECF</u>

David Stern, Esq.
Robert Soloway, Esq.
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, New York 10013

> Re:    United States v. Mirsad Kandic
>         <u>Criminal Docket No. 17-449 (NGG)</u>

Dear Counsel:

The government writes to memorialize its disclosure (by USAFx earlier today) of certain exhibits that the government may use during its case-in-chief at the upcoming trial in this matter. The government intends to provide you with additional exhibits on a rolling basis by uploading them into the same USAFx file folder. Please note that you may adjust your user settings on the USAFx platform so that you are notified when new documents are uploaded.

In addition, the government notes that it previously provided you with material pursuant to Title 18, United States Code, Section 3500, and <u>Giglio v. United States</u>, 405 U.S. 150 (1972), on March 2, 2020, December 18, 2020, September 4, 2021, September 12, 2021, January 24, 2022, January 27, 2022, February 6, 2022, February 8, 2022, February 10, 2022, February 13, 2022, February 16, 2022, March 3, 2022, April 1, 2022, and April 7, 2022. The government has re-uploaded this previously-disclosed material onto the USAFx platform. The government intends to provide you with additional <u>Giglio</u> and § 3500 material on a rolling basis by uploading it into the same USAFx file folder.

These documents remain SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15).

Please contact us if you have any questions or requests.

Very truly yours,

BREON PEACE
United States Attorney

By:     _____/s/_____
Saritha Komatireddy
J. Matthew Haggans
Joshua G. Hafetz
Assistant U.S. Attorneys
(718) 254-7000

Enclosures (By USAFx)

cc:     Clerk of Court (NGG) (By ECF) (With Enclosures By USAFx)

2

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/JMH/JGH                        *271 Cadman Plaza East*
F.#2011R00298                     *Brooklyn, New York 11201*

May 2, 2022

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

            Re:    United States v. Mirsad Kandic
                   Criminal Docket No. 17-449 (NGG)

Dear Judge Garaufis:

            The government respectfully submits this letter in response to the defendant's
filing from last night.  Two days before trial, and after the selection of a jury venire, the
defendant filed a motion to dismiss Count One which appears, in substance, to be a challenge
to the government's proposed jury instructions and verdict sheet.  See ECF No. 272.  Below,
the government first addresses the jury instructions and verdict sheet and then discusses the
motion to dismiss.  The government also moves to preclude various defense exhibits
disclosed yesterday evening.

            The government's proposed jury instructions and verdict sheet for Count One
require the jury to consider whether they find, unanimously, that a death resulted from the
offense.  The government and the defendant agree that the jury must find this fact
unanimously for the defendant to be subject to the statutory enhancement under 18 U.S.C.
§ 2339B(a)(1), which exposes him to a statutory maximum of life imprisonment.  The
government and the defendant also agree that the jury must be unanimous regarding which
death resulted.  Where the parties disagree is whether the law requires a special verdict form
listing all possible deaths that the jury might consider—it does not.  See United States v.
Trupin, 117 F.3d 678, 687 (2d Cir. 1997) (the Second Circuit has, "time and again, held that
a general charge regarding unanimity is ordinarily sufficient to protect the defendant's right
to a unanimous verdict."); United States v. Burrell, 43 F. App'x 403, 406 (2d Cir. 2002)
(district court "has broad discretion in determining whether to use a special verdict sheet in a
complex criminal case"); see, e.g., United States v. Ogando, 968 F.2d 146, 149 (2d Cir.
1992) (affirming district court's decision not to use special interrogatories in a complex

criminal case); United States v. Applins, 637 F.3d 59, 82 (2d Cir. 2011); United States v. Raysor, No. 99-1503(L), 2001 WL 36037731, at *5 (2d Cir. Apr. 29, 2002). In light of the foregoing caselaw and the facts of this case—where the defendant, his co-conspirators, cooperating witnesses, and other evidence discuss and depict numerous deaths—the government respectfully submits that such a special verdict form is unwarranted in this case. Indeed, the defendant provides no legal authority to the contrary.

The government respectfully submits that the defendant's concern regarding unanimity is best resolved by including a further unanimity instruction into the jury charge as follows:

> The conspiracy charged in Count One of the indictment has alleged that the deaths of one or more persons resulted from the offense. To be clear, the government need not prove that the alleged conspiracy resulted in the death of more than one person. If you find unanimously that one death resulted from the offense, then this fact would be proved. However, it is not enough to convict if some of you find that the government has proven one person's death and others of you find that the government has proven a different person's death. You must be unanimous as to the death that you are considering.

See United States v. Kenner, No. 13-CR-607, ECF No. 501 at 72 (E.D.N.Y. Oct. 13, 2017) (Bianco, J.) (rejecting post-trial challenge to lack of special verdict form for count charging multi-object conspiracy where jury was instructed regarding unanimity).

Turning to the defendant's motion to dismiss, the defendant moves to dismiss Count One or, in the alternative, strike the death results allegation. This motion is untimely: the Court set a schedule for pretrial defense motions several years ago; the defendant filed motions; after the defendant changed counsel, the Court inquired with new defense counsel whether any additional motions would be filed; counsel, after considering the inquiry, declined; and the Court ruled on the pending defense motions. See ECF No. 52 (pretrial motions initially due August 30, 2019; deadline extended to September 6, 2019); Dkt. Entry dated June 18, 2021 (permitting new counsel to file additional motions and submit joint proposed briefing schedule to the court); ECF No. 156 at 3-4 (government requesting notice regarding "whether there would be any additional pretrial motions from the defense" and defense counsel stating generally that he did not intend to file motions but would file any motion for a bill of particulars within "the next two weeks" should he deem it necessary, which motion was not filed). The defendant now brings a challenge to the indictment that he could have raised earlier, as the indictment that he challenges has remained the same since it was returned in August 2017 at the inception of this criminal case. See ECF No. 4. Therefore, the defendant has not shown good cause for the untimeliness of his motion and, as such, the motion should be denied. See Fed. R. Crim. P. 12(c)(1).

In addition, the defendant's motion to dismiss fails on its merits because Count One does not suffer from duplicity. Duplicity exists when a charge "combines two or more distinct crimes into one count." United States v. Sturdivant, 244 F.3d 71, 75 (2d Cir. 2001). Count One charges one crime: it charges that, over the course of approximately four years, the defendant conspired to provide material support to ISIS. Count One also alleges that the death of one or more persons resulted from the conspiracy, which is the basis for a statutory enhancement and not a separate crime.

The defendant uses the doctrine of duplicity to set forth several additional arguments that Count One is improper. First, the defendant argues that Count One invites a non-unanimous verdict. However, that concern is resolved by the unanimity instruction proposed above. Second, the defendant argues that Count One creates confusion about double jeopardy. To the contrary, Count One is clear that it provides the defendant with a broad double jeopardy bar, as Count One covers the entire time span of the defendant's conspiracy to provide material support to ISIS, all of the forms of material support that he provided, and all of the deaths that resulted. Third, the defendant argues that Count One provides inadequate notice about whose deaths are implicated in the count. However, the government's discovery productions and pretrial disclosures specify numerous deaths that resulted from the conspiracy of which the defendant was a member.

Some of these deaths the defendant describes in his own words, others are described by cooperating witnesses and in co-conspirator statements, and others are depicted in images, videos, and other evidence. See, e.g., ECF No. 1 at 17 (Complaint filed Apr. 22, 2016) (defendant discussing deaths of those acting with Jake Bilardi on the day of the attack); ECF No. 1 at 18 (defendant discussing deaths of the "57 Shia kufar [infidels]" killed in Ramadi, Iraq as a result of the attack); MK-2174 to MK-2186 (disclosed Nov. 22, 2017, certified copy marked GX 1234) (describing deaths in Iraq); Deposition Tr. at 10, 55, 59-63, 84-86 (Feb. 17, 2022) (Witness 2 describing deaths of family members, ISIS fighters, and spies); Order Ruling on Deposition Objections, ECF No. 261 at 8 (holding that evidence of Witness 2's family member's death was relevant and "important evidence to prove that the death of one or more persons resulted from the charged conspiracy"); Deposition Tr. at 30-31 (Sept. 13, 2021) (Witness 1 describing deaths on the battlefield); 3500-ADE-1 through 56 (disclosed March 2, 2020) (describing deaths of ISIS fighters, suicide bombers, and others that died in ISIS attacks with a nexus to the charged conspiracy).

Finally, yesterday, the defendant notified the government that he intends to introduce various witness statements, agent notes, and emails at trial, in their entirety and for the truth of the matters asserted therein, without the declarants taking the stand. Because these statements constitute hearsay, the defendant proffered that he would seek to admit them under Federal Rules of Evidence 804 and 807. The government moves to preclude these statements as inadmissible hearsay. The statements do not meet the criteria of Rule 804 because the defendant has not shown that the declarants are unavailable and the statements were not given at a trial, hearing, or lawful deposition during which the government had an opportunity and similar motive to develop them by cross-examination. Fed. R. Evid. 804(a)-(b)(1). The statements do not meet the criteria of Rule 807 because the defendant has not

3

shown that they are supported by sufficient guarantees of trustworthiness, as set forth in the rule, and that they are more probative on any point for which they are being offered than other evidence that he can obtain through reasonable efforts.  Fed. R. Evid. 807.[1]

Respectfully submitted,

BREON PEACE
United States Attorney

By:      _____/s/_____
Saritha Komatireddy
J. Matthew Haggans
Josh Hafetz
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (NGG) (By ECF)
       All counsel of record (By ECF)

---

[1] Should the defendant choose to proffer facts or argument for why the statements they seek to offer meet any of the foregoing criteria, the government requests an opportunity to respond.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

           -against-

MIRSAD KANDIC,

                        Defendant.

**MEMORANDUM & ORDER**
**17-CR-449 (NGG) (RER)**

NICHOLAS G. GARAUFIS, United States District Judge.

Defendant Mirsad Kandic is charged with conspiring to provide, providing, and attempting to provide material support and resources to the Islamic State of Iraq and al-Sham ("ISIS") in violation of 18 U.S.C. § 2339B(a)(1). Kandic now moves to dismiss Count One as impermissibly duplicitous under Federal Rule of Criminal Procedure 12(b)(3)(B)(i), or, in the alternative, to strike the "death results" element. (*See* Def.'s Mot. to Dismiss (Dkt. 272).) The government opposes this motion. (*See* Gov't Opp'n (Dkt. 273).) For the reasons that follow, Kandic's motion is DENIED.

## I.    BACKGROUND

The court assumes familiarity with the underlying facts and history of this case. (*See also* Mem. & Order (Dkt. 266)at 1-4.) As relevant here, on August 17, 2017, Kandic was charged with six counts of providing material support of terrorism in violation of 18 U.S.C. § 2339B(a)(1). (*See* Indictment (Dkt. 4).) Two of those counts, One and Five, include a sentencing enhancement that increases the statutory maximum term of imprisonment from twenty years to life for an offense that results in the death of any person. (*See id.* ¶¶ 5-6, 13-14); 18 U.S.C. § 2339B(a)(1) ("[I]f the death of any person results, [the defendant] shall be imprisoned for any term of years or for life"). Count One, the lone conspiracy count, charges that from approximately January 2013 to June 2017, Kandic, together with others, conspired to provide

1

material support and resources, including property, services, and personnel (including himself, Jake Bilardi, and others) to ISIS, a foreign terrorist organization engaged in terrorist activity and terrorism, and the offense "resulted in the death of one or more persons, including Jake Bilardi." (Indictment ¶¶ 5-6.)

## II.    DISCUSSION

### A.    Timeliness

The government argues that this motion should be dismissed because it is untimely. (*See* Gov't Opp'n at 2.) "If a party does not meet the deadline for making a Rule 12(b)(3) motion, the motion is untimely. But a court may consider the . . . request if the party shows good cause." *See* Fed. R. Crim. P. 12(c)(3). Kandic fails to offer good cause for his eleventh-hour motion, which presents arguments that have been readily available to him since the Indictment was returned in August 2017. And, as the government points out, the original deadline for pretrial motions lapsed in October 2019. (*See, e.g.*, Def.'s Letter Requesting Extension (Dkt. 52).) After Kandic's current counsel assumed his representation, however, the court, with the parties, discussed additional motions at a status conference on June 17, 2021. (*See* Tr. of Proceedings on June 17, 2021 (Dkt. 156) at 3:21-4:17.) The next day the court directed the parties to confer and submit a proposed joint briefing schedule "[i]f the defense plans to file an additional motion." (*See* June 18, 2021 Min. Entry.) The parties also discussed pretrial motions broadly at a status conference on November 16, 2021. (*See* Nov. 16, 2021 Min. Entry.) But the court, relying on the skill and professionalism of the parties, never subsequently set a *formal* deadline for pretrial motions. Therefore, "the deadline [to make pretrial motions] is the start of the trial," Fed. R. Crim. P. 12(c)(1), and the court will consider the merits of Kandic's motion.

### B.  Material Support Statute and the "Death Results" Element

Any fact that increases the penalty for a crime beyond the prescribed statutory maximum is an element that must be submitted to a jury and proved beyond a reasonable doubt. *See Alleyne v. United States*, 570 U.S. 99, 114-15 (2013); *Apprendi v. New Jersey*, 530 U.S. 466, 490 (2000).[1] Therefore, "[c]alling a particular kind of fact an 'element' carries certain legal consequences" because a federal criminal jury "cannot convict unless it unanimously finds that the Government has proved each element" of the charged offense. *Richardson v. United States*, 526 U.S. 813, 817 (1999); *see also United States v. Requena*, 980 F.3d 30, 48-49 (2d Cir. 2020) (same, distinguishing between "means" and "elements" of an offense in the context of jury unanimity).

The material support statute increases the prescribed statutory maximum from twenty years to life "if the death of any person results." 18 U.S.C. § 2339B(a)(1). Because this "death results" enhancement increases the maximum sentence to which a defendant is exposed, it is an element that must be submitted to the jury and found beyond a reasonable doubt. *See Burrage v. United States*, 571 U.S. 204, 210 (2014) (analyzing a similar "death results" statute and applying a but-for causation standard). Therefore, the jury must unanimously find that the government has proved that the conspiracy to provide material support charged in Count One resulted in death.

### C.  Impermissible Duplicity

The Second Circuit permits duplicitous counts so long as they are not *impermissibly* duplicitous. *See United States v. Sturdivant*, 244 F.3d 71, 75 n.3 (2d Cir. 2001); *United States v. Margiotta*, 646 F.2d 729, 733 (2d Cir. 1981) (holding that "a single count of an

---

[1] When quoting cases, and unless otherwise noted, all citations and quotation marks are omitted, and all alterations are adopted.

indictment should not be found impermissibly duplicitous whenever it contains several allegations that could have been stated as separate offenses . . . but only when the failure to do so risks unfairness to the defendant," and noting that this rule "achieves the obvious benefit of limiting the maximum penalties defendant may face if convicted of mail fraud and also avoids the unfairness of portraying the defendant to the jury as the perpetrator of [several] crimes"). "An indictment is impermissibly duplicitous where: 1) it combines two or more distinct crimes into one count in contravention of Fed. R. Crim. P. 8(a)'s requirement that there be 'a separate count for each offense,' and 2) the defendant is prejudiced thereby." *Sturdivant*, 244 F.3d at 75 (quoting *United States v. Murray*, 618 F.2d 892, 896 (2d Cir. 1980)).

### 1. Prong One: Two or More Distinct Crimes

"An indictment is duplicitous if it joins two or more distinct crimes in a single count." *See United States v. Aracri,* 968 F.2d 1512, 1518 (2d Cir. 1992); *see also United States v. Upton*, 856 F. Supp. 727, 741-42 (E.D.N.Y. 1994). Count One charges that from approximately January 2013 to June 2017, Kandic, together with others, conspired to provide material support and resources, including property, services, and personnel (including himself, Jake Bilardi, and others) to ISIS, a foreign terrorist organization engaged in terrorist activity and terrorism, and the offense "resulted in the death of one or more persons, including Jake Bilardi." (Indictment ¶¶ 5-6.) The government argues that "Count One does not suffer from duplicity" because it "charges one crime," explaining that the "death results" allegation establishes "the basis for a statutory enhancement and not a separate crime." (*See* Gov't Opp'n at 3.) But, as discussed, the combined effect of *Alleyne*, *Apprendi*, and *Burrage* is clear: The death results enhancement is an element of the crime that must be submitted to the jury and proved beyond a reasonable doubt.

4

Count One thus requires only a singular death to satisfy the results in death element and complete the now enhanced offense as charged. *Cf. Burrage*, 571 U.S. at 210 & n.3. Nevertheless, the government decided to charge Count One as a conspiracy to provide material support that "resulted in the death of one or more persons, including Jake Bilardi." (Indictment ¶ 6.) Each death represents an element that could otherwise have established a distinct offense for a conspiracy to provide material support that results in death. Count One is therefore duplicitous because it joins two or more distinct crimes in a single count. The question, however, is whether Count One is *impermissibly* duplicitous. *See Sturdivant*, 244 F.3d at 75.

2.  Prong Two: Prejudicial Duplicity

The Second Circuit has identified several relevant policy considerations to guide a court's determination of whether a defendant was actually prejudiced by a duplicitous indictment, including:

> avoiding the uncertainty of whether a general verdict of guilty conceals a finding of guilty as to one crime and a finding of not guilty as to another, avoiding the risk that the jurors may not have been unanimous as to any one of the crimes charged, assuring the defendant adequate notice, providing the basis for appropriate sentencing, and protecting against double jeopardy in subsequent prosecutions.

*Id.* Kandic offers three such reasons for why Count One's duplicity generates actual prejudice: (1) it invites a non-unanimous verdict, (2) it creates confusion about double jeopardy, and (3) it provides inadequate notice about whose deaths the government seeks to establish. (Def.'s Mot. at 3.) But, as applied here, none of these reasons show actual prejudice.

### a.    *Unanimity*

Prejudice can be avoided by "a jury instruction that ensures that the jury is unanimous as to the conduct underlying the conviction." *Sturdivant*, 244 F.3d at 80; *United States v. Dupre*, 462 F.3d 131, 143 (2d Cir. 2006) (collecting cases); *see also Abney v. United States*, 431 U.S. 651, 655, 664-65 (1977) (holding that it could not "assume that the jury disregarded the[] clear and unambiguous [unanimity] instructions"). To that end, the government agrees that the jury must be unanimous regarding which death resulted but disagrees that the law requires a special verdict form listing all possible deaths that the jury might consider. (*See* Gov't Opp'n at 1.) The  government thus proposes a tailored jury charge to resolve any confusion concerning unanimity and the death results element:

> To be clear, the government need not prove that the alleged conspiracy resulted in the death of more than one person. If you find unanimously that one death resulted from the offense, then this fact would be proved. However, it is not enough to convict if some of you find that the government has proven one person's death and others of you find that the government has proven a different person's death. You must be unanimous as to the death that you are considering.

(*Id.* at 2.) This proposal would assure a unanimous verdict and eliminate any potential for prejudicial unfairness. *Cf. Dupre*, 462 F.3d at 143 ("[A]s long as the jury receives a standard instruction as to unanimity, it is not reversible error if a trial judge fails to charge the jury that it must be unanimous as to the specific act that serves as the basis for a guilty verdict.");[2]  *see also Margiotta*,

---

[2] In *Dupre*, the Second Circuit observed that "it would be sound practice for a trial judge to charge a jury that it must be unanimous as to what specific transaction serves as the basis of a conviction for wire fraud, but it is not reversible error if a trial judge fails to do so and provides a standard instruction as to

646 F.2d at 733. That said, the court is mindful that a more specific instruction may be in order "where the complexity of the evidence or other factors create a genuine danger of jury confusion." *United States v. Schiff*, 801 F.2d 108, 114-15 (2d Cir. 1986). Whether this case creates a genuine danger of jury confusion has yet to be seen. Therefore, the court, with the parties, will revisit this issue during the charge conference. For now, the court finds that Kandic's concerns about a non-unanimous jury verdict are unfounded.

### b. *Double Jeopardy*

Kandic argues that Count One's duplicity creates a double jeopardy problem. Again, however, that concern is baseless. "Th[e] Double Jeopardy Clause protects against both multiple punishments and successive prosecutions for the same offense, regardless of whether a first prosecution resulted in conviction or acquittal." *United States v. Basciano*, 599 F.3d 184, 196 (2d Cir. 2010) (citing *Schiro v. Farley*, 510 U.S. 222, 229 (1994)). "In the case of successive prosecutions, the critical inquiry is whether the offenses are the same in fact and in law." *Id.*; *see also United States v. Olmeda*, 461 F.3d 271, 282 (2d Cir. 2006). Here, the government allows that "Count One . . . provides the defendant with a broad double jeopardy bar, as Count One covers the entire time span of the defendant's conspiracy to provide material support to ISIS, all of the forms of material support that he provided, and all of the deaths that resulted." (Gov't Opp'n at 3.) Thus, as the government makes clear, there is no danger of prejudice in connection with double jeopardy rights.

---

unanimity." 462 F.3d at 144. It further observed that "[i]t would similarly be sound practice for prosecutors to state in their summations what transfer (or transfers) they mean to rely upon." *Id.* at 144 n.14.

Even without the government's concession, however, there would no double jeopardy problem because "[p]rinciples of equity prohibit the government from benefitting from the prejudicial ambiguity [*i.e.*, the duplicitous indictment] that the government alone was responsible for creating." *Sturdivant*, 244 F.3d 71, 77-78. In other words, Kandic would not be "prejudiced by the duplicitous indictment because the government is estopped from acting on any interpretation of the jury's verdict that would prejudice defendant's double jeopardy rights." *Id.* at 78.

> c.  *Inadequate Notice*

Kandic cannot rely on inadequate notice to show prejudicial duplicity. He was indicted in August 2017; defense counsel joined this matter on April 8, 2021; (*see* Not. of Attorney Appearance (Dkt. 104)); and Count One has always charged a broad conspiracy to provide material support that "resulted in the death of one or more persons, including Jake Bilardi," (Indictment ¶ 6). (*Compare id.* ¶¶ 13-14 (Count Five, charging material support that "resulted in the death of one or more persons, to wit: Jake Bilardi"). Count One is broad, it covers the entirety of Kandic's alleged offenses from approximately January 2013 through June 2017, a wide range of material support, and, on any fair reading, multiple deaths. And if the language in the Indictment was not plain enough, the government has proffered several examples of deaths (other than Jake Bilardi) in its discovery productions which would have made its position clear. (*See* Gov't Opp'n at 3.)[3]

---

[3] Moreover, the legal issues concerning the scope of the Count One conspiracy are not new in the abstract. The Supreme Court decided *Pinkerton* in 1946, and the doctrine borne of that case has occasioned no shortage of opinions, both scholarly and judicial.

For the reasons stated above, Kandic has received adequate notice as to the potential scope of Count One, and he has failed to show that such lack of notice, if it exists, has generated incurable prejudice under the applicable but-for causation standard that attaches to the death results element.

### III.  CONCLUSION

For the reasons stated above, Defendant's [272] motion to dismiss Count One as impermissibly duplicitous under Rule 12(b)(3)(B)(i) is DENIED.

SO ORDERED.


Dated:    Brooklyn, New York
          May 4, 2022

                                          /s/ Nicholas G. Garaufis
                                        NICHOLAS G. GARAUFIS
                                        United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   UNITED STATES OF AMERICA

              -against-

   MIRSAD KANDIC,

                  Defendant.
-------------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

**JURY CHARGE**

**17-CR-447 (NGG)**

     Now that the evidence in this case has been presented and the attorneys for the Government and the Defendant have concluded their closing arguments, it is my responsibility to instruct you as to the law that governs this case.   My instructions will be in three parts:

     <u>First</u>:   I will instruct you regarding the general rules that define and govern the duties of a jury in a criminal case;

     <u>Second</u>:   I will instruct you regarding the legal elements of the crimes charged in the Indictment—that is, the specific elements that the Government must prove beyond a reasonable doubt to warrant a finding of guilt as to each crime; and

     <u>Third</u>:   I will give you some general rules regarding your deliberations.

## PART I

**1.** **The Role of the Court**

Members of the jury, you now have heard all of the evidence in the case as well as the final arguments of the lawyers for the parties.

My duty at this point is to instruct you as to the law.   It is your duty to accept these instructions of law and apply them to the facts as you determine them, just as it has been my duty to preside over the trial and decide what testimony and evidence is relevant under the law for your consideration.

On these legal matters, you must take the law as I give it to you.   If any attorney has stated a legal principle different from any that I state to you in my instructions, it is my instructions that you must follow.

You should not single out any instruction as stating the law on its own.   Instead, you should consider my instructions as a whole when you retire to deliberate in the jury room.

You should not be concerned about the wisdom of any rule that I state.   Regardless of any opinion that you may have as to what the law may be or ought to be, it would violate your sworn duty to base your verdict upon any view of the law other than that which I give you.

2. <u>**The Duties of the Jury**</u>

To begin with, it is your duty to find the facts from all the evidence in this case.    You are the sole judges of the facts.    Therefore, it is for you and you alone to decide the weight of the evidence, to resolve such conflicts that may have appeared in the evidence, and to draw such inferences that you deem to be reasonable and warranted from the evidence or lack of evidence in this case.

With respect to any question concerning the facts, it is your recollection of the evidence that controls.

You must apply the law in accordance with my instructions to the facts as you find them. While the lawyers may have commented on some of the legal rules, you must be guided only by my instructions about the rules.    You must follow all of the rules as I explain them to you.    You may not follow some of the rules and ignore the others.    Even if you disagree with the rules or do not understand the reasons for them, you are bound to follow the legal rules that I describe.

**3.** <u>**Parties are Equal Before the Court**</u>

The fact that this prosecution is brought in the name of the United States Government does not entitle the United States to any greater consideration than Mirsad Kandic.   By the same token, it is entitled to no less consideration.   The parties, the United States Government and Mr. Kandic, are equal before this court, and they are entitled to equal consideration.   Neither the Government nor Mr. Kandic is entitled to any sympathy or favor.

At times during the trial, I may have ruled for or against the lawyers on certain issues. You should not, however, let that prejudice you toward a lawyer or that lawyer's client because I have found it necessary to rule against him or her.   To the contrary, each attorney in this trial has professionally and competently served his or her client, and the court has great respect for all the attorneys in this courtroom.

**4.** **Presumption of Innocence**

The Indictment that was filed against the Defendant is the means by which the Government gave him notice of the charges against him and brought him before the court. It is nothing more. The Indictment is only an accusation. The Indictment is not evidence and you are to give it no weight in arriving at your verdict.

Mr. Kandic pleaded "not guilty" in response to the Indictment. He is presumed to be innocent unless and until his guilt has been proven beyond a reasonable doubt. I therefore instruct you that the Defendant is to be presumed by you to be innocent throughout your deliberations on each count in which he is charged until such time, if ever, that you as a jury are satisfied that the Government has proved him guilty beyond a reasonable doubt on that count. The presumption of innocence alone, unless overcome, is sufficient to acquit him. The Defendant is on trial only for the crimes charged in the Indictment, and not for anything else.

**5.**     **Burden of Proof on Government**

Since the law presumes Mr. Kandic to be innocent, the burden of proving his guilt beyond a reasonable doubt is on the Government throughout the trial.   The Defendant never has the burden of proving his innocence or of producing any evidence at all.   As a result, the law never imposes upon a defendant in a criminal case the burden or duty of calling any witnesses or producing any evidence.

**6. Proof Beyond a Reasonable Doubt**

For each crime with which the Defendant is charged, the Government must prove each element of the crime beyond a reasonable doubt. I will explain the elements of the crimes that the Indictment charges later on, but now I will address the phrase "reasonable doubt."

Proof beyond a reasonable doubt does not mean proof beyond all possible doubt. The Government is not required to prove the Defendant's guilt to a mathematical certainty. Rather, the test is one of reasonable doubt.

A reasonable doubt is a doubt based on reason and on common sense. Therefore, proof beyond a reasonable doubt is proof of such a convincing character that a reasonable person would not hesitate to rely and act upon it in the most important of his or her own affairs.

This means that after you have considered all of the evidence in this case, if you have a doubt that is based on your own experience, judgment, and common sense, you must find the Defendant not guilty of the crime in question. A reasonable doubt, however, is not a doubt that arises out of whim or speculation. Nor is a reasonable doubt an excuse to avoid performing an unpleasant duty.

You should consider all of the proof presented at trial, or any lack of proof, in determining whether you have a reasonable doubt. In considering each count in the Indictment, unless the Government proves beyond a reasonable doubt that the Defendant has committed each and every element of the offense charged in the count, you must find the Defendant not guilty of that offense.

You should consider each count of the Indictment separately. It is thus possible for you to find the Defendant guilty on one count and not guilty on another count. Conversely, you

might find the Defendant guilty of each crime charged in the Indictment, or you might find him not guilty of all of the crimes charged in the Indictment.

On any count of the Indictment, if, after fair and impartial consideration of all the evidence, you honestly conclude that you have such a doubt that would cause a prudent person to hesitate to act in matters of importance in his or her own life, then you have a reasonable doubt. In that event, it is your duty to acquit the Defendant on that count.

If, on the other hand, after fair and impartial consideration of all the evidence, you do not have such a doubt, then you have no reasonable doubt and, in that circumstance, you should convict the Defendant on that count.

**7. <u>Dates Approximate</u>**

Each of the counts in the Indictment refers to criminal offenses happening "in or about" or "between" certain dates. The proof does not need to establish with certainty the exact date of an alleged offense, and the Government does not have to prove that the Defendant committed the acts that are charged throughout the entire period. Rather, it is sufficient if the evidence establishes beyond a reasonable doubt that an offense was committed during any part of the charged time frame.

**8.  Meaning of "And" in the Indictment**

Some of the counts in the Indictment accuse the Defendant of committing an offense in more than one way, where the various ways are joined in the Indictment by the word "and."   In these instances, it is enough for a finding of guilt if the evidence established beyond a reasonable doubt the violation of the statute by any one of the different ways charged.   A shorter way of saying this is that in the Indictment, and in this situation, "and" means "or."

10

**9.  The Evidence**

  a.  **What is Evidence**

I now wish to instruct you as to what is evidence and how you should consider it.   The evidence you will use to decide what the facts are comes in three forms:

  (1)      sworn testimony of witnesses, both on direct and cross-examination;

  (2)      exhibits that have been received by the court in evidence; and

  (3)      stipulations that have been entered into by the parties.

  b.  **What is Not Evidence**

In deciding the facts, you must disregard the following things, which are not evidence:

  (1)      Arguments or statements by lawyers are not evidence.

  (2)      Questions put to the witnesses are not evidence.

  (3)      The Indictment is not evidence.

The Indictment is merely a statement of charges and not itself evidence.

  (4)      Transcripts of audio recordings are not evidence.

The parties have been permitted to distribute and display typed documents, which contain their interpretation of what appears on audio recordings that have been received as evidence. Those documents were provided to you as an aid or guide to assist you in listening to the recordings.   However, they are not in and of themselves evidence.   You alone should decide what appears on the recordings based on what you heard.   If you think you heard something differently than it appeared on the transcript, then what you heard is controlling.   Let me say again, you, the jury, are the sole judges of the facts.

  (5)      Objections to the questions or to offered exhibits are not evidence.

11

In this regard, the attorneys for both the Government and the Defendant have a duty to their clients to object when they believe certain evidence should not be received. You should not be influenced by the objections or by the court's rulings on the objections. If an objection was sustained, ignore the question and the answer, if an answer was given. If an objection was overruled, treat the answer like any other answer.

(6) Charts and summaries.

The parties have presented exhibits in the form of charts and summaries. These charts and summaries were shown to you in order to make other evidence more meaningful and to aid you in considering the evidence. They are no better than the testimony or the documents upon which they are based, and they are not themselves independent evidence. Therefore, you are to give no greater consideration to these schedules or summaries than you would give to the evidence upon which they are based.

It is for you to decide whether the charts, schedules, or summaries correctly present the information contained in the testimony and in the exhibits on which they are based. You are entitled to consider the charts, schedules, and summaries if you find that they are of assistance to you in analyzing and understanding the evidence.

(7) Anything you may have seen or heard outside the courtroom is not evidence.

Your verdict must be based solely upon the evidence or lack of evidence developed at trial. You are not to engage in speculation or guesswork.

In reaching your decision as to whether the Government has sustained its burden of proof, it would be improper for you to consider any personal feelings you may have about the Defendant's race, national origin, ethnic background, sex, or age. All persons are entitled to the

12

presumption of innocence and the Government has the same burden of proof in all criminal cases.

In addition, it would be equally improper for you to allow any feelings you might have about the nature of the crimes charged to interfere with your decision-making process. It would also be improper for you to draw any conclusions about the Defendant's guilt or innocence from anything you may or may not have observed about the spectators inside or outside the courtroom. As I have said, your verdict must be based solely upon the evidence presented at trial.

Under your oath as jurors, you are not to be swayed by sympathy for one side or the other. You are to be guided solely by the evidence in this case. The crucial, central question that you must ask yourselves as you sift through the evidence is: Has the Government proven the guilt of the Defendant beyond a reasonable doubt?

It is for you alone to decide whether the Government has proven that the Defendant is guilty of the crimes charged solely on the basis of the evidence and subject to the law as I charge you. It must be clear to you that once you let fear, or prejudice, or bias, or sympathy interfere with your thinking, there is a risk that you will not arrive at a true and just verdict.

If you have a reasonable doubt as to the Defendant's guilt as to a particular charged crime, you must render a verdict of not guilty. But on the other hand, if you should find that the Government has met its burden of proving the Defendant's guilt beyond a reasonable doubt, you should not hesitate to render a verdict of guilty because of sympathy or any other reason.

To repeat, your verdict must be based exclusively upon the evidence or the lack of evidence in this case.

c. **Direct and Circumstantial Evidence:**

I have already told you that evidence comes in various forms, such as the sworn testimony of witnesses, exhibits, and stipulations.

This evidence may take two different forms: direct evidence and circumstantial evidence.

Direct evidence is the communication of a fact by a witness who testifies to the knowledge of that fact as having been obtained through one of the five senses.

So, for example, a witness who testifies to knowledge of a fact because he saw it, heard it, smelled it, tasted it, or touched it, is providing direct evidence. As I explained to you in my opening instruction, if you went outside and saw that it was raining, you would have observed direct evidence of rain. For testimony providing direct evidence, what remains is your responsibility to pass upon the credibility of the witnesses providing it.

Circumstantial evidence is evidence that tends to prove a fact at issue by proof of other facts from which the fact at issue may be inferred.

The word "infer," or the expression "to draw an inference," means to find that a fact exists from proof of another fact. For example, if a fact at issue is whether it is raining at the moment, none of us can testify directly to that fact, since we are sitting in this courtroom with the shades drawn. Assume, however, that as we sit here, a person walks into the courtroom wearing a raincoat that is wet, and that person is also carrying an umbrella dripping water. We may infer that it is raining outside. In other words, the fact of rain is an inference that could be drawn from the wet raincoat and the dripping umbrella. An inference is to be drawn only if it is logical and reasonable to do so. In deciding whether to draw an inference, you must look at and consider all the facts in light of reason, common sense, and experience. Whether a given

14

inference is or is not to be drawn is entirely a matter for you, the jury, to decide.   Please bear in mind, however, that an inference is not to be drawn by guesswork, suspicion, or speculation.

I remind you once again that you may not convict the Defendant unless you are satisfied of his guilt beyond a reasonable doubt, whether based on direct evidence, circumstantial evidence, or the logical inferences to be drawn from such evidence.   Circumstantial evidence does not necessarily prove less than direct evidence, nor does it necessarily prove more.   In determining what the facts are, and in arriving at your verdict, you are to consider all of the evidence in this case—direct and circumstantial.

**10. <u>Deciding What to Believe</u>**

In deciding what the facts are, you must decide which testimony to believe, which testimony not to believe, and how much weight to give to the testimony of each witness.   In making those decisions, there are a number of factors you may consider, including the following:

- Did the witness seem honest?

- Did the witness have any particular reason not to tell the truth?

- Did the witness have a personal interest in the outcome of the case?

- Did the witness seem to have a good memory?

- Did the witness have the opportunity and ability to observe accurately the things he or she testified about?

- Did the witness show resentment or anger towards a party?

- Did the witness appear to understand the questions clearly and answer them directly?

- Was what the witness said supported by other evidence?

- Did the witness's testimony differ from the testimony of other witnesses?

People sometimes forget things.   A contradiction may be an innocent lapse of memory or it may be an intentional falsehood.   Consider, therefore, whether the contradiction has to do with an important fact or only a small detail.   In addition, different people observing an event may remember it differently and therefore testify about it differently.

Ultimately, you may consider the factors I have just discussed as well as other relevant factors in deciding how much weight to give to testimony.

Finally, if you find that a witness has lied to you about any matter, however insignificant, you may choose to disregard that witness's testimony in part or in whole.

16

**11. <u>Discrepancies in Testimony</u>**

You have heard evidence of discrepancies in the testimony of certain witnesses, and counsel have argued that such discrepancies are a reason for you to reject the testimony of those witnesses.

Evidence of discrepancies may be a basis to disbelieve a witness's testimony.   On the other hand, discrepancies in a witness's testimony or between his or her testimony and that of others do not necessarily mean that the witness's entire testimony should be discredited.

People sometimes forget things, and even a truthful witness may be nervous and contradict him- or herself.   It is also the case that two people witnessing an event may see or hear it differently.   Whether a discrepancy pertains to a fact of importance or only to a trivial detail should be considered in weighing its significance.   A willful falsehood always is a matter of importance and should be considered seriously.

It is for you to decide, based on your total impression of a witness, how to weigh the discrepancies in his or her testimony.   You should, as always, use common sense and your own good judgment.

**12. <u>Interest in Outcome</u>**

In evaluating the credibility of a witness, you should consider any evidence that the witness may benefit in some way from the outcome of the case. Such an interest in the outcome creates a motive to testify falsely and may sway the witness to testify in a way that advances his or her own interests. Therefore, if you find that any witness whose testimony you are considering may have an interest in the outcome of this trial, then you should bear that factor in mind when evaluating the credibility of his or her testimony and accept it with great care. This is not to suggest that every witness who has an interest in the outcome of the case will testify falsely. It is for you to decide to what extent, if at all, the witness's interest has affected his or her testimony.

### 13. <u>Interviews of Witnesses</u>

There was testimony at trial that the attorneys for the Government and the defense interviewed witnesses when preparing for and during the course of the trial. The attorneys for both sides were obliged to prepare this case as thoroughly as possible, and might have been derelict in the performance of their duties if they failed to interview witnesses before this trial began, and again as necessary throughout the course of the trial.

**14. <u>Expert Witnesses</u>**

In this case, I have permitted certain expert witnesses to express their opinions about matters that are at issue.   A witness may be permitted to testify to an opinion on those matters about which he or she has special knowledge, skill, experience, and training.   Such testimony is presented to you on the theory that someone who is experienced and knowledgeable in the field can assist you in understanding the evidence or in reaching an independent decision on the facts.

In weighing this opinion testimony, you may consider the witness's qualifications, his or her opinions, the reasons for testifying, as well as all of the other considerations that ordinarily apply when you are deciding whether or not to believe a witness's testimony.   You may give the opinion testimony whatever weight, if any, you find it deserves in light of all of the evidence in this case.   You should not, however, accept opinion testimony merely because I allowed the witness to testify concerning his or her opinion.   Nor should you substitute it for your own reason, judgment, and common sense.   The determination of the facts in this case rests solely with you.

**15. <u>Testimony of Government Agents and Law Enforcement Witnesses</u>**

During this trial you heard testimony from Government employees and law enforcement officers.   The fact that a witness works in law enforcement or is a Government employee does not mean that his or her testimony is entitled to any greater weight.   By the same token, the witness's testimony is not entitled to less consideration simply because he or she works in law enforcement or is a Government employee.

You should consider the testimony of Government agents and law enforcement officers just as you would consider any other evidence in the case and evaluate their credibility just as you would that of any other witness.   After reviewing all the evidence, you will decide whether to accept the testimony of law enforcement and Government employee witnesses, and what weight, if any, that testimony deserves.

### 16. <u>Accomplice Testimony</u>

You also heard from witnesses who testified that they were themselves involved in one or more of the charged crimes with the Defendant.

The Government argues, as it is permitted to do, that it must take the witnesses as it finds them, and experience will tell you that the Government sometimes must rely on the testimony of witnesses who admit participating in criminal activity to show criminal behavior by others. For that reason, the law allows the use of accomplice and co-conspirator testimony. Indeed, it is the law in the federal courts that such testimony may be enough, standing alone, for conviction if the jury finds that the testimony establishes guilt beyond a reasonable doubt.

However, because of the interest a cooperating witness may have in testifying, the testimony should be scrutinized with great care and viewed with particular caution. The fact that the witness may benefit from his cooperation may be considered by you as bearing upon their credibility when you decide how much of that testimony, if any, to believe.

Like the testimony of any other witness, cooperating witness testimony should be given such weight as it deserves in light of the facts and circumstances before you, taking into account the witness's demeanor and candor, the strength and accuracy of the witness's recollection, their background and the extent to which their testimony is or is not corroborated by other evidence in the case.

As noted, you may consider whether a cooperating witness has an interest in the outcome of the case and, if so, whether that interest has affected their testimony. You should ask yourselves whether the cooperating witness would benefit more by lying or by telling the truth. Was their testimony made up in any way because they believed or hoped that they would

somehow receive favorable treatment by testifying falsely, or did they believe that their interest would be best served by testifying truthfully?

If you believe that that cooperating witness was motivated by hopes of personal gain, was the motivation one that would cause them to lie or was it one that would cause them to tell the truth? Did this motivation color their testimony?

If you think the cooperating witness's testimony was false, you should reject it. However, if after a cautious and careful examination of the cooperating witness's testimony you are satisfied that the witness told the truth, you should accept it as credible and act upon it accordingly.

As with any other witness, the issue of credibility need not be decided in an all-or-nothing fashion. Even if you find that a witness testified falsely in one part, you still may accept the witness's testimony in other parts, or you may disregard all the testimony. That is a determination left entirely for you, the jury.

You heard evidence that certain of these government witnesses have pleaded guilty to charges arising out of some of the same facts that are at issue in this case. That evidence is before you solely to assist you in evaluating the credibility of that witness. You are instructed that you are to draw no conclusions or inferences of any kind about the guilt of the Defendant on trial before you from the fact that a prosecution witness pled guilty to crimes. The decision of that witness to plead guilty was a personal decision that witness made about their own guilt. It may not be used by you in any way as evidence against or unfavorable to the Defendant.

Finally, in relation to these accomplice witnesses, you have also heard testimony in this case about who will decide the sentence of such witnesses. The question of punishment of a

23

cooperating witness is a duty that rests exclusively upon the sentencing court, and you should not think about that except as it may affect the witness's credibility.

**17. <u>Testimony by Videotaped Deposition</u>**

During this trial you saw the videotaped testimony of one or more witnesses that was taken by deposition in another country.   You should evaluate the witness's testimony in the same way that you would any other witness who has testified in this trial, but you cannot treat that testimony differently solely because of the form in which it was presented to you. In other words, this testimony must be evaluated by you in the same way as if that witness had appeared in this courtroom and testified in person from the witness stand.

**18. <u>Evidence Obtained Lawfully</u>**

During this trial you have heard testimony about a variety of investigative techniques and methods of collecting evidence, including searches, undercover activity, and the interception of electronic communications. I instruct you that any evidence that was presented to you was obtained legally and you may consider it. The propriety of the methods used to collect evidence or investigate should not enter into your deliberations in any respect.

### 19. <u>Specific Investigative Techniques Not Required</u>

Although the Government bears the burden of proof beyond a reasonable doubt, and although a reasonable doubt can arise from lack of evidence, I instruct you that there is no legal requirement that the Government use any specific investigative techniques to prove its case. Law enforcement techniques are not your concern. Your concern is to determine whether or not, based upon all of the evidence in this case, the Government has proven that the Defendant is guilty beyond a reasonable doubt as to each count charged against him.

**20.** **<u>Number of Witnesses and Uncontradicted Testimony</u>**

The fact that one party called more witnesses and introduced more evidence than another party does not mean that you should find the facts in favor of the side offering the most witnesses.   By the same token, you do not have to accept the testimony of any witness, even if that witness has not been contradicted or impeached, if you find the witness not to be credible. As with all witnesses, you have to decide who to believe and which facts are true, and you do this by looking at all of the evidence and drawing upon your own common sense and personal experience.

**21. <u>All Available Witnesses Need Not Be Produced</u>**

The law does not require the Government to produce all available evidence or call as witnesses all persons involved in the case who may have been present at any relevant time or place, or who may appear to have some knowledge of a matter at issue in this trial. Nor does the law require any party to produce as exhibits all papers and objects mentioned during the course of the trial. You are always entitled, however, to consider any lack of evidence in determining whether the Government has met its burden of proof beyond a reasonable doubt.

**22. <u>Stipulations</u>**

The attorneys for the Government and for the Defendant have entered into stipulations concerning facts that are relevant to this case. When the attorneys on both sides stipulate and agree as to the existence of a fact, you must—unless otherwise instructed—accept the stipulation as evidence and regard that fact as proved.

**23. <u>Translations</u>**

Translations of documents have been admitted into evidence in this trial.   Whether the translations are accurate translations of the non-English portions of the documents in whole or part is for you to decide based on evidence presented to you.   In considering whether a translation accurately describes the meaning of the document, you should consider any testimony presented to you regarding how and by whom the translation was made, as well as any testimony disputing the translation of any words in the translation.   You may consider the knowledge, training, and experience of the translator if called as a witness.

Even if you may speak the foreign language that is being translated, it is important that all jurors consider the same evidence.   Therefore, you should not consider your own understanding of the foreign language in evaluating the accuracy of the translations admitted into evidence.

**24.**    <u>**Punishment**</u>

The question of possible punishment of the Defendant is of no concern to the jury and should not, in any sense, enter into or influence your deliberations.   The duty of imposing a sentence rests exclusively with the court.   Your function is to weigh the evidence in the case, and to determine whether or not the Defendant is guilty beyond a reasonable doubt, solely upon the basis of the evidence.   Under your oath as jurors, you cannot allow consideration of the punishment that may be imposed upon the Defendant—if he is convicted—to influence your verdict in any way, or to enter into your deliberations in any sense.   In this regard, I note that the death penalty is not available as a punishment in this case.   Again, the question of possible punishment is not your concern.   The duty of imposing sentences rests with the court alone.

**25.**    **<u>The Defendant's Right Not to Testify</u>**

The Defendant did not testify in this case.   Under our Constitution, he has no obligation to testify or to present any other evidence, because it is the Government's burden to prove their guilt beyond a reasonable doubt.   You may not attach any significance to the fact that the Defendant did not testify.   Nor may you draw any adverse inference against the Defendant because he did not take the witness stand.   In your deliberations in the jury room, you may not consider this decision against the Defendant in any way.

## Part II

I will now turn to the second part of this jury charge, in which I instruct you about the legal elements of the crimes charged. I will first instruct you on certain legal principles you will be called upon to apply when considering the elements of the crimes charged in this case. Following those instructions, I will then explain the elements of the crimes charged in the Indictment.

## 1.    Knowingly and Intentionally

Each of the charges implicates the concepts of knowledge and intent. Therefore, I will tell you up front about these concepts before addressing the charges specifically.

A defendant acts knowingly if he acts purposely and voluntarily, and not because of ignorance, mistake, accident, or carelessness. Whether a defendant acted knowingly may be proven by his conduct and by all of the facts and circumstances surrounding the case.

A defendant acts intentionally if he acts deliberately and purposefully. That is, a defendant's acts must have been the product of his conscious objective rather than the product of mistake or accident. A defendant need not have been aware of the specific law or rule that his conduct violated.

These issues of knowledge and intent require you to make a determination about the Defendant's state of mind, something that rarely can be proved directly. A wise and careful consideration of all the circumstances of the case may, however, permit you to make such a determination as to the Defendant's state of mind. Indeed, in your everyday affairs, you are frequently called upon to determine a person's state of mind from his or her words and actions in a particular circumstance. You are asked to determine whether the Government has proved beyond a reasonable doubt that Mirsad Kandic acted knowingly and intentionally.

34

2.     **Charges**

I will now review the specific charges with you and instruct you as to the legal elements of the crimes with which the Defendant is charged.

THE INDICTMENT

The Defendant is formally charged in an Indictment.   As I instructed you earlier and at the outset of this case, an Indictment is only a charge or accusation.   The Indictment in this case has six counts.   You will be called upon to render a separate verdict as to each count.

COUNT ONE: CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A<br>FOREIGN TERRORIST ORGANIZATION

Count One of the Indictment charges the Defendant with conspiring to provide material support to a foreign terrorist organization, specifically, the Islamic State of Iraq and al-Sham, or "ISIS."   Count One reads as follows:

> In or about and between January 2013 and June 2017, both dates being approximate and inclusive, within the Eastern District of New York, the extraterritorial jurisdiction of the United States and elsewhere, the defendant Mirsad Kandic, together with others, did knowingly and intentionally conspire to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including property, services and personnel, including himself, Jake Bilardi and others, to a foreign terrorist organization, to wit: ISIS, which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization, pursuant to Section 219 of the Immigration and Nationality Act, knowing that the organization was a designated terrorist organization and the organization had engaged in and was engaging in terrorist activity and terrorism, [and there is federal jurisdiction over the offense].

35

The statute relevant to Count One in the Indictment is Section 2339B(a)(1) of Title 18, United States Code, which reads in relevant part:

> Whoever knowingly provides material support or resources to a foreign terrorist organization, or attempts or conspires to do so [is guilty of a crime].

A conspiracy is a kind of criminal partnership—it is an agreement of two or more persons to join together to commit one or more unlawful act.   The crime of conspiracy to violate a federal law is an independent offense.   It is separate and distinct from the actual violation of any specific federal laws, which the law refers to as "substantive crimes."   Indeed, you may find the Defendant guilty of the distinct crime of conspiracy to commit an offense even though the substantive crime which was the object of the conspiracy was not actually committed.

Congress has deemed it appropriate to make conspiracy a separate crime even if the conspiracy is ultimately unsuccessful, in part, because collective criminal activity poses a greater threat to the public's safety and welfare than individual conduct, and increases the likelihood of success of a particular criminal venture.

I will now review the elements of Count One.   To prove a violation of Section 2339B(a)(1) for conspiring to provide material support to ISIS, the Government must establish each of the following elements beyond a reasonable doubt:

First, that a conspiracy to provide material support to a foreign terrorist organization existed; and

Second, that the Defendant knowingly and intentionally became a member of that conspiracy to provide material support to a foreign terrorist organization.

<u>First Element—The Existence of a Conspiracy</u>

A conspiracy is an agreement between two or more persons to accomplish some unlawful objective. The essence of the conspiracy is the unlawful agreement to violate the law, whether or not the participants were successful in carrying out the object of the conspiracy.

To establish the existence of a conspiracy, the Government is not required to prove that two or more persons entered into a contract, orally or in writing, stating that they have formed a conspiracy and spelling out all the details, but the Government must prove that two or more persons explicitly or implicitly came to an understanding to achieve a specified unlawful act.

You may find that the existence of an agreement between two or more persons to commit a crime has been established by direct proof. But since a conspiracy is, by its nature, characterized by secrecy, direct proof may not be available. Therefore, you may infer the existence of the conspiracy from the circumstances of the case and the conduct of the parties involved. In a real sense, then, in the context of conspiracy cases, actions often speak louder than words.

In determining whether the Government has proven the existence of the charged conspiracy, you may consider the actions and statements of all those whom you find to be participants. Ask yourselves whether they were acting together for the accomplishment of an unlawful purpose.

It is not necessary for the Government to prove that the ultimate objectives of the conspiracy were successfully accomplished. It is enough if the Government has proved that two or more persons—one of whom is the Defendant—in any way, expressly or impliedly, came to a common understanding to violate the law.

37

If, upon considering all the evidence, direct and circumstantial, you are satisfied beyond a reasonable doubt that at least two of the alleged conspirators—one of whom being the Defendant—agreed to work together to accomplish the object of the conspiracy, that is, to provide material support to a foreign terrorist organization, then the first element—the existence of the conspiracy charged—has been satisfied.

<u>Second Element—Defendant's Membership in the Conspiracy</u>

The second element that the Government must prove beyond a reasonable doubt is that the Defendant became a member of the conspiracy with knowledge of its criminal goal and intending by his actions to help it succeed.

An individual may become a member of a conspiracy without full knowledge of all the details of the conspiracy. However, merely being present at a place where criminal conduct is underway or mere association with one or more members of the conspiracy does not automatically make a person a member of a conspiracy to commit a crime. In addition, mere knowledge or acquiescence, without participation, in the unlawful plan is not sufficient.

The fact that a defendant's acts, without knowledge, merely happen to further the purposes or objective of the conspiracy does not make the Defendant a member of the conspiracy. What is required is that the Defendant must have participated with knowledge of at least some of the purposes or objectives of the conspiracy charged, and with the intention of aiding in the accomplishment of its unlawful goal.

The extent of a defendant's participation in a conspiracy has no bearing on the issue of guilt. Some conspirators might play major roles. Others may play minor roles. An equal role is not what the law requires. Indeed, even a single act may be sufficient to draw a defendant

38

within the ambit of the conspiracy. Moreover, a defendant need not have known the identities of each and every member of the scheme, nor need he have been apprised of all of their activities. He need not have been fully informed as to all of the details or scope of the conspiracy. And he does not have to be a member of it for the entire time of its existence.

The key inquiry is whether the Defendant joined the conspiracy charged in the Indictment with knowledge of at least some of the basic aims and purposes of the unlawful agreement and with the intent to help it succeed. If, upon considering all the evidence, direct and circumstantial, you are not satisfied beyond a reasonable doubt that the Defendant knowingly became a member of the conspiracy charged in the Indictment, then you cannot find him guilty. If, on the other hand, upon considering all the evidence, you find that the Government has met its burden of proving that the Defendant knowingly became a member of the conspiracy charged in the Indictment, you should render a verdict of guilty.

## COUNTS TWO, THREE, FOUR, FIVE, AND SIX: PROVISION AND ATTEMPTED PROVISION OF MATERIAL SUPPORT TO AFOREIGN TERRORIST ORGANIZATION

Counts Two, Three, Four, Five, and Six of the Indictment charge the Defendant with providing and attempting to provide material support to a foreign terrorist organization, specifically, ISIS.  These counts read as follows:

> In or about and between [in the time period set forth below], both dates being approximate and inclusive, within [the locations set forth below], the defendant Mirsad Kandic, together with others, did knowingly and intentionally provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), to wit: [the means and types of support set forth below], to a foreign terrorist organization, to wit: ISIS, which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization, pursuant to Section 219 of the Immigration and Nationality Act, knowing that the organization was a designated terrorist organization and the organization had engaged in and was engaging in terrorist activity and terrorism, [and there is federal jurisdiction over the offense].

| **Count** | **Time Period** | **Locations** | **Type of Material Support** |
|---|---|---|---|
| Count Two | January 2013 to June 2017 | the Eastern District of New York, the extraterritorial jurisdiction of the United States, and elsewhere | personnel (the Defendant himself and others, not including Jake Bilardi) |
| Count Three | December 2013 to June 2017 | the extraterritorial jurisdiction of the United States | services |
| Count Four | December 2013 to June 2017 | the extraterritorial jurisdiction of the United States | property and equipment |
| Count Five | August 2014 to March 2015 | the extraterritorial jurisdiction of the United States | personnel (Jake Bilardi) |
| Count Six | January 2016 to June 2017 | the extraterritorial jurisdiction of the United States | false documentation and identification |

40

### Providing Material Support to a Foreign Terrorist Organization

As in Count One, the statute relevant to Counts Two through Six is Section 2339B(a)(1) of Title 18, United States Code, which provides in relevant part:

> Whoever knowingly provides material support or resources to a foreign terrorist organization, or attempts . . . to do so [is guilty of a crime].

I will now review the elements of Counts Two, Three, Four, Five, and Six. To prove a violation of Section 2339B(a)(1) for providing material support to ISIS under these Counts, the Government must establish each of the following elements beyond a reasonable doubt:

First, that the Defendant provided material support or resources;

Second, that the Defendant provided this support or these resources to a foreign terrorist organization, specifically ISIS;

Third, that the Defendant did so knowingly and intentionally; and

Fourth, that there was federal jurisdiction over the offense.

Let me explain these elements in more detail.

### First Element—Material Support or Resources

The first element that the Government must prove beyond a reasonable doubt is that the Defendant provided material support or resources. The term "material support or resources" means any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel, and transportation, except medicine or religious materials.

41

The term "training" means instruction or teaching designed to impart a specific skill, as opposed to general knowledge.

The term "expert advice or assistance" means advice or assistance derived from scientific, technical or other specialized knowledge.

The term "personnel" means one or more persons, which can include the Defendant himself.

The Defendant can be convicted for a violation of this statute in connection with providing "personnel" if you find that he has knowingly provided one or more individuals, which may include himself, to work under ISIS's direction or control. However, the Defendant cannot be convicted for providing personnel if he worked entirely independent of ISIS to advance its goals and objectives, or if he was providing an individual to work entirely independent of ISIS to advance its goals and objectives.

<u>Second Element—Foreign Terrorist Organization</u>

The second element that the Government must prove beyond a reasonable doubt is that the Defendant provided these resources to a "foreign terrorist organization," namely, ISIS. I instruct you as a matter of law that ISIS has been designated a "foreign terrorist organization" by the United States Secretary of State, and was so designated under a previous name, "al-Qaeda in Iraq" by the Secretary on October 15, 2004. I instruct you that in May 2014, the Secretary of State amended the designation to add the alias Islamic State of Iraq and the Levant ("ISIL") as the primary name of this foreign terrorist organization, and added the following aliases to the ISIL listing: the Islamic State of Iraq and al-Sham ("ISIS"), the Islamic State of Iraq and Syria ("ISIS"), ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-

Furqan Establishment for Media Production. I instruct you that in September 2015, the Secretary of State added the following aliases to the listing: Islamic State, ISIL, and ISIS. Consequently, if you find beyond a reasonable doubt that the Defendant provided "material support or resources," as I have just defined the term, to ISIS during the period charged in the Indictment, the Government's burden with respect to the element of "foreign terrorist organization" has been met.

### Third Element—Knowing and Intentional

The third element that the Government must prove beyond a reasonable doubt is that in providing material support or resources to ISIS, the Defendant did so knowingly and intentionally. I previously explained to you the definitions of "knowingly" and "intentionally." For this element to be satisfied, the Government must prove that the Defendant knew one of the following three things: (1) that ISIS had been designated by the Secretary of State as a "foreign terrorist organization"; (2) that ISIS engaged in "terrorist activity"; or (3) that ISIS engaged in "terrorism."

For these purposes, the term "terrorist activity" includes any of the following actions:

1.  Hijacking or sabotage of an aircraft, vessel, vehicle, train, or other conveyance;

2.  Seizing, detaining, or threatening to kill, injure or further detain another person to compel or coerce some third party, including a government, to do or abstain from doing some act;

3.  A violent attack upon an internationally protected person, including employees and officials of governments or international organizations;

4.  Assassination;

5.  Use of any chemical, biological, or nuclear weapons or device, with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property;

6.   Use of any explosive, firearm, or other weapon or dangerous device, other than for monetary gain and with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property; or

7.   A threat, attempt, or conspiracy to do any of the foregoing.

For these purposes, the term "terrorism" means premeditated, politically motivated violence perpetrated against noncombatant targets by sub-national groups or clandestine agents.

<u>Fourth Element—Federal Jurisdiction</u>

The fourth element that the Government must prove beyond a reasonable doubt is that there was federal jurisdiction over the offense.   For this element to be satisfied, the Government must prove only one of the following five things:

(1) the Defendant was an alien lawfully admitted for permanent residence in the United States;

(2) after the conduct required for the offense occurred, the Defendant was brought into or found in the United States, even if the conduct required for the offense occurred outside the United States;

(3) the offense occurred in whole or in part within the United States;

(4) the offense occurred in or affected interstate or foreign commerce; or

(5) the Defendant aided, abetted, or conspired with any person over whom jurisdiction exists, including any person who meets one of the previous four criteria or a national of the United States.

With respect to the second option, it does not matter if the Defendant was brought into the United States by law enforcement personnel; it is sufficient to satisfy this element so long as you find that he was brought into the United States after the conduct required for the offense occurred.   With respect to the fourth option, the Government need prove only that there was a

minimal effect on interstate or foreign commerce. Any effect, even an indirect or slight one, is sufficient, and that effect may be harmful or beneficial to interstate or foreign commerce.

I remind you that the Government need prove only one of these five alternatives for you to find this element satisfied; the Government need not prove all five.

**Attempting to Provide & Aiding and Abetting the Provision of**

**Material Support to a Foreign Terrorist Organization**

In each of Counts Two, Three, Four, Five, and Six, the Government also charged the Defendant in the alternative with attempting to provide material support to a foreign terrorist organization and aiding and abetting the provision of material support to a foreign terrorist organization.

If you find that the Government proved beyond a reasonable doubt that the Defendant provided material support to a foreign terrorist organization, you need not consider these alternatives. But if you find that the Government did not prove beyond a reasonable doubt that the Defendant provided material support to a foreign terrorist organization, you must consider whether the Government proved beyond a reasonable doubt that the Defendant attempted to provide material support to a foreign terrorist organization or aided and abetted the provision of material support to a foreign terrorist organization.

I will address attempt first and will then turn to aiding and abetting. I remind you that, the Government need prove only one of these three alternatives for you to find the Defendant guilty on Counts Two, Three, Four, Five, and Six; the Government need not prove all three.

**Attempting to Provide Material Support to a Foreign Terrorist Organization**

To prove a violation of Section 2339B(a)(1) for attempting to provide material support to ISIS, the Government must establish each of the following elements beyond a reasonable doubt:

First, that the Defendant intended to commit the crime of providing material support to a foreign terrorist organization; and

Second, that the Defendant did some act that was a substantial step in an effort to bring about or accomplish the crime.

Mere intention to commit a specific crime does not amount to an attempt.   In order to convict the Defendant of an attempt, you must find beyond a reasonable doubt that the Defendant intended to commit the crime charged, and that he took some action which was a substantial step toward the commission of that crime.

In determining whether the Defendant's actions amounted to a substantial step toward the commission of the crime, it is necessary to distinguish between mere preparation on the one hand, and the actual doing of the criminal deed on the other.   Mere preparation, which may consist of planning the offense, or of devising, obtaining or arranging a means for its commission, is not an attempt, although some preparations may amount to an attempt.   The acts of a person who intends to commit a crime will constitute an attempt when the acts themselves clearly indicate an intent to commit the crime, and the acts are a substantial step in a course of conduct planned to culminate in the commission of the crime.   A defendant may be convicted of attempt even where significant steps necessary to carry out the substantive crime are not completed, so long as the defendant did in fact take some action indicating an intent to commit a crime.   Furthermore, a substantial step towards the provision of material support need not be

planned to culminate in actual terrorist harm, but only in support—even benign support—of an

organization committed to such harm.

**Aiding and Abetting the Provision of Material Support to a Foreign Terrorist Organization**

As I previously explained, "aiding and abetting" is an alternate legal theory under which the Government can prove the Defendant guilty of the crimes charged in Counts Two, Three, Four, Five, and Six.

The "aiding and abetting" statute is Title 18 of the United States Code, Section 2, which provides, in relevant part: "Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission is punishable as a principal."

Under the aiding and abetting statute, it is not necessary for the Government to show that a defendant himself physically committed the crime charged in the count under consideration in order for the Government to sustain its burden of proof. This is so because, under the law, a person who aids or abets another to commit an offense is just as guilty of that offense as if he committed it himself.

Accordingly, you may find the Defendant guilty of the offense charged if you find beyond a reasonable doubt that the Government has proven that another person actually committed the offense with which the Defendant is charged, and that the Defendant aided or abetted that person in the commission of the offense.

In order to find the Defendant guilty of aiding and abetting a crime, you must first find that some person did actually commit the crime charged—no one can be convicted of aiding or abetting the criminal acts of another if no crime was committed by the other person in the first place. But if you do find that a crime was committed, then you must consider whether the Defendant aided or abetted the commission of that crime.

In order to aid or abet another to commit a crime, it is necessary that the Defendant knowingly associate himself in some way with the crime, and that he participate in the crime by

49

doing some act to help make the crime succeed.   To establish that the Defendant knowingly associated himself with the crime, the Government must establish that the Defendant knew and intended that the crime charged be committed.   To establish that the Defendant participated in the commission of the crime, the Government must prove that the Defendant engaged in some affirmative conduct or overt act for the specific purpose of bringing about that crime.

The mere presence of a defendant where a crime is being committed, even coupled with knowledge by the Defendant that a crime is being committed, or merely associating with others who were committing a crime is not sufficient to establish aiding and abetting.   One who has no knowledge that a crime is being committed or is about to be committed but inadvertently does something that aids in the commission of that crime is not an aider and abettor.   An aider and abettor must know that the crime is being committed and act in a way which is intended to bring about the success of the criminal venture.

To determine whether the Defendant aided or abetted the commission of the crime charged, or caused the commission of that crime, ask yourself these questions:

First, did the Defendant participate in the crime charged as something he wished to bring about?

Second, did the Defendant knowingly associate himself with the criminal venture?

Third, did the Defendant seek by his actions to make the criminal venture succeed? If he did, then the Defendant is an aider and abettor, and therefore guilty of the offense.

50

**Co-Conspirator Liability**

There is one additional method by which you must evaluate the possible guilt of the Defendant of the substantive crimes charged in Counts Two, Three, Four, Five, and Six, if you do not find the Government has proven beyond a reasonable doubt the Defendant's personal participation in providing material support to a foreign terrorist organization, attempting to provide material support to a foreign terrorist organization, or aiding and abetting the provision of material support to a foreign terrorist organization. In that circumstance, you must evaluate the Defendant's possible guilt on the basis of what is called "co-conspirator liability."

Under this theory of liability, you must first find that the Government has proven beyond a reasonable doubt that the Defendant is guilty on Count One (for conspiring to provide material support to a foreign terrorist organization), then, under certain specific conditions that I will explain to you, you may—but are not required to—find the Defendant guilty of the substantive crimes charged against him in Counts Two, Three, Four, Five, and Six for co-conspirator liability.

In order to find the Defendant guilty using this theory of co-conspirator liability, you must find that the Government has proven beyond a reasonable doubt each of the following five additional elements:

First, that someone in fact committed the substantive crime charged in the count under consideration;

Second, that the person or persons who committed that substantive crime were members of the conspiracy charged in Count One;

    <u>Third</u>, that the commission of the substantive crime charged in the count under consideration was pursuant to a common plan and understanding that you found to exist among the conspirators;

    <u>Fourth</u>, that the Defendant was a member of the conspiracy charged in Count One at the time that the substantive crime charged in the count under consideration was committed; and

    <u>Fifth</u>, that the Defendant could reasonably have foreseen that one of his coconspirators might commit the substantive crime charged in the count under consideration.   An offense by a co-conspirator is deemed to be reasonably foreseeable if it is a necessary or natural consequence of the unlawful agreement.

    If you find that the Government has proven all five of these elements beyond a reasonable doubt, then you may find the Defendant guilty of the substantive crime charged in the count under consideration, even if the Defendant did not personally participate in the acts constituting the crime and even if he did not have actual knowledge of it.   However, that offense must have been foreseeable to the Defendant.

    The reason for this rule is that a co-conspirator who commits a substantive crime pursuant to a conspiracy is regarded as a partner of the other conspirators.   Therefore, all of the co-conspirators must bear criminal responsibility for the commission of the foreseeable substantive crimes committed by its members.

    If you are not satisfied as to the existence of any one of these five elements, however, then you may not find the Defendant guilty of the substantive crime charged in the count under consideration, unless the Government proves, beyond a reasonable doubt, that the Defendant personally committed, attempted to commit, or aided and abetted the commission of, that crime, under the instructions that I have provided to you above.

This theory of co-conspirator liability can only be used to find the Defendant guilty of the substantive offenses for providing material support to a foreign terrorist organization as charged in Counts Two, Three, Four, Five, and Six.   It cannot be used to prove that a death resulted from the commission of any offenses.   That is a separate determination that must be made in accordance with the next instruction.

**"Death Results" Element & Special Verdict Form**

The Government has charged that the offenses in Count One and Count Five each resulted in the death of one or more persons. Accordingly, if you find the Defendant guilty on Count One or on Count Five, then you must also determine whether the Government has proven beyond a reasonable doubt that a death resulted from the commission of that offense.

In order to prove that at least one person's death resulted from the commission of an offense, the Government must prove beyond a reasonable doubt that a person's death was a but-for consequence of the offense being committed. That means that the Government must prove beyond a reasonable doubt that but for the commission of the offense, the person would not have died.

To elaborate further, the commission of the offense must be a but-for cause of the person's death but it need not be the sole cause. It is sufficient if the Government proves that the commission of the offense combined with other factors to cause the person's death, so long as these other factors would not have resulted in the person's death even if the offense did not happen. In other words, the commission of the offense, when combined with other factors, is an actual cause of the death, only if the person's death would not have occurred but for the effect of the commission of the offense. However, it is not enough that the commission of the offense merely played a nonessential contributing role in the death. If the death would have occurred regardless of whether the offense happened, then the person's death did not result from the commission of the offense.

The Government is not required to prove that the Defendant, or anyone else, intended to cause the person's death or that the person's death was foreseeable to the Defendant or others. The Government does not have to prove that any act personally done by the Defendant caused

the person's death.   What the Government needs to prove beyond a reasonable doubt is that the Defendant is guilty of committing the offense under the law previously explained and that, but for the commission of the offense, the person would not have died.

If the particular count alleges the death of one or more persons, it is sufficient that the Government prove beyond a reasonable doubt that the offense resulted in the death of one such person.   However, in order to find that the Government has proven that the commission of the offense resulted in a death, you must be unanimous as to the person's death that you are considering.   It is not enough for some of you to find that the Government has proven one person's death and others of you to find that the Government has proven a different person's death.   In other words, if you find that a death resulted, you all must agree as to that specific death.

With respect to Count One, you must find that a death resulted from the conspiracy charged in the Indictment if you find beyond a reasonable doubt that the death was a consequence of that conspiracy.   With respect to Count Five, you must find that a death results from the offense charged in the Indictment if you find beyond a reasonable doubt that Jake Bilardi's death was a consequence of commission of the offense.

If you conclude that the Government has proven beyond a reasonable doubt that the Defendant committed the offense charged in Count One or Count Five but the Government has not proven beyond a reasonable doubt that a death resulted from that offense under the instructions I have explained above, then you should check "Guilty" as to that offense on your verdict form but check "Not Proven" to indicate that a death did not result from the commission of the offense.   If you conclude that the Government has proven beyond a reasonable doubt both that the Defendant committed an offense charged in Count One or Count Five and that a death

resulted from that offense under the instructions I have explained above, then you should check "Guilty" as to that offense on your verdict form and check "Proven" to indicate that a death resulted from the commission of the offense.   Under Count One, the verdict forms asks you two questions.   First, whether you unanimously found that the offense resulted in the death of Jake Bilardi; and second, whether you unanimously found that the offense resulted in the death of any other person or persons.   Under Count Five, the verdict form asks whether you unanimously found that the offense resulted in the death of Jake Bilardi.

## Part III: General Rules Regarding Deliberations

I will now give you some general rules regarding your deliberations.

Keep in mind that nothing I have said in these instructions is intended to suggest to you in any way what I think your verdict should be. That is entirely for you to decide. By way of reminder, I charge you once again that it is your responsibility to judge the facts in this case from the evidence presented during the trial, and to apply the law as I have given it to you to the facts as you find them from the evidence. Each of you will be provided with a copy of these instructions and a Verdict Sheet for your use during deliberations. You will receive most of the evidence for your review in the jury room. If you require any other items of evidence or any testimony, please advise me.

When you retire, your first duty is to elect a foreperson. Traditionally, Juror Number One acts as a foreperson. Of course, the foreperson's vote is entitled to no greater weight than that of any other juror.

Then, it is your duty to discuss the case for the purpose of reaching a verdict. Each of you must decide the case for yourself. You should make your decision only after considering all of the evidence, listening to the views of your fellow jurors, and discussing it fully. It is important that you reach a verdict if you can do so conscientiously. You should not hesitate to reconsider your opinions from time to time and to change them if you are convinced that they are wrong. However, you must not surrender your honest belief as to the weight and effect of the evidence simply to arrive at a verdict.

Remember also that your verdict must be based solely on the evidence or lack of evidence in this case, and on the law as the court has given it to you, not on anything else.

57

Opening statements, closing arguments, and other statements or arguments of counsel are not evidence. If your recollection of the facts differs from the way counsel has stated the facts, then your recollection controls.

Finally, bear in mind that the Government has the burden of proof and that you must be convinced of the Defendant's guilt beyond a reasonable doubt in order to return a guilty verdict. If you find that this burden has not been met, you must return a verdict of not guilty. By contrast, if you find that the Government's burden has been met, then you must return a verdict of guilty.

You cannot allow consideration of the punishment that may be imposed upon the Defendant, if convicted, to influence your verdict in any way or to enter into your deliberations. The duty of imposing sentences rests exclusively with me. Your duty is to weigh the evidence in this case and to determine guilt or non-guilt solely upon such evidence or lack of evidence and upon the law, without being influenced by any assumptions, conjectures, sympathy, or inference not warranted by the facts.

It is very important that you not communicate with anyone outside the jury room about your deliberations or about anything related to this case. There is only one exception to this rule. If it becomes necessary during your deliberations to communicate with me, you may send a note, through the Marshal, signed by your foreperson or by one or more members of the jury. No member of the jury should ever attempt to communicate with me except by a signed writing, and I will never communicate with any member of the jury on any subject touching the merits of the case other than in writing or orally here in open court. If you do send any notes to the court, do not disclose anything about your deliberations. Specifically, do not disclose to anyone—not

58

even to me—how the jury stands, numerically or otherwise, on the question of the guilt or non-guilt of the Defendant, until after you have reached a unanimous verdict or have been discharged.

You have a right to see exhibits or review testimony during your deliberations. If you would like to review a witness's testimony during your deliberations, you may send a signed note to me requesting the specific portion of the testimony and we will provide it to you. Please be patient, as it may take some time to locate the relevant portion of the transcript. Please make your requests as specific as possible so that we may more promptly assist you.

When you have reached a decision, the foreperson should sign the verdict form, indicate the date on it, and notify the Marshal by note that you have reached a verdict. Any verdict you reach must be unanimous.

Your oath sums up your duty, and that is: Without fear or favor to any person, you will well and truly try the issues in this case according to the evidence given to you in court and the laws of the United States.